Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6210 Stoneridge Mall Road, Suite 210
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendant
CITY OF PETALUMA (erroneously sued herein as CITY OF PETALUMA and PETALUMA CITY COUNCIL)

ORBACH HUFF + HENDERSON LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Serafin "Stefan" Jose Perez Jr., | Case No. 21-cv-6190-JCS |
|---|---|
| Plaintiffs, | **SUPPLEMENTAL DECLARATION OF AARON ZAVALA IN SUPPORT OF DEFENDANT CITY OF PETALUMA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| The City of Petaluma, California, and the Petaluma City Council, | |
| Defendants. | DATE: August 25, 2021<br>TIME: 2:00 p.m.<br>DEPT: Courtroom 6 (*Via Zoom*) |

I, Aaron Zavala, declare as follows:

1.      I have personal knowledge of the facts described herein. If called as a witness, I could and would testify competently to these facts.

2.      I am the Senior Management Analyst with Defendant City of Petaluma's ("City") Public Works & Utilities and have served in this capacity since December 2019. Among other duties, I work directly with the City Manager, the City Attorney and the City Council, including attending City Council meetings and being responsible for follow-up on certain items thereafter. One such assignment was for me to participate and moderate the Ad Hoc Community Advisory Committee ("Committee").

3.      True and correct copies of emails received by the City related to Plaintiff Perez are attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of August, 2021 in Petaluma, California.



Aaron Zavala

Supp Dec of A. Zavala ISO Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction [21-cv-6190-JCS]

ORBACH HUFF + HENDERSON LLP

# EXHIBIT C

| From: | West Below |
| --- | --- |
| To: | Pocekay, Dennis; Barrett,Teresa; Barnacle, Brian; Fischer, D"Lynda; Healy, Mike; King, Dave; McDonnell, Kevin; - - City Clerk; Flynn, Peggy |
| Subject: | City Council Public Comment |
| Date: | Monday, July 12, 2021 5:21:09 PM |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

I am called here today, both by God and by my conscience, to once again speak the truth about Stefan Perez. Stefan Perez is someone I have had the pleasure of getting to know personally. Sadly, however, there have been attempts to defame his character, which culminate in today's agenda. In section 3F, an inconspicuously worded item in the Consent Calendar, which hosts no discussion about the issue and has it voted on with five other items at once, not only terminated his position on the Ad Hoc Committee for police oversight, but abolishes his seat entirely, lest the public remember that he used to sit there.

Stefan has done an excellent job so far on the committee, in part because he does not serve any groups of special interest. Every meeting, he arrives, sits down at his chair, and discusses what he thinks is right, not what his boss or organization would profit from. He cares about Petaluma. Anyone who knows Mr. Perez would also know that these allegations against him are bogus, unfounded malarkey.

Furthermore, why is this council removing a seat - on the grounds that the native man who serves on it, is a White Supremacist – as a mere consent calendar item? Surely something so important and controversial would have a discussion on this, right? This action clearly shows a lack of transparency in the council, and lack of transparency begets lack of trust. This action displays for all to see that many members of this council that they are not serving the people of Petaluma, as they promised; nor the constitution, as they sworn an Oath, but rather organizations like indivisible Petaluma, that claims to fight racism yet merely adds more to the fire.

Lastly, Indivisible Petaluma (you may not see it but I'm putting big air quotes around the word "Indivisible") casting doubt on Mr. Perez's heritage is a tired and racist tactic that has been used through history to silence indigenous voices. I call on the members of the council to open this up from a consent calendar item to new business, so they may explain why they are removing this man from a committee he was appointed to. Thank you.


Sincerely,
West Below

Sent with ProtonMail Secure Email.

| **From:** | Ellen |
| **To:** | Terry, Suzanne |
| **Cc:** | Barrett,Teresa; Barnacle, Brian; Fischer, D"Lynda; Pocekay, Dennis; McDonnell, Kevin; King, Dave; Healy, Mike; Danly, Eric; Flynn, Peggy |
| **Subject:** | Comment for tomorrow night"s AHCAC meeting |
| **Date:** | Monday, June 14, 2021 12:55:00 PM |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Thank you for submitting it to the committee -

To Tracey Webb and members of the committee

I am disappointed the City Council did not remove Stefan Perez from this committee. I would have thought evidence of his being associated with a white nationalist group and posting racist statements on social media would be enough to remove him from a committee tasked "to study and discuss issues contributing to community members not feeling safe or welcome in Petaluma and to develop recommendations to improve diversity, equity, and inclusion in our city." (https://cityofpetaluma.org/ad-hoc-community-advisory-committee/) The City has said it may not regulate Mr. Perez's speech or participation in the AHCAC based on protected speech. But the First Amendment protects government employees and volunteers from retaliation for their speech only if they spoke/wrote as private community members on matters of "public concern" and their interest in commenting on such matters outweighs the city's interest in promoting the efficiency of the public services it performs. Speech is considered to be a matter of public concern if it relates to political, social or community issues, or about how government is functioning.  Mr. Perez's speech likely did not involve a matter of public concern and even if it did, Petaluma's interest in having an effective AHCAC should outweigh Mr. Perez' interests.

It also seems the council is more concerned about "speculation and attacks" against Mr. Perez than the possibility that the committee has among its members a person who is antagonistic to the committee's mission. I know the city has been focusing on Mr. Perez' free speech rights but applying the test laid out above, it is the speech of the people raising valid concerns about his being on the committee that should be receiving protection.

I wholeheartedly support the committee's mission. I hope you will find a way to prevent Mr. Perez from sabotaging the essential work that lies ahead.

Thank you,

Ellen Obstler

| From: | Flynn, Peggy |
| To: | joe_sturdivant@sbcglobal.net; rabbi@bnaiisrael.net; acruz@cots.org; mkinyatta@gmail.com; erinmichellewilkins@gmail.com; Joanna Paun; Stefan Perez; Eric Leland; Sadie Martinez; Mark Scott; Zahyra Garcia; anthony.franklin@farmersinsurance.com; Sonjhia Lowery; Wells,Katherine; missross-056@comcast.net; Liz Chacon; Lou Zweier; Pedro Toledo; Ramona Faith; johana@petalumapeople.org; Hanan Huneidi; fabian2003romo@gmail.com; risatgreen@icloud.com; Ann Daniels; Sustainable Farming; Julia Mayne; bigpoppavfx@gmail.com; jbrunner@waughsd.org |
| Cc: | -- City Council; Danly, Eric; Savano, Ken; Tracey Webb; Zavala, Aaron; Alverde, Ingrid; Medina, Jessica |
| Subject: | Council message to City Ad Hoc Community Advisory Committee |
| Date: | Wednesday, June 9, 2021 9:58:00 PM |
| Attachments: | image003.png |
| | Council Letter of AHCAC Support.pdf |

Dear Ad Hoc Community Advisory Committee Members--attached is a message from our City Council regarding recent events and concerns raised by some of you as well as some members of our community. Additionally, below is a message to you from our facilitator, Tracey Webb. Please reach out if you have questions.

Together in service,
Peggy

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays



-----Original Message-----
From: Tracey Webb traceyewebb@gmail.com
Sent: Tuesday, June 8, 2021 11:12 AM
To: Flynn, Peggy PFlynn@cityofpetaluma.org
Subject: AHCAC Member Communication

Greetings All:

I have not responded to the emails and entreaties for communication from committee members because we needed to review all of the correspondence. A measured and well-considered response is required.

1. White supremacy will be called out and has no place in the critical work of this committee. As a Black woman who has been the subject of white supremacist hate, I will tell you that I would insist that the City remove a member if there was clear proof that the person supports hate. To that end, a review of a certain member's purported affiliations does not rise to incontrovertible facts. We truly have no idea of an individual's affiliations unless their direct conduct demonstrates belief in any form of hate that is antithetical to the purpose of this group. At this point, the accusations are based upon inference and innuendo. I am not purporting that we protect white supremacists. I am stating

that we have to be fair and have proof before we remove anyone based upon supposition.  For too many years in this country people of color have been subject to persecution based upon innuendo and loose "facts".  We cannot remove a committee member based upon innuendo.

2.  This work is about having difficult conversations with people with whom we might disagree, even vehemently.  These discussions should be based upon the subject of our work during the meeting, and not on social media.

3.  The integrity of this process will remain in tact because we will be fair.  Our recent silence was due to legal considerations and protection of everyone's constitutional rights.  We had to consider all of the information presented.

4.  We need to focus on the substance of this work.  AHCAC members proffered over 140 ideas for recommendations for the Council under our current topic of community engagement.  I have grouped those suggestions into ten mega buckets, which we will discuss in depth at the June 15 session.  We will have our first set of recommendations by the end of our June meeting.

5.  Finally, if your goal is to truly work together on this committee to move Petaluma's race relations forward, you are so welcomed and appreciated.  If your goal is to disrupt the process and to de-legitimize the collective effort, then perhaps your time is best allocated to other efforts.  I would hope that the entire AHCAC remains in tact, but I will respect and understand if members feel that they need to remove themselves from the work of this group.

Thank you again for your time.  Please stay safe and well.

Tracey Webb
Tracey Elizabeth Webb Associates

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

City of Petaluma Council Members:

> It was no surprise that you removed Stefan Perez from the Ad Hoc Community Advisory Committee on June 12, 2021. But what is surprising is your disregard and disrespect for Mr. Perez's First Amendment Rights. Stefan Perez is a citizen of Petaluma, who is also a Native American from this part of California, and you have blatantly denied him his most hallowed right to Freedom of Speech.  I thought there would be a few more council members, other than Councilman Healy, who would dissent on this mockery of a vote.  But no, the majority of you proved yourselves to be the lap dogs of Indivisible Petaluma.  You preferred to listen to the likes of Amber Lucas, one of the women responsible for the recent pig's blood vandalism in Santa Rosa, who had the audacity to demand Mr. Perez's removal from the committee, as the evidence against her repulsive actions mounts daily. This is all I need to know about your value to this city.

>

>

> Many of you are up for re-election in 2022.  I will make it my job to convince everyone I know to not vote for you.  And let's face it, you aren't running the city, Indivisible Petaluma is, and they are a group of terrorist, who commit acts of vandalism — I don't think that will sit well with the voters in this City.

>

> Sincerely,

>

> Jennifer Hewitt

>

| From: | Anthony Franklin |
| --- | --- |
| To: | Flynn, Peggy |
| Cc: | Zahyra Garcia; joe_sturdivant@sbcglobal.net; rabbi@bnaiisrael.net; acruz@cots.org; mkinyatta@gmail.com; erinmichellewilkins@gmail.com; joannapaun@gmail.com; eric@fivepaths.com; stefan@socovideography.com; sadiemsrtinez13@gmail.com; Mark@northbayanimalservices.org; slowery@oldadobe.org; katherine.wells@edwardjones.com; Faith Ross; Lou Zweier; lchacon@pet12.org; pedrot@petalumahealthcenter.org; rfaith@phcd.org; johana@petalumapeople.org; hhuneidi@gmail.com; fabian2003romo@gmail.com; adaniels@gmail.com; farminlocal@gmail.com; jmayne@svhs-pet.org; Zavala, Aaron; Alverde, Ingrid; Medina, Jessica; -- City Council |
| Subject: | Fwd: Council message to City Ad Hoc Community Advisory Committee |
| Date: | Tuesday, June 15, 2021 12:06:44 PM |
| Attachments: | image003.png |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Thank you for your responses.

It is unfortunate that the information provided and the concerns raised did not result in further action being taken. We all should have the right to disagree and speak freely. He is entitled to his opinion. What I do not understand is how he will benefit this work or make people feel safe.

It would appear his views are in direct opposition to this work. It appears we are more worried about his safety and rights. It is one thing to have opposing views, we should, it's another thing to have the viewpoints that have been attributed to him.

Can you at least tell us that he had denied the allegations? That you did some sort of investigation?

We can and should do better!

Anthony Franklin
Petaluma Resident

---

**From:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Sent:** Friday, June 11, 2021 2:33 PM
**To:** Zahyra Garcia <zahyragarcia@gmail.com>
**Cc:** joe_sturdivant@sbcglobal.net; Rabbi Ted Feldman <rabbi@bnaiisrael.net>; acruz@cots.org; Kinyatta Leonhardt <mkinyatta@gmail.com>; erinmichellewilkins@gmail.com; Joanna Paun <joannapaun@gmail.com>; Stefan Perez <stefan@socovideography.com>; Eric Leland <eric@fivepaths.com>; Sadie Martinez <sadiemartinez13@gmail.com>; Mark Scott <Mark@northbayanimalservices.org>; Anthony Franklin <anthony.franklin@farmersinsurance.com>; Sonjhia Lowery <slowery@oldadobe.org>; Wells,Katherine <Katherine.Wells@edwardjones.com>; Faith E Ross <missross-056@comcast.net>; Liz Chacon <lchacon@petk12.org>; Lou Zweier

<lou.zweier@gmail.com>; Pedro Toledo <pedrot@phealthcenter.org>; Ramona Faith <rfaith@phcd.org>; johana@petalumapeople.org; Hanan Huneidi <hhuneidi@gmail.com>; fabian2003romo@gmail.com; risatgreen@icloud.com; Ann Daniels <adanielshi@gmail.com>; Sustainable Farming <farminglocal@gmail.com>; Julia Mayne <jmayne@svhs-pet.org>; bigpoppavfx@gmail.com; jbrunner@waughsd.org; -- City Council <--CityCouncil@cityofpetaluma.org>; Danly, Eric <EDanly@cityofpetaluma.org>; Savano, Ken <KSavano@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>; Zavala, Aaron <azavala@cityofpetaluma.org>; Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Medina, Jessica <jmedina@cityofpetaluma.org>
**Subject:** [EXTERNAL] RE: Council message to City Ad Hoc Community Advisory Committee


Hi Zahyra—please see responses below in blue.


**Peggy Flynn, City Manager**

City of Petaluma | 11 English Street, Petaluma, CA 94952

Direct 707.776.3765 | Office 707.778.4345

City Hall is open M-Th; closed Fridays





---

**From:** Zahyra Garcia <zahyragarcia@gmail.com>
**Sent:** Thursday, June 10, 2021 4:52 PM
**To:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Cc:** joe_sturdivant@sbcglobal.net; Rabbi Ted Feldman <rabbi@bnaiisrael.net>; acruz@cots.org; Kinyatta Leonhardt <mkinyatta@gmail.com>; erinmichellewilkins@gmail.com; Joanna Paun <joannapaun@gmail.com>; Stefan Perez <stefan@socovideography.com>; Eric Leland <eric@fivepaths.com>; Sadie Martinez <sadiemartinez13@gmail.com>; Mark Scott <Mark@northbayanimalservices.org>; anthony.franklin@farmersinsurance.com; Sonjhia Lowery <slowery@oldadobe.org>; Wells,Katherine <Katherine.Wells@edwardjones.com>; Faith E Ross <missross-056@comcast.net>; Liz Chacon <lchacon@petk12.org>; Lou Zweier <lou.zweier@gmail.com>; Pedro Toledo <pedrot@phealthcenter.org>; Ramona Faith <rfaith@phcd.org>; johana@petalumapeople.org; Hanan Huneidi <hhuneidi@gmail.com>; fabian2003romo@gmail.com; risatgreen@icloud.com;

Ann Daniels <adanielshi@gmail.com>; Sustainable Farming <farminglocal@gmail.com>; Julia Mayne <jmayne@svhs-pet.org>; bigpoppavfx@gmail.com; jbrunner@waughsd.org; -- City Council <--CityCouncil@cityofpetaluma.org>; Danly, Eric <EDanly@cityofpetaluma.org>; Savano, Ken <KSavano@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>; Zavala, Aaron <azavala@cityofpetaluma.org>; Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Medina, Jessica <jmedina@cityofpetaluma.org>
**Subject:** Re: Council message to City Ad Hoc Community Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Thanks for the following statement. I have a few questions.

1. 1. Why were there only three signatures on this letter ? The letter is signed by 3 Council members because if four or more signed it, that would constitute a quorum of the Council, making the signing of the letter subject to the Brown Act and requiring it to be signed at a public meeting.  With only three City Council member signatures the letter could be issued prior to the June 15 AHCAC meeting.

2. Given that we should anticipate public comment, could we do that at the **beginning** of the meeting?

- Think we owe it to our community to hear them out since there was no discussion at either city council meeting. Tracey will lead a discussion about the AHCAC communications we've received and the Council's letter at the beginning of the meeting, and public comment is agenized at the end, as was established by the AHCAC at our first meeting.

3. Will we have an opportunity to discuss this in a **closed session** ?  As was noted when we provided the Brown Act training, none of the very limited closed session authorizations apply to the business or jurisdiction of the AHCAC.

I feel like this letter addresses both the wrong reason and the wrong standard for removing an adhoc member. It doesn't even have to be about proving that

someone supports white supremacy.

As for the standard…

Chad Loder Twitter identifying an adhoc member is not based on inference and innuendo. I'd say that's at least reasonable suspicion, or even probably cause.

Secondarily, does the city even need incontrovertible evidence to remove?

I understand that the city and consultant are taking precautions and protecting their reputation for a lot of reasons, but our adhoc committee is to protect human lives by improving race relations and creating a civilian oversight.

As a queer woman of color who has been a target by white supremacy in Petaluma. It is our responsibility as a committee to understand the lives that have been lost due to lack of policies, lack of transparency, lack of accountability, lack or proper trainings to fight against systemic racism embedded in white supremacy culture that pours into our police , city and justice system.

Appreciate having this being probably the only opportunity to bring my authentic self. To say that I feel safe is an understatement.

*"I have come to believe over and over again that what is most important to me must be spoken, made verbal and shared, even at the risk of having it bruised or misunderstood. That the speaking profits me, beyond any other effect. I am standing here as a Black lesbian poet, and the meaning of all that waits upon the fact that I am still alive, and might not have been." - Audre Lorde*

Warm regards,

On Wed, Jun 9, 2021, 9:58 PM Flynn, Peggy <PFlynn@cityofpetaluma.org> wrote:

> Dear Ad Hoc Community Advisory Committee Members--attached is a

message from our City Council regarding recent events and concerns raised by some of you as well as some members of our community. Additionally, below is a message to you from our facilitator, Tracey Webb. Please reach out if you have questions.

Together in service,

Peggy

**Peggy Flynn, City Manager**

City of Petaluma | 11 English Street, Petaluma, CA 94952

Direct 707.776.3765 | Office 707.778.4345

City Hall is open M-Th; closed Fridays



-----Original Message-----
From: Tracey Webb traceyewebb@gmail.com
Sent: Tuesday, June 8, 2021 11:12 AM
To: Flynn, Peggy PFlynn@cityofpetaluma.org
Subject: AHCAC Member Communication

Greetings All:

I have not responded to the emails and entreaties for communication from committee members because we needed to review all of the correspondence. A measured and well-considered response is required.

1. White supremacy will be called out and has no place in the critical work of this committee. As a Black woman who has been the subject of white supremacist hate, I will tell you that I would insist that the City remove a member if there was clear proof that the person supports hate. To that end, a

review of a certain member's purported affiliations does not rise to incontrovertible facts. We truly have no idea of an individual's affiliations unless their direct conduct demonstrates belief in any form of hate that is antithetical to the purpose of this group. At this point, the accusations are based upon inference and innuendo. I am not purporting that we protect white supremacists. I am stating that we have to be fair and have proof before we remove anyone based upon supposition. For too many years in this country people of color have been subject to persecution based upon innuendo and loose "facts". We cannot remove a committee member based upon innuendo.

2. This work is about having difficult conversations with people with whom we might disagree, even vehemently. These discussions should be based upon the subject of our work during the meeting, and not on social media.

3. The integrity of this process will remain in tact because we will be fair. Our recent silence was due to legal considerations and protection of everyone's constitutional rights. We had to consider all of the information presented.

4. We need to focus on the substance of this work. AHCAC members proffered over 140 ideas for recommendations for the Council under our current topic of community engagement. I have grouped those suggestions into ten mega buckets, which we will discuss in depth at the June 15 session. We will have our first set of recommendations by the end of our June meeting.

5. Finally, if your goal is to truly work together on this committee to move Petaluma's race relations forward, you are so welcomed and appreciated. If your goal is to disrupt the process and to de-legitimize the collective effort, then perhaps your time is best allocated to other efforts. I would hope that the entire AHCAC remains in tact, but I will respect and understand if members feel that they need to remove themselves from the work of this group.

Thank you again for your time. Please stay safe and well.


Tracey Webb

Tracey Elizabeth Webb Associates

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Sent from my iPhone

Begin forwarded message:

### Subject: Fwd: Item 3.F Consent calendar item

I am writing this email in support of Stefan Perez, and in protest of his removal from the Ad Hoc Community Advisory Committee (AHCAC), per Agenda item 3. F. on the Consent Calendar.  This agenda item states that it is at the City Council's "sole discretion to declare the office of (AHCAC) member vacant and appoint a qualified person to fill the removal provision in Section 7…" And then the agenda goes on paragraph after paragraph with the most obnoxious blather, virtue signaling to whomever would read this document, and obfuscating any clear language that would allow the

public to know what Stefan Perez did to have himself removed from the (AHCAC). As a tax paying and voting citizen  of Petaluma, I demand this 3.F item be removed from the consent calendar and open for discussion and a clear vote.

 Before you take Stefan off the committee, here is what you should know about him, Stefan Perez is a decent person, who has done an outstanding job on the committee, and he should remain on the committee to bring some kind of balance to the one-sided point of view. Stefan cares deeply about Petaluma, and Sonoma County. He is courageous to stick by his principals, and not be afraid to speak up.

I supported Stefan to get on this committee and I will support him by protesting the underhanded nature and lack of transparency that is rife throughout this agenda.

If Stefan were to run for City Council, I would gladly vote for him, which is a lot more than I can say for most members of the City Council.

 And by the way, why was Council Member Pocekay on

the overpass watching the illegal hanging of Indivisible

Petaluma's radical banners? Is he a scofflaw or merely

blissfully unaware of the law?


Sincerely,

 Jennifer Hewitt, Petaluma Resident, unlike some

members of the AHCAC.

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

To The Honorable Mayor and Members of the City Council,

I have been a resident since 1971.  I appreciate those willing to give their time for the good of the community.  I am writing because I am extremely upset by the possible dismissal of Stefan Perez the only American Indian on this committee without any kind of public hearing or public vote. Why is this not done as a normal agenda item?  Please remove item 3F from your calendar and do this the right way!

As I read the purpose of the AHCAC's purpose it is to discuss issues that have been identified as contributing to community members not feeling safe in Petaluma and developing recommendations.   I also read the staff recommended this committee was to consist of diverse representation. It appears this committee represents the black community but does little to represent the other minorities in our city.

According to the United States 2019 Census Petaluma (which is attached) has it's population consisting of the following:
Black or African Americans   1.2%  (15 members)
American Indian .4%   (1 member)
Asian 4.5%            (1 member)
Hispanic 22%         (5 members)
White 68%             (6 members)

I read in your Agenda for July 12, 2021 you want to eliminate the ONLY American Indian on AHCAC?  I am am registered American Indian and yet you want to eliminate the voice which can best represent me and others of my race?  Have you forgotten there are Indian tribes throughout Sonoma county???  Discrimination can affect every minority and yet your committee has an abundance of members of just 1 race.  My guess is Stefan knows exactly what discrimination feels like.  I am sure he is feeling that way right now as you have set this meeting to toss him off without a fair  discussion especially in public.  In my opinion he is and would continue to be an asset to this committee.  I urge you to table the action and do it properly or preferably NOT DO IT AT ALL..

If his posting online is the reason for your actions I hope you will not go down this road. I thought members of this council understood free speech.  Now it sounds as if the council may let someone go without reason.  Really????  Who are the members trying to reverse course?  I have recently read Stefan was not present when a member of the AHCAC committee wanted to censor him but other members present decided it was better to get on with committee business.  Good for them.  How refreshing!  Free speech is still a constitutional right in this country.  I believe Stefan is being harassed. I find it ironic that AHCAC is supposed to solve exactly these  types of problems and suggest solutions.  Well lets let them get to work to solve issues and not cancel one another!   I must say things are off to a very rocky start!

Stefan has volunteered his time to help our city and I am very thankful.  Honestly I respect

him for wanting to continue when some would rather he not.  I really believe he would represent me and others well and we deserve representation on this committee.

Respectfully submitted,


Jo Ann Rinaldo
Petaluma Resident


Sent with [ProtonMail](#) Secure Email.

| **From:** | Alexys Pentecost |
|---|---|
| **To:** | Flynn, Peggy; Cochran, Brian; Terry, Suzanne; Barnacle, Brian; Fischer, D"Lynda; Barrett,Teresa; Healy, Mike; King, Dave; McDonnell, Kevin; Pocekay, Dennis; thecaitlinquinn@gmail.com; abalshaw@gmail.com; jkawaokaasac@gmail.com; alonsoplanningpet@gmail.com; Pascoe, Samantha |
| **Subject:** | North Bay Animal Services |
| **Date:** | Thursday, July 8, 2021 1:26:41 AM |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

To whom it may concern,

Please consider give the city contract back to Petaluma Animal Services. They are a well run, top notch organization that has helped so many people. I adopted my soul mate dog from them during the Tubbs fire. He was going to be unfairly euthanized (he had not even gotten his medical or neuter yet) to make room for animals from the fire. PAS adopted all of those animals and got them all homes. They were active in the community and rescuing animals from all over the state and placing them in kind and loving homes.

What happened with Kaytie the cat being euthanized by NBAS without giving a proper window of time for the owners to be found or adoption is unethical and unforgivable. This is not the kind of mistake you make involving another life. Mark Scott should be removed from his position effective immediately at the bare minimum.

Signed from a concerned Petaluma citizen and animal lover,
Alexys Pentecost
Sent from my iPhone

| From: | Elizabeth Escalante |
|---|---|
| To: | Terry, Suzanne |
| Cc: | Barrett,Teresa; Pocekay, Dennis; Healy, Mike; Fischer, D"Lynda; King, Dave; Barnacle, Brian; Danly, Eric; Flynn, Peggy |
| Subject: | Public Comment - Ad Hoc Community Advisory 6/15 |
| Date: | Tuesday, June 15, 2021 1:53:19 PM |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

To Tracey Webb, the members of AHCAC, and Petaluma City Council,

I am submitting this public comment requesting that Stefan Perez, a known white supremacist who has posted racist statements on social media platforms, be removed from this committee. This type of behavior and association must not be included in an ad hoc committee that dedicates its time for improving safety, race relations, and engagement with our community. From what has come to light from these past couple of weeks, the evidence stacked against Perez is not simply "speculation and attacks," but are evident to his character. As a community member of Petaluma, I do not feel any safer in my own town knowing that an individual such as Perez has a seat on this committee. Keeping him further would only deter any kind of progress that the AHCAC would hope to achieve. If we want to seriously talk about improving the relations in Petaluma, we need to take a hard stance against white supremacy and any actions that suggest it. Please do not allow Perez to sabotage the work of AHCAC.

It is my hope that the council and members of AHCAC find that solution to remove Perez from the committee. As soon as we can do this, the sooner the AHCAC can make a smooth transition into appointing a new member. Please allow AHCAC to continue to do the good work without Perez impeding them.

Thank you,

Elizabeth Escalante, M.Ed.

2nd District Commissioner on Commision on Human Rights of Sonoma County

| | |
|---|---|
| **From:** | Flynn, Peggy |
| **To:** | Zahyra Garcia |
| **Cc:** | joe_sturdivant@sbcglobal.net; Rabbi Ted Feldman; acruz@cots.org; Kinyatta Leonhardt; erinmichellewilkins@gmail.com; Joanna Paun; Stefan Perez; Eric Leland; Sadie Martinez; Mark Scott; anthony.franklin@farmersinsurance.com; Sonjhia Lowery; Wells,Katherine; Faith E Ross; Liz Chacon; Lou Zweier; Pedro Toledo; Ramona Faith; johana@petalumapeople.org; Hanan Huneidi; fabian2003romo@gmail.com; risatgreen@icloud.com; Ann Daniels; Sustainable Farming; Julia Mayne; bigpoppavfx@gmail.com; jbrunner@waughsd.org; -- City Council; Danly, Eric; Savano, Ken; Tracey Webb; Zavala, Aaron; Alverde, Ingrid; Medina, Jessica |
| **Subject:** | RE: Council message to City Ad Hoc Community Advisory Committee |
| **Date:** | Friday, June 11, 2021 2:33:03 PM |
| **Attachments:** | image003.png |

Hi Zahyra—please see responses below in blue.

**Peggy Flynn, City Manager**

City of Petaluma | 11 English Street, Petaluma, CA 94952

Direct 707.776.3765 | Office 707.778.4345

City Hall is open M-Th; closed Fridays



**From:** Zahyra Garcia <zahyragarcia@gmail.com>
**Sent:** Thursday, June 10, 2021 4:52 PM
**To:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Cc:** joe_sturdivant@sbcglobal.net; Rabbi Ted Feldman <rabbi@bnaiisrael.net>; acruz@cots.org; Kinyatta Leonhardt <mkinyatta@gmail.com>; erinmichellewilkins@gmail.com; Joanna Paun <joannapaun@gmail.com>; Stefan Perez <stefan@socovideography.com>; Eric Leland <eric@fivepaths.com>; Sadie Martinez <sadiemartinez13@gmail.com>; Mark Scott <Mark@northbayanimalservices.org>; anthony.franklin@farmersinsurance.com; Sonjhia Lowery <slowery@oldadobe.org>; Wells,Katherine <Katherine.Wells@edwardjones.com>; Faith E Ross <missross-056@comcast.net>; Liz Chacon <lchacon@petk12.org>; Lou Zweier <lou.zweier@gmail.com>; Pedro Toledo <pedrot@phealthcenter.org>; Ramona Faith <rfaith@phcd.org>; johana@petalumapeople.org; Hanan Huneidi <hhuneidi@gmail.com>; fabian2003romo@gmail.com; risatgreen@icloud.com; Ann Daniels <adanielshi@gmail.com>; Sustainable Farming <farminglocal@gmail.com>; Julia Mayne <jmayne@svhs-pet.org>; bigpoppavfx@gmail.com; jbrunner@waughsd.org; -- City Council <--CityCouncil@cityofpetaluma.org>; Danly, Eric <EDanly@cityofpetaluma.org>; Savano, Ken <KSavano@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>; Zavala, Aaron <azavala@cityofpetaluma.org>; Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Medina, Jessica <jmedina@cityofpetaluma.org>
**Subject:** Re: Council message to City Ad Hoc Community Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Thanks for the following statement. I have a few questions.

1. 1. Why were there only three signatures on this letter ? The letter is signed by 3 Council members because if four or more signed it, that would constitute a quorum of the Council, making the signing of the letter subject to the Brown Act and requiring it to be signed at a public meeting. With only three City Council member signatures the letter could be issued prior to the June 15 AHCAC meeting.

2. Given that we should anticipate public comment, could we do that at the **beginning** of the meeting?
- Think we owe it to our community to hear them out since there was no discussion at either city council meeting. Tracey will lead a discussion about the AHCAC communications we've received and the Council's letter at the beginning of the meeting, and public comment is agenized at the end, as was established by the AHCAC at our first meeting.

3. Will we have an opportunity to discuss this in a **closed session** ? As was noted when we provided the Brown Act training, none of the very limited closed session authorizations apply to the business or jurisdiction of the AHCAC.

I feel like this letter addresses both the wrong reason and the wrong standard for removing an adhoc member. It doesn't even have to be about proving that someone supports white supremacy.

As for the standard…
Chad Loder Twitter identifying an adhoc member is not based on inference and innuendo. I'd say that's at least reasonable suspicion, or even probably cause.

Secondarily, does the city even need incontrovertible evidence to remove?

I understand that the city and consultant are taking precautions and protecting their reputation for a lot of reasons, but our adhoc committee is to protect human lives by improving race relations and creating a civilian oversight.

As a queer woman of color who has been a target by white supremacy in Petaluma. It is our responsibility as a committee to understand the lives that have been lost due to lack of policies, lack of transparency, lack of accountability, lack or proper trainings to fight against systemic racism embedded in white supremacy culture that pours into our police , city and justice system.

Appreciate having this being probably the only opportunity to bring my authentic self. To say that I feel safe is an understatement.

***"I have come to believe over and over again that what is most important to me must be spoken, made verbal and shared, even at the risk of having it bruised or misunderstood. That the speaking profits me, beyond any other effect. I am standing here as a Black lesbian poet, and the meaning of all that waits upon the fact that I am still alive, and might not have been." - Audre Lorde***

Warm regards,


On Wed, Jun 9, 2021, 9:58 PM Flynn, Peggy <PFlynn@cityofpetaluma.org> wrote:

Dear Ad Hoc Community Advisory Committee Members--attached is a message from our City Council regarding recent events and concerns raised by some of you as well as some members of our community. Additionally, below is a message to you from our facilitator, Tracey Webb. Please reach out if you have questions.


Together in service,

Peggy

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays




-----Original Message-----
From: Tracey Webb traceyewebb@gmail.com
Sent: Tuesday, June 8, 2021 11:12 AM
To: Flynn, Peggy PFlynn@cityofpetaluma.org
Subject: AHCAC Member Communication


Greetings All:


I have not responded to the emails and entreaties for communication from committee members because we needed to review all of the correspondence. A measured and well-considered response is required.


1. White supremacy will be called out and has no place in the critical work of this committee. As a Black woman who has been the subject of white supremacist hate, I will tell you that I would insist that the City remove a member if there was clear proof that the

person supports hate.  To that end, a review of a certain member's purported affiliations does not rise to incontrovertible facts.  We truly have no idea of an individual's affiliations unless their direct conduct demonstrates belief in any form of hate that is antithetical to the purpose of this group.  At this point, the accusations are based upon inference and innuendo.  I am not purporting that we protect white supremacists.  I am stating that we have to be fair and have proof before we remove anyone based upon supposition.  For too many years in this country people of color have been subject to persecution based upon innuendo and loose "facts".  We cannot remove a committee member based upon innuendo.

2.  This work is about having difficult conversations with people with whom we might disagree, even vehemently.  These discussions should be based upon the subject of our work during the meeting, and not on social media.

3.  The integrity of this process will remain in tact because we will be fair.  Our recent silence was  due to legal considerations and protection of everyone's constitutional rights. We had to consider all of the information presented.

4.  We need to focus on the substance of this work.  AHCAC members proffered over 140 ideas for recommendations for the Council under our current topic of community engagement.  I have grouped those suggestions into ten mega buckets, which we will discuss in depth at the June 15 session.  We will have our first set of recommendations by the end of our June meeting.

5.  Finally, if your goal is to truly work together on this committee to move Petaluma's race relations forward, you are so welcomed and appreciated.  If your goal is to disrupt the process and to de-legitimize the collective effort, then perhaps your time is best allocated to other efforts.  I would hope that the entire AHCAC remains in tact, but I will respect and understand if members feel that they need to remove themselves from the work of this group.

Thank you again for your time.  Please stay safe and well.

Tracey Webb

Tracey Elizabeth Webb Associates

| From: | Zahyra Garcia |
|-------|---------------|
| To: | Flynn, Peggy |
| Cc: | joe_sturdivant@sbcglobal.net; Rabbi Ted Feldman; acruz@cots.org; Kinyatta Leonhardt; erinmichellewilkins@gmail.com; Joanna Paun; Stefan Perez; Eric Leland; Sadie Martinez; Mark Scott; anthony.franklin@farmersinsurance.com; Sonjhia Lowery; Wells,Katherine; Faith E Ross; Liz Chacon; Lou Zweier; Pedro Toledo; Ramona Faith; johana@petalumapeople.org; Hanan Huneidi; fabian2003romo@gmail.com; risatgreen@icloud.com; Ann Daniels; Sustainable Farming; Julia Mayne; bigpoppavfx@gmail.com; jbrunner@waughsd.org; -- City Council; Danly, Eric; Savano, Ken; Tracey Webb; Zavala, Aaron; Alverde, Ingrid; Medina, Jessica |
| Subject: | Re: Council message to City Ad Hoc Community Advisory Committee |
| Date: | Thursday, June 10, 2021 4:52:37 PM |
| Attachments: | image003.png |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Thanks for the following statement. I have a few questions.

1. Why were there only three signatures on this letter ?

2. Given that we should anticipate public comment, could we do that at the **beginning** of the meeting?
- Think we owe it to our community to hear them out since there was no discussion at either city council meeting.

3. Will we have an opportunity to discuss this in a **closed session** ?

I feel like this letter addresses both the wrong reason and the wrong standard for removing an adhoc member. It doesn't even have to be about proving that someone supports white supremacy.

As for the standard…
Chad Loder Twitter identifying an adhoc member is not based on inference and innuendo. I'd say that's at least reasonable suspicion, or even probably cause.

Secondarily, does the city even need incontrovertible evidence to remove?

I understand that the city and consultant are taking precautions and protecting their reputation for a lot of reasons, but our adhoc committee is to protect human lives by improving race relations and creating a civilian oversight.

As a queer woman of color who has been a target by white supremacy in Petaluma. It is our responsibility as a committee to understand the lives that have been lost due to lack of policies, lack of transparency, lack of accountability, lack or proper trainings to fight against systemic racism embedded in white supremacy culture that pours into our police , city and justice system.

Appreciate having this being probably the only opportunity to bring my authentic self. To say that I feel safe is an understatement.

*"I have come to believe over and over again that what is most important to me must be spoken, made verbal and shared, even at the risk of having it bruised or misunderstood. That the speaking profits me, beyond any other effect. I am standing here as a Black lesbian poet, and the meaning of all that waits upon the fact that I am still alive, and might not have*

*been." - Audre Lorde*

Warm regards,


On Wed, Jun 9, 2021, 9:58 PM Flynn, Peggy <<PFlynn@cityofpetaluma.org>> wrote:

> Dear Ad Hoc Community Advisory Committee Members--attached is a message from our City Council regarding recent events and concerns raised by some of you as well as some members of our community. Additionally, below is a message to you from our facilitator, Tracey Webb. Please reach out if you have questions.
>
>
> Together in service,
>
> Peggy
>
>
> **Peggy Flynn, City Manager**
>
> City of Petaluma | 11 English Street, Petaluma, CA 94952
>
> Direct 707.776.3765 | Office 707.778.4345
>
> City Hall is open M-Th; closed Fridays
>
>
> 
>
>
> -----Original Message-----
> From: Tracey Webb traceyewebb@gmail.com
> Sent: Tuesday, June 8, 2021 11:12 AM
> To: Flynn, Peggy PFlynn@cityofpetaluma.org
> Subject: AHCAC Member Communication
>
>
> Greetings All:
>
>
> I have not responded to the emails and entreaties for communication from committee members because we needed to review all of the correspondence. A measured and well-considered response is required.

1.  White supremacy will be called out and has no place in the critical work of this committee.  As a Black woman who has been the subject of white supremacist hate, I will tell you that I would insist that the City remove a member if there was clear proof that the person supports hate.  To that end, a review of a certain member's purported affiliations does not rise to incontrovertible facts.  We truly have no idea of an individual's affiliations unless their direct conduct demonstrates belief in any form of hate that is antithetical to the purpose of this group.  At this point, the accusations are based upon inference and innuendo.  I am not purporting that we protect white supremacists.  I am stating that we have to be fair and have proof before we remove anyone based upon supposition.  For too many years in this country people of color have been subject to persecution based upon innuendo and loose "facts".  We cannot remove a committee member based upon innuendo.

2.  This work is about having difficult conversations with people with whom we might disagree, even vehemently.  These discussions should be based upon the subject of our work during the meeting, and not on social media.

3.  The integrity of this process will remain in tact because we will be fair.  Our recent silence was  due to legal considerations and protection of everyone's constitutional rights.  We had to consider all of the information presented.

4.  We need to focus on the substance of this work.  AHCAC members proffered over 140 ideas for recommendations for the Council under our current topic of community engagement.  I have grouped those suggestions into ten mega buckets, which we will discuss in depth at the June 15 session.  We will have our first set of recommendations by the end of our June meeting.

5.  Finally, if your goal is to truly work together on this committee to move Petaluma's race relations forward, you are so welcomed and appreciated.  If your goal is to disrupt the process and to de-legitimize the collective effort, then perhaps your time is best allocated to other efforts.  I would hope that the entire AHCAC remains in tact, but I will respect and understand if members feel that they need to remove themselves from the work of this group.

Thank you again for your time.  Please stay safe and well.

Tracey Webb

Tracey Elizabeth Webb Associates

Thank you Brian.


**Samantha Pascoe, CMC**
Deputy City Clerk
City of Petaluma | City Clerk
office. 707-778-4575 |
SPascoe@cityofpetaluma.org



 

Petaluma is in a drought. There are
many programs and incentives
to help you conserve water! Learn
more **HERE**.

**From:** Barnacle, Brian <bbarnacle@cityofpetaluma.org>
**Sent:** Thursday, July 22, 2021 7:11 PM
**To:** Pascoe, Samantha <SPascoe@cityofpetaluma.org>
**Cc:** Danly, Eric <EDanly@cityofpetaluma.org>; Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Subject:** Re: Public Records Request - Ad Hoc Advisory Committee (PRA2021-07-005)

Sam,

I sent you three emails. Those are the only communications I have received other than people
calling for his appointment or removal.

Best,
Brian

**From:** Pascoe, Samantha <SPascoe@cityofpetaluma.org>
**Sent:** Thursday, July 22, 2021 2:56 PM
**To:** -- City Council <--CityCouncil@cityofpetaluma.org>
**Subject:** Public Records Request - Ad Hoc Advisory Committee (PRA2021-07-005)

Good afternoon Madam Mayor and Councilmembers,

We've received a public records request (detailed below the line) pertaining to the Ad Hoc Advisory
Committee.

We are focusing on **part b** of the request:

b) Any and all records and communications regarding nominations by councillors and/or nominations of discretionary members **- that is any appointed committee members who were not affiliated with, or nominated by, the community groups listed in the Feb 22, 2021 presentation to the City Council (see below).**

We have determined there were four additional organizations and one community member **not** affiliated with the groups listed below:

Japanese American Citizens League
Sonoma County Black Forum
North Bay LGBTQI Families
North Bay Animal Services
Stefan Perez / Graton Rancheria

Please search your inboxes for any communications relating to these groups and Perez, then forward any responsive records to me. I realize you've been through this process for a public records request for communications with Perez in early June. If you have anything to/from him since June 10th, please send.

Thank you,
Sam

_____
_____

This is a two-part request for records related to the City's Ad Hoc Advisory Committee (AHAC) to improve diversity, equity, and inclusivity. We are requesting:

a) Any and all "Commission, Committee and Board Application Forms" submitted by members of the AHAC. – N/A as we didn't require forms for this recruitment.

b) Any and all records and communications regarding nominations by councillors and/or nominations of discretionary members - that is any appointed committee members who were not affiliated with, or nominated by, the community groups listed in the Feb 22, 2021 presentation to the City Council (see below). We expect that records and communications would include but not be limited to: email, memos, minutes of meetings, visitor logs and calendar entries related to the discretionary nominations.

Petaluma Blacks for Community Development (PBCD)
NAACP Sonoma County
100 Black Men of Sonoma County
Petaluma Community Relations Council (Faith Based and DEI NGO's)
North Bay Organizing Project – Petaluma Chapter (NBOPP)
School District Representatives from (PCS, Old Adobe, Waugh, St. Vincent's)

Team for Inclusivity, Diversity, and Equity (TIDE) in K-12 schools.
Indivisible Petaluma
Sonoma County Blacks
Petaluma Healthcare District
Petaluma Health Center
Petaluma People Services Center
Petaluma Area Chamber of Commerce (DEI)
Petaluma Youth Commission / Petaluma Youth for CAHOOTS
Hispanic Chamber of Commerce
LGBTQ of Sonoma County / Sonoma County Pride

We are available to discuss this request as needed and also able to pay any reasonable copy or retrieval costs associated with it.

Thank you in advance.

Scott Compton, PI#187922
Mason Investigative Group
2430 5th St. #F, Berkeley, CA 94710

**Samantha Pascoe, CMC**
Deputy City Clerk
City of Petaluma | City Clerk
office. 707-778-4575 |
SPascoe@cityofpetaluma.org



Petaluma is in a drought. There are many programs and incentives
to help you conserve water! Learn more HERE.

| From: | Eric J. Adams |
|---|---|
| To: | Flynn, Peggy; Barrett,Teresa; Barnacle, Brian; Pocekay, Dennis; Fischer, D"Lynda; Healy, Mike; King, Dave; McDonnell, Kevin |
| Subject: | Regarding Stefan Perez |
| Date: | Monday, June 21, 2021 11:21:33 AM |
| Attachments: | PastedGraphic-3.tiff |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Greetings Petaluma Council Members,

I am a professor of screenwriting at SRJC, a film producer, screenwriter, author, and former investigative journalist.  I have lived and worked in the Petaluma area for 31 years.  I have served on the boards of the Petaluma Art Center, Petaluma Community Access, and Sonoma County Juvenile Justice Commission.

I  completed a Masters of Arts program at Sonoma State University alongside Stefan Perez.  I produced a short film that he directed.  Over the course of this time, I have spent many hours with Stefan and have come to know him well.  I found Stefan to be funny, sarcastic, intellectual and creative. Never did I hear him express racist or white supremacist views.  On the contrary,  I understand Stefan to be a defender of human rights and equality for all.

I applaud your decision not to remove Stefan from his committee post and urge you to stand firm.

Very best,

e/a

Eric J. Adams |  Sleeperwave Films | eric@sleeperwave.com | O: 707.794.9908 | M: 310.562.7373 | Skype: sleeperwave | www.sleeperwave.com | IMDB | Linkedin



---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Recently the City of Petaluma put out a statement about Stefan Perez a known white supremacist and provocateur… https://patch.com/california/petaluma/city-petaluma-city-council-statement-regarding-ad-hoc-community-advisory?fbclid=IwAR0nRfdiW0Buk1lYFeiLRtShzj9-bLBNiHCsrz5I7xUzn9Bo6fPzCxtqG4w

The city's unwillingness to investigate and take action goes absolutely against the information in the release. There is information on the internet that is posted by the person himself.



Beyond this information that Stefan himself puts out into public view. He's cause violence in our area before. Again sending emails to beg you to stand with most constituents and boot him from the public adhoc committee.

https://www.pressdemocrat.com/article/news/santa-rosa-officers-disciplined-for-protest-response/?fbclid=IwAR3sUfZU9kfmShhF8ny3F-36VBxZsSfw9cHMwDQWP3IFsiS41RElysFLR80

Violence he instigated if you want to claim ignorance. I grew up in Rohnert Park and Petaluma. Shame on the city's lack of action here.

https://bohemian.com/bad-blood/?fbclid=IwAR3Wr6HtVFbBcB2L-xxRNDA-cjRPqww1rXF8E4BDrK0I9VxzYO4Sy0fVRo0

I honestly don't care on where you stand politically. That said, we can't support people that insight violence in our community and that spread hate. Period.

—
Yet again,
Chris Mullins

| From: | Stefan Perez |
| To: | Barrett,Teresa; Healy, Mike; Pocekay, Dennis; Fischer, D"Lynda; Barnacle, Brian; King, Dave; McDonnell, Kevin |
| Cc: | -- City Clerk |
| Subject: | Weighing my options for the Committee |
| Date: | Friday, June 11, 2021 6:25:16 PM |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Hello Petaluma City Council,

First I would like to say that I'm sorry that these recent false allegations against me have taken focus away from the goals of this committee. I've contacted a lawyer about this ridiculous slander that is being spread about me. By now you've heard one side of this story but it's only right that you hear mine.

From the start of the construction of this committee, I've been aware that members of the group Indivisible Petaluma have been pushing to have me removed or blocked from having a seat on this committee. I've tried to ignore their intimidation in order to keep the focus on the goals of this committee, but their harassment and racist attacks on my tribal heritage have increased to the point that they're now trying to bring it front and center.

While on the books, there is only one representative of Indivisible Petaluma on this committee, it is actually 9 or more. I've been a critic of Indivisible Petaluma's numerous documented instances of doxxing and intimidations of community members before. Last year my criticism resulted in a threat against me and harassment of business clients, which came from Zahrya Garcia. I reported that instance to the police and it is on record. After that incident, I've had no interactions with Zahrya or Indivisible Petaluma. However, these acts of harassment and intimidation have escalated after being appointed to the committee.

My friends, clients, and colleagues have been targeted online, I've received multiple threats and am pursuing charges with PPD against some of the people responsible. These threats have now affected my job as a teacher and the safety of my students. I notified the administration immediately about the safety concern and we agreed it would be best for me to be on paid leave for the last 2 weeks of the school year.

I have an abundance of screenshots and documents to back up everything that I'm saying but I'm afraid it looks like the damage has been done.

While I'm very thankful for the council's well reasoned response so far, I personally am overwhelmed as to what to do in regards to the committee. I don't want this to take away focus from the work of the committee. However, I worry about setting a precedent of intimidation and slander as a tool to get rid of members. I am not the only committee member who has been targeted.

I'm still deciding how to move forward or not move forward but I want to hear from the council on what you think I should do. I already have some idea what Dr. Pocekay's thoughts might be on this but I would still like to hear from council members directly. You can either contact me through email or you can call me. Hope to hear from you soon.

Thank you,
- Stefan

--

 Stefan Perez
videographer/ editor
socovideography.com

## Pascoe, Samantha

| | |
|---|---|
| **From:** | Stefan Perez <stefan@socovideography.com> |
| **Sent:** | Wednesday, July 14, 2021 5:58 PM |
| **To:** | Barrett,Teresa |
| **Subject:** | Re: Thank you for speaking |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Ok, thanks for the clarification.

On Wed, Jul 14, 2021 at 5:50 PM Barrett,Teresa <tbarrett@cityofpetaluma.org> wrote:
>
> You are welcome, and, for the record, I meant what I said: I do not know the majority of the people who are on that committee, I read their submittals. That gives me a snapshot but nothing in-depth.
>
> Teresa Barrett
> Mayor of Petaluma
> 707.953.0846

**From:** Stefan Perez <stefan@socovideography.com>
**Sent:** Wednesday, July 14, 2021 5:46:13 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>
**Subject:** Thank you for speaking

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Hello Madam Mayor,

I just wanted to reach out and say that even though I disagree with your decision, thank you for at least addressing the issue in your statement on Monday. While I'm doubtful you actually have "no idea where they stand (members of the committee) what their personal values are", I hope that this has brought slightly more awareness to concerns that citizens have about Indivisible Petaluma.

I'm sorry that it's gone the way it has. It wasn't the intention for my existence on the committee to be such a distraction but just know that I fought for what I think was right for the integrity of this community.

Thank you and have a pleasant evening,
-Stefan

--


Stefan Perez
Videographer/ editor
socovideography.com

--



Stefan Perez

Videographer/ editor

socovideography.com

| | |
|---|---|
| **From:** | Jennifer Hewitt |
| **To:** | Barrett,Teresa; Barnacle, Brian; Fischer, D"Lynda; Healy, Mike; King, Dave; Pocekay, Dennis; McDonnell, Kevin; -- City Clerk |
| **Cc:** | Editor@arguscourier.com; jimsweeney@pressdemocrat.com |
| **Subject:** | Denial of First Amendment Rights |
| **Date:** | Sunday, July 18, 2021 10:25:55 AM |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

City of Petaluma Council Members:

> It was no surprise that you removed Stefan Perez from the Ad Hoc Community Advisory Committee on June 12, 2021. But what is surprising is your disregard and disrespect for Mr. Perez's First Amendment Rights. Stefan Perez is a citizen of Petaluma, who is also a Native American from this part of California, and you have blatantly denied him his most hallowed right to Freedom of Speech.  I thought there would be a few more council members, other than Councilman Healy, who would dissent on this mockery of a vote.  But no, the majority of you proved yourselves to be the lap dogs of Indivisible Petaluma.  You preferred to listen to the likes of Amber Lucas, one of the women responsible for the recent pig's blood vandalism in Santa Rosa, who had the audacity to demand Mr. Perez's removal from the committee, as the evidence against her repulsive actions mounts daily. This is all I need to know about your value to this city.
>
>
> Many of you are up for re-election in 2022.  I will make it my job to convince everyone I know to not vote for you.  And let's face it, you aren't running the city, Indivisible Petaluma is, and they are a group of terrorist, who commit acts of vandalism — I don't think that will sit well with the voters in this City.
>
> Sincerely,
>
> Jennifer Hewitt

>

**From:** Pascoe, Samantha
**To:** -- City Council
**Subject:** Public Records Request - Ad Hoc Advisory Committee (PRA2021-07-005)
**Date:** Thursday, July 22, 2021 2:56:25 PM

Good afternoon Madam Mayor and Councilmembers,

We've received a public records request (detailed below the line) pertaining to the Ad Hoc Advisory Committee.

We are focusing on **part b** of the request:

b) Any and all records and communications regarding nominations by councillors and/or nominations of discretionary members - **that is any appointed committee members who were not affiliated with, or nominated by, the community groups listed in the Feb 22, 2021 presentation to the City Council (see below).**

We have determined there were four additional organizations and one community member **not** affiliated with the groups listed below:

Japanese American Citizens League
Sonoma County Black Forum
North Bay LGBTQI Families
North Bay Animal Services
Stefan Perez / Graton Rancheria

Please search your inboxes for any communications relating to these groups and Perez, then forward any responsive records to me.  I realize you've been through this process for a public records request for communications with Perez in early June.  If you have anything to/from him since June 10th, please send.

Thank you,
Sam

_____
_____

This is a two-part request for records related to the City's Ad Hoc Advisory Committee (AHAC) to improve diversity, equity, and inclusivity.  We are requesting:

a) Any and all "Commission, Committee and Board Application Forms" submitted by members of the AHAC. – N/A as we didn't require forms for this recruitment.

b) Any and all records and communications regarding nominations by councillors and/or nominations of discretionary members - that is any appointed committee members who were not affiliated with, or nominated by, the community groups listed in the Feb 22, 2021 presentation to the City Council (see below).  We expect that records and communications would include but not be limited to: email, memos, minutes of meetings, visitor logs and calendar entries related to the

discretionary nominations.

Petaluma Blacks for Community Development (PBCD)
NAACP Sonoma County
100 Black Men of Sonoma County
Petaluma Community Relations Council (Faith Based and DEI NGO's)
North Bay Organizing Project – Petaluma Chapter (NBOPP)
School District Representatives from (PCS, Old Adobe, Waugh, St. Vincent's)
Team for Inclusivity, Diversity, and Equity (TIDE) in K-12 schools.
Indivisible Petaluma
Sonoma County Blacks
Petaluma Healthcare District
Petaluma Health Center
Petaluma People Services Center
Petaluma Area Chamber of Commerce (DEI)
Petaluma Youth Commission / Petaluma Youth for CAHOOTS
Hispanic Chamber of Commerce
LGBTQ of Sonoma County / Sonoma County Pride

We are available to discuss this request as needed and also able to pay any reasonable copy or retrieval costs associated with it.

Thank you in advance.

Scott Compton, PI#187922
Mason Investigative Group
2430 5th St. #F, Berkeley, CA 94710

**Samantha Pascoe, CMC**
Deputy City Clerk
City of Petaluma | City Clerk
office. 707-778-4575 |
SPascoe@cityofpetaluma.org



 

Petaluma is in a drought. There are many programs and incentives to help you conserve water! Learn more HERE.

| From: | Flynn, Peggy |
| --- | --- |
| To: | Zahyra Garcia |
| Cc: | joe_sturdivant@sbcglobal.net; Rabbi Ted Feldman; acruz@cots.org; Kinyatta Leonhardt; erinmichellewilkins@gmail.com; Joanna Paun; Stefan Perez; Eric Leland; Sadie Martinez; Mark Scott; anthony.franklin@farmersinsurance.com; Sonjhia Lowery; Wells,Katherine; Faith E Ross; Liz Chacon; Lou Zweier; Pedro Toledo; Ramona Faith; johana@petalumapeople.org; Hanan Huneidi; fabian2003romo@gmail.com; risatgreen@icloud.com; Ann Daniels; Sustainable Farming; Julia Mayne; bigpoppavfx@gmail.com; jbrunner@waughsd.org; -- City Council; Danly, Eric; Savano, Ken; Tracey Webb; Zavala, Aaron; Alverde, Ingrid; Medina, Jessica |
| Subject: | RE: Council message to City Ad Hoc Community Advisory Committee |
| Date: | Friday, June 11, 2021 2:33:03 PM |
| Attachments: | image003.png |

Hi Zahyra—please see responses below in blue.

**Peggy Flynn, City Manager**

City of Petaluma | 11 English Street, Petaluma, CA 94952

Direct 707.776.3765 | Office 707.778.4345

City Hall is open M-Th; closed Fridays



**From:** Zahyra Garcia <zahyragarcia@gmail.com>
**Sent:** Thursday, June 10, 2021 4:52 PM
**To:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Cc:** joe_sturdivant@sbcglobal.net; Rabbi Ted Feldman <rabbi@bnaiisrael.net>; acruz@cots.org; Kinyatta Leonhardt <mkinyatta@gmail.com>; erinmichellewilkins@gmail.com; Joanna Paun <joannapaun@gmail.com>; Stefan Perez <stefan@socovideography.com>; Eric Leland <eric@fivepaths.com>; Sadie Martinez <sadiemartinez13@gmail.com>; Mark Scott <Mark@northbayanimalservices.org>; anthony.franklin@farmersinsurance.com; Sonjhia Lowery <slowery@oldadobe.org>; Wells,Katherine <Katherine.Wells@edwardjones.com>; Faith E Ross <missross-056@comcast.net>; Liz Chacon <lchacon@petk12.org>; Lou Zweier <lou.zweier@gmail.com>; Pedro Toledo <pedrot@phealthcenter.org>; Ramona Faith <rfaith@phcd.org>; johana@petalumapeople.org; Hanan Huneidi <hhuneidi@gmail.com>; fabian2003romo@gmail.com; risatgreen@icloud.com; Ann Daniels <adanielshi@gmail.com>; Sustainable Farming <farminglocal@gmail.com>; Julia Mayne <jmayne@svhs-pet.org>; bigpoppavfx@gmail.com; jbrunner@waughsd.org; -- City Council <--CityCouncil@cityofpetaluma.org>; Danly, Eric <EDanly@cityofpetaluma.org>; Savano, Ken <KSavano@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>; Zavala, Aaron <azavala@cityofpetaluma.org>; Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Medina, Jessica <jmedina@cityofpetaluma.org>
**Subject:** Re: Council message to City Ad Hoc Community Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Thanks for the following statement. I have a few questions.

1. 1. Why were there only three signatures on this letter ? The letter is signed by 3 Council members because if four or more signed it, that would constitute a quorum of the Council, making the signing of the letter subject to the Brown Act and requiring it to be signed at a public meeting.  With only three City Council member signatures the letter could be issued prior to the June 15 AHCAC meeting.

2. Given that we should anticipate public comment, could we do that at the **beginning** of the meeting?
- Think we owe it to our community to hear them out since there was no discussion at either city council meeting. Tracey will lead a discussion about the AHCAC communications we've received and the Council's letter at the beginning of the meeting, and public comment is agenized at the end, as was established by the AHCAC at our first meeting.

3. Will we have an opportunity to discuss this in a **closed session** ?  As was noted when we provided the Brown Act training, none of the very limited closed session authorizations apply to the business or jurisdiction of the AHCAC.

I feel like this letter addresses both the wrong reason and the wrong standard for removing an adhoc member. It doesn't even have to be about proving that someone supports white supremacy.

As for the standard…
Chad Loder Twitter identifying an adhoc member is not based on inference and innuendo. I'd say that's at least reasonable suspicion, or even probably cause.

Secondarily, does the city  even need incontrovertible evidence to remove?

I understand that the city and consultant are taking precautions and protecting their reputation for a lot of reasons, but our adhoc committee is to protect human lives by improving race relations and creating a civilian oversight.

As a queer woman of color who has been a target by white supremacy in Petaluma. It is our responsibility as a committee to understand the lives that have been lost due to lack of policies, lack of transparency,  lack of accountability,  lack or proper trainings to fight against systemic racism embedded in white supremacy culture that pours into our police , city and justice system.

Appreciate having this being probably the only opportunity to bring my authentic self. To say that I feel safe is an understatement.

*"I have come to believe over and over again that what is most important to me must be spoken, made verbal and shared, even at the risk of having it bruised or misunderstood. That the speaking profits me, beyond any other effect. I am standing here as a Black lesbian poet, and the meaning of all that waits upon the fact that I am still alive, and might not have been." - Audre Lorde*

Warm regards,


On Wed, Jun 9, 2021, 9:58 PM Flynn, Peggy <PFlynn@cityofpetaluma.org> wrote:

Dear Ad Hoc Community Advisory Committee Members--attached is a message from our City Council regarding recent events and concerns raised by some of you as well as some members of our community. Additionally, below is a message to you from our facilitator, Tracey Webb. Please reach out if you have questions.


Together in service,

Peggy

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays




-----Original Message-----
From: Tracey Webb traceyewebb@gmail.com
Sent: Tuesday, June 8, 2021 11:12 AM
To: Flynn, Peggy PFlynn@cityofpetaluma.org
Subject: AHCAC Member Communication


Greetings All:


I have not responded to the emails and entreaties for communication from committee members because we needed to review all of the correspondence. A measured and well-considered response is required.


1. White supremacy will be called out and has no place in the critical work of this committee. As a Black woman who has been the subject of white supremacist hate, I will tell you that I would insist that the City remove a member if there was clear proof that the

person supports hate.  To that end, a review of a certain member's purported affiliations does not rise to incontrovertible facts.  We truly have no idea of an individual's affiliations unless their direct conduct demonstrates belief in any form of hate that is antithetical to the purpose of this group.  At this point, the accusations are based upon inference and innuendo.  I am not purporting that we protect white supremacists.  I am stating that we have to be fair and have proof before we remove anyone based upon supposition.  For too many years in this country people of color have been subject to persecution based upon innuendo and loose "facts".  We cannot remove a committee member based upon innuendo.

2.  This work is about having difficult conversations with people with whom we might disagree, even vehemently.  These discussions should be based upon the subject of our work during the meeting, and not on social media.

3.  The integrity of this process will remain in tact because we will be fair.  Our recent silence was  due to legal considerations and protection of everyone's constitutional rights.  We had to consider all of the information presented.

4.  We need to focus on the substance of this work.  AHCAC members proffered over 140 ideas for recommendations for the Council under our current topic of community engagement.  I have grouped those suggestions into ten mega buckets, which we will discuss in depth at the June 15 session.  We will have our first set of recommendations by the end of our June meeting.

5.  Finally, if your goal is to truly work together on this committee to move Petaluma's race relations forward, you are so welcomed and appreciated.  If your goal is to disrupt the process and to de-legitimize the collective effort, then perhaps your time is best allocated to other efforts.  I would hope that the entire AHCAC remains in tact, but I will respect and understand if members feel that they need to remove themselves from the work of this group.

Thank you again for your time.  Please stay safe and well.

Tracey Webb

Tracey Elizabeth Webb Associates

| From: | Stefan Perez |
| To: | Anthony Franklin |
| Cc: | Flynn, Peggy; Zahyra Garcia; joe_sturdivant@sbcglobal.net; rabbi@bnaiisrael.net; acruz@cots.org; mkinyatta@gmail.com; erinmichellewilkins@gmail.com; joannapaun@gmail.com; eric@fivepaths.com; sadiemsrtinez13@gmail.com; Mark@northbayanimalservices.org; slowery@oldadobe.org; Wells,Katherine; Faith Ross; Lou Zweier; lchacon@pet12.org; pedrot@petalumahealthcenter.org; rfaith@phcd.org; johana@petalumapeople.org; hhuneidi@gmail.com; fabian2003romo@gmail.com; adaniels@gmail.com; farminlocal@gmail.com; jmayne@svhs-pet.org; Zavala, Aaron; Alverde, Ingrid; Medina, Jessica; -- City Council |
| Subject: | Re: Council message to City Ad Hoc Community Advisory Committee |
| Date: | Tuesday, July 6, 2021 3:41:24 PM |
| Attachments: | image003.png |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Hello members of the AHCAC,

After much deliberation with friends, family, city staff, and with my own thoughts I've come to a decision regarding my status on the committee. I will not resign from this committee and I wish to continue to have my voice heard. I understand that some of you may have questions about the jokes that I've made online or the false accusations about my character. That is why I invite anyone who wishes to have a good faith conversation about how you might be feeling to email me directly. We have a very limited time to work during our meetings and I hope to remedy any distractions beforehand. It was never my intention to divert attention away from the work of this body but unfortunately outside grudges are being put front and center to the detriment of Petaluma.

If I was the only committee member being targeted to step down I would consider resigning to avoid further disruption. However, it has become obvious to me that I would not be the last member to face this same kind of coordinated removal and I do not wish to set a precedent for the effectiveness of this type of harassment.

I would like to end by highlighting some of Tracey's rules of engagement that we all agreed to.

"-The AHCAC is not the stage for public theater.
[...] It will be very hard for the group to produce a serious blueprint for change if the main focus becomes management of interpersonal conflict.
-This work is critical for the health of the Petaluma community. We all have to work hard to express our concerns in a manner that is authentic but that does not devolve into personal attacks."

Thank you all for taking the time to read this,
-Stefan

On Tue, Jun 15, 2021 at 12:06 PM Anthony Franklin <anthonydfranklin@aol.com> wrote:

> Thank you for your responses.
>
> It is unfortunate that the information provided and the concerns raised did not result in further action being taken. We all should have the right to disagree and speak freely. He is entitled to his opinion. What I do not understand is how he will benefit this work or make people feel safe.
>
> It would appear his views are in direct opposition to this work. It appears we are more

worried about his safety and rights. It is one thing to have opposing views, we should, it's another thing to have the viewpoints that have been attributed to him.

Can you at least tell us that he had denied the allegations? That you did some sort of investigation?

We can and should do better!

Anthony Franklin
Petaluma Resident

---

**From:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Sent:** Friday, June 11, 2021 2:33 PM
**To:** Zahyra Garcia <zahyragarcia@gmail.com>
**Cc:** joe_sturdivant@sbcglobal.net; Rabbi Ted Feldman <rabbi@bnaiisrael.net>; acruz@cots.org; Kinyatta Leonhardt <mkinyatta@gmail.com>; erinmichellewilkins@gmail.com; Joanna Paun <joannapaun@gmail.com>; Stefan Perez <stefan@socovideography.com>; Eric Leland <eric@fivepaths.com>; Sadie Martinez <sadiemartinez13@gmail.com>; Mark Scott <Mark@northbayanimalservices.org>; Anthony Franklin <anthony.franklin@farmersinsurance.com>; Sonjhia Lowery <slowery@oldadobe.org>; Wells,Katherine <Katherine.Wells@edwardjones.com>; Faith E Ross <missross-056@comcast.net>; Liz Chacon <lchacon@petk12.org>; Lou Zweier <lou.zweier@gmail.com>; Pedro Toledo <pedrot@phealthcenter.org>; Ramona Faith <rfaith@phcd.org>; johana@petalumapeople.org; Hanan Huneidi <hhuneidi@gmail.com>; fabian2003romo@gmail.com; risatgreen@icloud.com; Ann Daniels <adanielshi@gmail.com>; Sustainable Farming <farminglocal@gmail.com>; Julia Mayne <jmayne@svhs-pet.org>; bigpoppavfx@gmail.com; jbrunner@waughsd.org; -- City Council <--CityCouncil@cityofpetaluma.org>; Danly, Eric <EDanly@cityofpetaluma.org>; Savano, Ken <KSavano@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>; Zavala, Aaron <azavala@cityofpetaluma.org>; Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Medina, Jessica <jmedina@cityofpetaluma.org>
**Subject:** [EXTERNAL] RE: Council message to City Ad Hoc Community Advisory Committee

Hi Zahyra—please see responses below in blue.

**Peggy Flynn, City Manager**

City of Petaluma | 11 English Street, Petaluma, CA 94952

Direct 707.776.3765 | Office 707.778.4345

City Hall is open M-Th; closed Fridays



---

**From:** Zahyra Garcia <zahyragarcia@gmail.com>
**Sent:** Thursday, June 10, 2021 4:52 PM
**To:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Cc:** joe_sturdivant@sbcglobal.net; Rabbi Ted Feldman <rabbi@bnaiisrael.net>; acruz@cots.org; Kinyatta Leonhardt <mkinyatta@gmail.com>; erinmichellewilkins@gmail.com; Joanna Paun <joannapaun@gmail.com>; Stefan Perez <stefan@socovideography.com>; Eric Leland <eric@fivepaths.com>; Sadie Martinez <sadiemartinez13@gmail.com>; Mark Scott <Mark@northbayanimalservices.org>; anthony.franklin@farmersinsurance.com; Sonjhia Lowery <slowery@oldadobe.org>; Wells,Katherine <Katherine.Wells@edwardjones.com>; Faith E Ross <missross-056@comcast.net>; Liz Chacon <lchacon@petk12.org>; Lou Zweier <lou.zweier@gmail.com>; Pedro Toledo <pedrot@phealthcenter.org>; Ramona Faith <rfaith@phcd.org>; johana@petalumapeople.org; Hanan Huneidi <hhuneidi@gmail.com>; fabian2003romo@gmail.com; risatgreen@icloud.com; Ann Daniels <adanielshi@gmail.com>; Sustainable Farming <farminglocal@gmail.com>; Julia Mayne <jmayne@svhs-pet.org>; bigpoppavfx@gmail.com; jbrunner@waughsd.org; -- City Council <--CityCouncil@cityofpetaluma.org>; Danly, Eric <EDanly@cityofpetaluma.org>; Savano, Ken <KSavano@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>; Zavala, Aaron <azavala@cityofpetaluma.org>; Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Medina, Jessica <jmedina@cityofpetaluma.org>
**Subject:** Re: Council message to City Ad Hoc Community Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Thanks for the following statement. I have a few questions.

1. 1. Why were there only three signatures on this letter ? The letter is signed by 3 Council members because if four or more signed it, that would constitute a quorum of the Council, making the signing of the letter subject to the Brown Act and requiring it to be signed at a public meeting.  With only three City Council member signatures the letter could be issued prior to the June 15 AHCAC meeting.

2. Given that we should anticipate public comment, could we do that at the **beginning** of the meeting?

- Think we owe it to our community to hear them out since there was no discussion at either city council meeting. Tracey will lead a discussion about the AHCAC communications we've received and the Council's letter at the beginning of the meeting, and public comment is agenized at the end, as was established by the AHCAC at our first meeting.

3. Will we have an opportunity to discuss this in a **closed session** ?  As was noted when we provided the Brown Act training, none of the very limited closed session authorizations apply to the business or jurisdiction of the AHCAC.

I feel like this letter addresses both the wrong reason and the wrong standard for removing an adhoc member. It doesn't even have to be about proving that someone supports white supremacy.

As for the standard…

Chad Loder Twitter identifying an adhoc member is not based on inference and innuendo. I'd say that's at least reasonable suspicion, or even probably cause.

Secondarily, does the city  even need incontrovertible evidence to remove?

I understand that the city and consultant are taking precautions and protecting their reputation for a lot of reasons, but our adhoc committee is to protect human lives by improving race relations and creating a civilian oversight.

As a queer woman of color who has been a target by white supremacy in Petaluma. It is our responsibility as a committee to understand the lives that have been lost due to lack of policies, lack of transparency, lack of accountability, lack or proper trainings to fight against systemic racism embedded in white supremacy culture that pours into our police, city and justice system.

Appreciate having this being probably the only opportunity to bring my authentic self. To say that I feel safe is an understatement.

*"I have come to believe over and over again that what is most important to me must be spoken, made verbal and shared, even at the risk of having it bruised or misunderstood. That the speaking profits me, beyond any other effect. I am standing here as a Black lesbian poet, and the meaning of all that waits upon the fact that I am still alive, and might not have been." - Audre Lorde*

Warm regards,

On Wed, Jun 9, 2021, 9:58 PM Flynn, Peggy <PFlynn@cityofpetaluma.org> wrote:

> Dear Ad Hoc Community Advisory Committee Members--attached is a message from our City Council regarding recent events and concerns raised by some of you as well as some members of our community. Additionally, below is a message to you from our facilitator, Tracey Webb. Please reach out if you have questions.
>
> Together in service,
>
> Peggy
>
> **Peggy Flynn, City Manager**
>
> City of Petaluma | 11 English Street, Petaluma, CA 94952
>
> Direct 707.776.3765 | Office 707.778.4345



-----Original Message-----
From: Tracey Webb traceyewebb@gmail.com
Sent: Tuesday, June 8, 2021 11:12 AM
To: Flynn, Peggy PFlynn@cityofpetaluma.org
Subject: AHCAC Member Communication

Greetings All:

I have not responded to the emails and entreaties for communication from committee members because we needed to review all of the correspondence. A measured and well-considered response is required.

1.  White supremacy will be called out and has no place in the critical work of this committee.  As a Black woman who has been the subject of white supremacist hate, I will tell you that I would insist that the City remove a member if there was clear proof that the person supports hate.  To that end, a review of a certain member's purported affiliations does not rise to incontrovertible facts.  We truly have no idea of an individual's affiliations unless their direct conduct demonstrates belief in any form of hate that is antithetical to the purpose of this group.  At this point, the accusations are based upon inference and innuendo.  I am not purporting that we protect white supremacists.  I am stating that we have to be fair and have proof before we remove anyone based upon supposition.  For too many years in this country people of color have been subject to persecution based upon innuendo and loose "facts".  We cannot remove a committee member based upon innuendo.

2.  This work is about having difficult conversations with people with whom we might disagree, even vehemently.  These discussions should be based upon the subject of our work during the meeting, and not on social media.

3.  The integrity of this process will remain in tact because we will be fair. Our recent silence was  due to legal considerations and protection of everyone's constitutional rights.  We had to consider all of the information presented.

4.  We need to focus on the substance of this work.  AHCAC members proffered over 140 ideas for recommendations for the Council under our current topic of community engagement.  I have grouped those suggestions into ten mega buckets, which we will discuss in depth at the June 15 session. We will have our first set of recommendations by the end of our June meeting.

5.  Finally, if your goal is to truly work together on this committee to move Petaluma's race relations forward, you are so welcomed and appreciated.  If your goal is to disrupt the process and to de-legitimize the collective effort, then perhaps your time is best allocated to other efforts.  I would hope that the entire AHCAC remains in tact, but I will respect and understand if members feel that they need to remove themselves from the work of this group.

Thank you again for your time.  Please stay safe and well.

Tracey Webb

Tracey Elizabeth Webb Associates

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

--



Stefan Perez
videographer/ editor
socovideography.com

| From: | Eric J. Adams |
|---|---|
| To: | Flynn, Peggy; Barrett,Teresa; Barnacle, Brian; Pocekay, Dennis; Fischer, D"Lynda; Healy, Mike; King, Dave; McDonnell, Kevin |
| Subject: | Regarding Stefan Perez |
| Date: | Monday, June 21, 2021 11:21:33 AM |
| Attachments: | PastedGraphic-3.tiff |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Greetings Petaluma Council Members,

I am a professor of screenwriting at SRJC, a film producer, screenwriter, author, and former investigative journalist.  I have lived and worked in the Petaluma area for 31 years.  I have served on the boards of the Petaluma Art Center, Petaluma Community Access, and Sonoma County Juvenile Justice Commission.

I  completed a Masters of Arts program at Sonoma State University alongside Stefan Perez.  I produced a short film that he directed.  Over the course of this time, I have spent many hours with Stefan and have come to know him well.  I found Stefan to be funny, sarcastic, intellectual and creative. Never did I hear him express racist or white supremacist views.  On the contrary,  I understand Stefan to be a defender of human rights and equality for all.

I applaud your decision not to remove Stefan from his committee post and urge you to stand firm.

Very best,

e/a


Eric J. Adams |  Sleeperwave Films | eric@sleeperwave.com | O: 707.794.9908 | M: 310.562.7373 | Skype: sleeperwave | www.sleeperwave.com | IMDB | Linkedin




| | |
|---|---|
| **From:** | King, Dave |
| **To:** | Pascoe, Samantha |
| **Subject:** | Fw: 7/12 Council meeting |
| **Date:** | Tuesday, July 27, 2021 11:51:53 AM |
| **Attachments:** | image004.png |
| | image007.png |

---

**From:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Sent:** Wednesday, July 7, 2021 3:42 PM
**Cc:** -- City Council <--CityCouncil@cityofpetaluma.org>; Danly, Eric <EDanly@cityofpetaluma.org>;
Savano, Ken <KSavano@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>
**Subject:** 7/12 Council meeting

Dear AHCAC members—please see agenda item, including the resolution, below for the 7/12 Council
meeting removing Mr. Perez's seat on the Committee:

> Resolution Amending Resolution No. 2021-035 N.C.S. and Abolishing a Seat on Ad
> Hoc Community Advisory Committee (Danly)

[3.F - AHCAC](#) 🖇

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays



Petaluma is in a drought. There are
many programs and incentives
to help you conserve water! Learn
more HERE.

**From:** Erin Chmielewski <erin4wmh@gmail.com>

**Sent:** Friday, June 4, 2021 4:24 PM

**To:** King, Dave <dking@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; Barrett,Teresa <tbarrett@cityofpetaluma.org>; Flynn, Peggy <PFlynn@cityofpetaluma.org>; -- City Clerk <CityClerk@cityofpetaluma.org>

**Subject:** Agenda Item

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Good Evening Mayor, City Council & City Manager,

We, North Bay Organizing Project, urge you to agendize the removal of Stefan Perez from the Ad Hoc Community Advisory Committee for the upcoming meeting on June 7. It has become apparent that his presence jeopardizes the safety of the other members.

Respectfully,

Erin Chmielewski
Pronouns: She/Her
Chair North Bay Organizing Project Petaluma
707-480-0636

**From:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Sent:** Sunday, July 25, 2021 4:22 PM
**To:** -- City Council <--CityCouncil@cityofpetaluma.org>
**Subject:** AHCAC Homework for August 17 Meeting

fyi

**Peggy Flynn**
City Manager
City of Petaluma | City Manager's
Office
office. (707) 778-4345 |
PFlynn@cityofpetaluma.org
11 English St, Petaluma, 94952

Petaluma is in a drought. There are
many programs and incentives
to help you conserve water! Learn
more **HERE**.

Begin forwarded message:

> **From:** Ann Daniels <adanielshi@gmail.com>
> **Date:** July 25, 2021 at 4:13:00 PM PDT
> **To:** "Zavala, Aaron" <azavala@cityofpetaluma.org>
> **Cc:** "Alverde, Ingrid" <IAlverde@cityofpetaluma.org>, "Danly, Eric"
> <EDanly@cityofpetaluma.org>, "Flynn, Peggy" <PFlynn@cityofpetaluma.org>,
> "Savano, Ken" <KSavano@cityofpetaluma.org>, "Terry, Suzanne"
> <STerry@cityofpetaluma.org>, Tracey Webb <traceyewebb@gmail.com>
> **Subject: Re: AHCAC Homework for August 17 Meeting**

> ---Warning: Use caution before clicking any attachments. THIS EMAIL IS
> FROM OUTSIDE OUR EMAIL SYSTEM.---
> Hello Aaron & All,

I regret to write you all that I will not continue with this committee. My personal life commitments have grown including a new job and a longer commute since the start of this committee - in addition, to this, my true feeling as this Ad Hoc committee has become a spinning of the wheels. I am in full support of the city commissioning a standing committee with actual power and a specific focus of civilian oversight which was what my initial intention joining the listening circles organizing committee.

All the best - if I did have room in my life, I would see through the commitment for the finality, but like I said, I don't have the space or time to continue on what is turning into a runaround.

thanks,
Ann-Marie Daniels

On Fri, Jul 23, 2021 at 12:31 PM Zavala, Aaron <azavala@cityofpetaluma.org> wrote:

Good Afternoon,

Please see below email from Tracey on the homework for the August 17th meeting, along with attachments.

Greetings AHCAC Members:

I hope that this email finds each of you well. I want to thank you for the incredible focus and energy that was displayed during our July 20 session. We are marching toward our goal of producing a series of recommendations for the council by the end of our time together in September.

You will please find attached to this email four items:

1) Scan 1 of the homework assignment from members that was submitted by 7.22. Please note that some people asked for anonymity, some asked that their work not be included, and not everyone completed the assignment.

2) Scan 2 of the homework assignment from members that was submitted by 7.22.

3) The homework assignment for 8.17 with item #1 (schools)

4) The homework assignment for 8.17 for item #2 (multicultural center)

- Please complete the assignment and email both Word docs back to me by Friday, July 30, otherwise I will not be able to include your data in the affinity diagram.. ***Please use my email: traceyewebb@gmail.com and use the subject: AHCAC Homework 8.17 (Last Name).*** I will then create two affinity diagrams that summarize what you all have sent in. We will consider each of the two topics separately, so please have a copy of your homework handy during our meeting on 8.17.

-You have really come together as a committee!  I am honored to help usher the process along because I see the dedication and commitment displayed by each of you.  Thank you, thank you, thank you!

Toward a bright and an equitable path forward for Petaluma!

Tracey
traceyewebb@gmail.com
510-912-4763

Thank you for your time and consideration.

Best Regards,
Aaron

**Aaron Zavala, MPA, MUP**
Senior Management Analyst
City of Petaluma | Public Works and Utilities
office. 707-778-4495 |
azavala@cityofpetaluma.org

Petaluma is in a drought. There are many programs and incentives to help you conserve water! Learn more HERE.

**From:** King, Dave
**To:** Pascoe, Samantha
**Subject:** Fw: City Council Public Comment
**Date:** Tuesday, July 27, 2021 11:52:10 AM

---

**From:** West Below <westred100@protonmail.ch>
**Sent:** Monday, July 12, 2021 5:21 PM
**To:** Pocekay, Dennis <dpocekay@cityofpetaluma.org>; Barrett,Teresa
<tbarrett@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda
<dfischer@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; King, Dave
<dking@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; -- City Clerk
<CityClerk@cityofpetaluma.org>; Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Subject:** City Council Public Comment

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE
OUR EMAIL SYSTEM.---

I am called here today, both by God and by my conscience, to once again speak the
truth about Stefan Perez. Stefan Perez is someone I have had the pleasure of getting
to know personally. Sadly, however, there have been attempts to defame his
character, which culminate in today's agenda. In section 3F, an inconspicuously
worded item in the Consent Calendar, which hosts no discussion about the issue and
has it voted on with five other items at once, not only terminated his position on the
Ad Hoc Committee for police oversight, but abolishes his seat entirely, lest the public
remember that he used to sit there.

Stefan has done an excellent job so far on the committee, in part because he does
not serve any groups of special interest. Every meeting, he arrives, sits down at his
chair, and discusses what he thinks is right, not what his boss or organization would
profit from. He cares about Petaluma. Anyone who knows Mr. Perez would also know
that these allegations against him are bogus, unfounded malarkey.

Furthermore, why is this council removing a seat - on the grounds that the native man
who serves on it, is a White Supremacist – as a mere consent calendar item? Surely
something so important and controversial would have a discussion on this, right? This
action clearly shows a lack of transparency in the council, and lack of transparency
begets lack of trust. This action displays for all to see that many members of this
council that they are not serving the people of Petaluma, as they promised; nor the
constitution, as they sworn an Oath, but rather organizations like indivisible Petaluma,
that claims to fight racism yet merely adds more to the fire.

Lastly, Indivisible Petaluma (you may not see it but I'm putting big air quotes around
the word "Indivisible") casting doubt on Mr. Perez's heritage is a tired and racist tactic
that has been used through history to silence indigenous voices. I call on the
members of the council to open this up from a consent calendar item to new
business, so they may explain why they are removing this man from a committee he
was appointed to. Thank you.

Sincerely,
West Below

Sent with ProtonMail Secure Email.

---

**From:** Ellen <obwho@aol.com>
**Sent:** Monday, June 14, 2021 12:54 PM
**To:** Terry, Suzanne <STerry@cityofpetaluma.org>
**Cc:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; Danly, Eric <EDanly@cityofpetaluma.org>; Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Subject:** Comment for tomorrow night's AHCAC meeting

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Thank you for submitting it to the committee -

To Tracey Webb and members of the committee

I am disappointed the City Council did not remove Stefan Perez from this committee. I would have thought evidence of his being associated with a white nationalist group and posting racist statements on social media would be enough to remove him from a committee tasked "to study and discuss issues contributing to community members not feeling safe or welcome in Petaluma and to develop recommendations to improve diversity, equity, and inclusion in our city." (https://cityofpetaluma.org/ad-hoc-community-advisory-committee/) The City has said it may not regulate Mr. Perez's speech or participation in the AHCAC based on protected speech. But the First Amendment protects government employees and volunteers from retaliation for their speech only if they spoke/wrote as private community members on matters of "public concern" and their interest in commenting on such matters outweighs the city's interest in promoting the efficiency of the public services it performs. Speech is considered to be a matter of public concern if it relates to political, social or community issues, or about how government is functioning. Mr. Perez's speech likely did not involve a matter of public concern and even if it did, Petaluma's interest in having an effective AHCAC should outweigh Mr. Perez' interests.

It also seems the council is more concerned about "speculation and attacks" against Mr. Perez than the possibility that the committee has among its members a person who is antagonistic to the committee's mission. I know the city has been focusing on Mr. Perez' free speech rights but applying the test laid out above, it is the speech of the people raising valid concerns about his being on the committee that should be receiving protection.

I wholeheartedly support the committee's mission. I hope you will find a way to prevent Mr. Perez from sabotaging the essential work that lies ahead.

Thank you,

Ellen Obstler

| | |
|---|---|
| **From:** | King, Dave |
| **To:** | Pascoe, Samantha |
| **Subject:** | Fw: Council message to City Ad Hoc Community Advisory Committee |
| **Date:** | Tuesday, July 27, 2021 11:49:01 AM |
| **Attachments:** | image003.png |

**From:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Sent:** Friday, June 11, 2021 2:32 PM
**To:** Zahyra Garcia <zahyragarcia@gmail.com>
**Cc:** joe_sturdivant@sbcglobal.net <joe_sturdivant@sbcglobal.net>; Rabbi Ted Feldman <rabbi@bnaiisrael.net>; acruz@cots.org <acruz@cots.org>; Kinyatta Leonhardt <mkinyatta@gmail.com>; erinmichellewilkins@gmail.com <erinmichellewilkins@gmail.com>; Joanna Paun <joannapaun@gmail.com>; Stefan Perez <stefan@socovideography.com>; Eric Leland <eric@fivepaths.com>; Sadie Martinez <sadiemartinez13@gmail.com>; Mark Scott <Mark@northbayanimalservices.org>; anthony.franklin@farmersinsurance.com <anthony.franklin@farmersinsurance.com>; Sonjhia Lowery <slowery@oldadobe.org>; Wells,Katherine <Katherine.Wells@edwardjones.com>; Faith E Ross <missross-056@comcast.net>; Liz Chacon <lchacon@petk12.org>; Lou Zweier <lou.zweier@gmail.com>; Pedro Toledo <pedrot@phealthcenter.org>; Ramona Faith <rfaith@phcd.org>; johana@petalumapeople.org <johana@petalumapeople.org>; Hanan Huneidi <hhuneidi@gmail.com>; fabian2003romo@gmail.com <fabian2003romo@gmail.com>; risatgreen@icloud.com <risatgreen@icloud.com>; Ann Daniels <adanielshi@gmail.com>; Sustainable Farming <farminglocal@gmail.com>; Julia Mayne <jmayne@svhs-pet.org>; bigpoppavfx@gmail.com <bigpoppavfx@gmail.com>; jbrunner@waughsd.org <jbrunner@waughsd.org>; -- City Council <--CityCouncil@cityofpetaluma.org>; Danly, Eric <EDanly@cityofpetaluma.org>; Savano, Ken <KSavano@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>; Zavala, Aaron <azavala@cityofpetaluma.org>; Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Medina, Jessica <jmedina@cityofpetaluma.org>
**Subject:** RE: Council message to City Ad Hoc Community Advisory Committee

Hi Zahyra—please see responses below in blue.

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays



**From:** Zahyra Garcia <zahyragarcia@gmail.com>
**Sent:** Thursday, June 10, 2021 4:52 PM
**To:** Flynn, Peggy <PFlynn@cityofpetaluma.org>

**Cc:** joe_sturdivant@sbcglobal.net; Rabbi Ted Feldman <rabbi@bnaiisrael.net>; acruz@cots.org; Kinyatta Leonhardt <mkinyatta@gmail.com>; erinmichellewilkins@gmail.com; Joanna Paun <joannapaun@gmail.com>; Stefan Perez <stefan@socovideography.com>; Eric Leland <eric@fivepaths.com>; Sadie Martinez <sadiemartinez13@gmail.com>; Mark Scott <Mark@northbayanimalservices.org>; anthony.franklin@farmersinsurance.com; Sonjhia Lowery <slowery@oldadobe.org>; Wells,Katherine <Katherine.Wells@edwardjones.com>; Faith E Ross <missross-056@comcast.net>; Liz Chacon <lchacon@petk12.org>; Lou Zweier <lou.zweier@gmail.com>; Pedro Toledo <pedrot@phealthcenter.org>; Ramona Faith <rfaith@phcd.org>; johana@petalumapeople.org; Hanan Huneidi <hhuneidi@gmail.com>; fabian2003romo@gmail.com; risatgreen@icloud.com; Ann Daniels <adanielshi@gmail.com>; Sustainable Farming <farminglocal@gmail.com>; Julia Mayne <jmayne@svhs-pet.org>; bigpoppavfx@gmail.com; jbrunner@waughsd.org; -- City Council <-- CityCouncil@cityofpetaluma.org>; Danly, Eric <EDanly@cityofpetaluma.org>; Savano, Ken <KSavano@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>; Zavala, Aaron <azavala@cityofpetaluma.org>; Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Medina, Jessica <jmedina@cityofpetaluma.org>
**Subject:** Re: Council message to City Ad Hoc Community Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Thanks for the following statement. I have a few questions.

1. 1. Why were there only three signatures on this letter ? The letter is signed by 3 Council members because if four or more signed it, that would constitute a quorum of the Council, making the signing of the letter subject to the Brown Act and requiring it to be signed at a public meeting. With only three City Council member signatures the letter could be issued prior to the June 15 AHCAC meeting.


2. Given that we should anticipate public comment, could we do that at the **beginning** of the meeting?
- Think we owe it to our community to hear them out since there was no discussion at either city council meeting. Tracey will lead a discussion about the AHCAC communications we've received and the Council's letter at the beginning of the meeting, and public comment is agenized at the end, as was established by the AHCAC at our first meeting.

3. Will we have an opportunity to discuss this in a **closed session** ?  As was noted when we provided the Brown Act training, none of the very limited closed session authorizations apply to the business or jurisdiction of the AHCAC.


I feel like this letter addresses both the wrong reason and the wrong standard for removing an adhoc member. It doesn't even have to be about proving that someone supports white supremacy.

As for the standard...

Chad Loder Twitter identifying an adhoc member is not based on inference and innuendo. I'd say that's at least reasonable suspicion, or even probably cause.

Secondarily, does the city even need incontrovertible evidence to remove?

I understand that the city and consultant are taking precautions and protecting their reputation for a lot of reasons, but our adhoc committee is to protect human lives by improving race relations and creating a civilian oversight.

As a queer woman of color who has been a target by white supremacy in Petaluma. It is our responsibility as a committee to understand the lives that have been lost due to lack of policies, lack of transparency, lack of accountability, lack or proper trainings to fight against systemic racism embedded in white supremacy culture that pours into our police , city and justice system.

Appreciate having this being probably the only opportunity to bring my authentic self. To say that I feel safe is an understatement.

*"I have come to believe over and over again that what is most important to me must be spoken, made verbal and shared, even at the risk of having it bruised or misunderstood. That the speaking profits me, beyond any other effect. I am standing here as a Black lesbian poet, and the meaning of all that waits upon the fact that I am still alive, and might not have been." - Audre Lorde*

Warm regards,


On Wed, Jun 9, 2021, 9:58 PM Flynn, Peggy <PFlynn@cityofpetaluma.org> wrote:

> Dear Ad Hoc Community Advisory Committee Members--attached is a message from our City Council regarding recent events and concerns raised by some of you as well as some members of our community. Additionally, below is a message to you from our facilitator, Tracey Webb. Please reach out if you have questions.
>
> Together in service,
> Peggy
>
> **Peggy Flynn, City Manager**
> City of Petaluma | 11 English Street, Petaluma, CA 94952
> Direct 707.776.3765 | Office 707.778.4345
> City Hall is open M-Th; closed Fridays
>
> 
>
> -----Original Message-----

From: Tracey Webb traceyewebb@gmail.com
Sent: Tuesday, June 8, 2021 11:12 AM
To: Flynn, Peggy PFlynn@cityofpetaluma.org
Subject: AHCAC Member Communication

Greetings All:

I have not responded to the emails and entreaties for communication from committee members because we needed to review all of the correspondence. A measured and well-considered response is required.

1. White supremacy will be called out and has no place in the critical work of this committee. As a Black woman who has been the subject of white supremacist hate, I will tell you that I would insist that the City remove a member if there was clear proof that the person supports hate. To that end, a review of a certain member's purported affiliations does not rise to incontrovertible facts. We truly have no idea of an individual's affiliations unless their direct conduct demonstrates belief in any form of hate that is antithetical to the purpose of this group. At this point, the accusations are based upon inference and innuendo. I am not purporting that we protect white supremacists. I am stating that we have to be fair and have proof before we remove anyone based upon supposition. For too many years in this country people of color have been subject to persecution based upon innuendo and loose "facts". We cannot remove a committee member based upon innuendo.

2. This work is about having difficult conversations with people with whom we might disagree, even vehemently. These discussions should be based upon the subject of our work during the meeting, and not on social media.

3. The integrity of this process will remain in tact because we will be fair. Our recent silence was due to legal considerations and protection of everyone's constitutional rights. We had to consider all of the information presented.

4. We need to focus on the substance of this work. AHCAC members proffered over 140 ideas for recommendations for the Council under our current topic of community engagement. I have grouped those suggestions into ten mega buckets, which we will discuss in depth at the June 15 session. We will have our first set of recommendations by the end of our June meeting.

5. Finally, if your goal is to truly work together on this committee to move Petaluma's race relations forward, you are so welcomed and appreciated. If your goal is to disrupt the process and to de-legitimize the collective effort, then perhaps your time is best allocated to other efforts. I would hope that the entire AHCAC remains in tact, but I will respect and understand if members feel that they need to remove themselves from the work of this group.

Thank you again for your time. Please stay safe and well.

Tracey Webb
Tracey Elizabeth Webb Associates

| **From:** | King, Dave |
| --- | --- |
| **To:** | Pascoe, Samantha |
| **Subject:** | Fw: Council message to City Ad Hoc Community Advisory Committee |
| **Date:** | Tuesday, July 27, 2021 11:50:56 AM |
| **Attachments:** | image003.png |

**From:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Sent:** Tuesday, July 6, 2021 3:53 PM
**To:** citymgr <citymgr@cityofpetaluma.org>
**Cc:** Danly, Eric <EDanly@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>
**Subject:** RE: Council message to City Ad Hoc Community Advisory Committee

Dear AHCAC members—to ensure compliance with the Brown Act, please refrain from responding and/or sending email correspondence to the group.

Thank you.

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays



Petaluma is in a drought. There are
many programs and incentives
to help you conserve water! Learn
more HERE.

**From:** Stefan Perez <stefan@socovideography.com>
**Sent:** Tuesday, July 6, 2021 3:41 PM
**To:** Anthony Franklin <anthonydfranklin@aol.com>
**Cc:** Flynn, Peggy <PFlynn@cityofpetaluma.org>; Zahyra Garcia <zahyragarcia@gmail.com>; joe_sturdivant@sbcglobal.net; rabbi@bnaiisrael.net; acruz@cots.org; mkinyatta@gmail.com; erinmichellewilkins@gmail.com; joannapaun@gmail.com; eric@fivepaths.com; sadiemsrtinez13@gmail.com; Mark@northbayanimalservices.org; slowery@oldadobe.org; Wells,Katherine <katherine.wells@edwardjones.com>; Faith Ross <missross-056@comcast.net>; Lou Zweier <lou.zweier@gmail.com>; lchacon@pet12.org; pedrot@petalumahealthcenter.org; rfaith@phcd.org; johana@petalumapeople.org; hhuneidi@gmail.com; fabian2003romo@gmail.com; adaniels@gmail.com; farminlocal@gmail.com; jmayne@svhs-pet.org; Zavala, Aaron <azavala@cityofpetaluma.org>; Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Medina, Jessica <jmedina@cityofpetaluma.org>; -- City Council <--CityCouncil@cityofpetaluma.org>

**Subject:** Re: Council message to City Ad Hoc Community Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Hello members of the AHCAC,

After much deliberation with friends, family, city staff, and with my own thoughts I've come to a decision regarding my status on the committee. I will not resign from this committee and I wish to continue to have my voice heard. I understand that some of you may have questions about the jokes that I've made online or the false accusations about my character. That is why I invite anyone who wishes to have a good faith conversation about how you might be feeling to email me directly. We have a very limited time to work during our meetings and I hope to remedy any distractions beforehand. It was never my intention to divert attention away from the work of this body but unfortunately outside grudges are being put front and center to the detriment of Petaluma.

If I was the only committee member being targeted to step down I would consider resigning to avoid further disruption. However, it has become obvious to me that I would not be the last member to face this same kind of coordinated removal and I do not wish to set a precedent for the effectiveness of this type of harassment.

I would like to end by highlighting some of Tracey's rules of engagement that we all agreed to.

"-The AHCAC is not the stage for public theater.
[...] It will be very hard for the group to produce a serious blueprint for change if the main focus becomes management of interpersonal conflict.
-This work is critical for the health of the Petaluma community. We all have to work hard to express our concerns in a manner that is authentic but that does not devolve into personal attacks."

Thank you all for taking the time to read this,
-Stefan

On Tue, Jun 15, 2021 at 12:06 PM Anthony Franklin <anthonydfranklin@aol.com> wrote:

> Thank you for your responses.
>
> It is unfortunate that the information provided and the concerns raised did not result in further action being taken. We all should have the right to disagree and speak freely. He is entitled to his opinion. What I do not understand is how he will benefit this work or make people feel safe.
>
> It would appear his views are in direct opposition to this work. It appears we are more worried about his safety and rights. It is one thing to have opposing views, we should, it's another thing to have the viewpoints that have been attributed to him.
>
> Can you at least tell us that he had denied the allegations? That you did some sort of

investigation?

We can and should do better!

Anthony Franklin
Petaluma Resident

---

**From:** Flynn, Peggy <[PFlynn@cityofpetaluma.org](mailto:PFlynn@cityofpetaluma.org)>
**Sent:** Friday, June 11, 2021 2:33 PM
**To:** Zahyra Garcia <[zahyragarcia@gmail.com](mailto:zahyragarcia@gmail.com)>
**Cc:** [joe_sturdivant@sbcglobal.net](mailto:joe_sturdivant@sbcglobal.net); Rabbi Ted Feldman <[rabbi@bnaiisrael.net](mailto:rabbi@bnaiisrael.net)>; [acruz@cots.org](mailto:acruz@cots.org); Kinyatta Leonhardt <[mkinyatta@gmail.com](mailto:mkinyatta@gmail.com)>; [erinmichellewilkins@gmail.com](mailto:erinmichellewilkins@gmail.com); Joanna Paun <[joannapaun@gmail.com](mailto:joannapaun@gmail.com)>; Stefan Perez <[stefan@socovideography.com](mailto:stefan@socovideography.com)>; Eric Leland <[eric@fivepaths.com](mailto:eric@fivepaths.com)>; Sadie Martinez <[sadiemartinez13@gmail.com](mailto:sadiemartinez13@gmail.com)>; Mark Scott <[Mark@northbayanimalservices.org](mailto:Mark@northbayanimalservices.org)>; Anthony Franklin <[anthony.franklin@farmersinsurance.com](mailto:anthony.franklin@farmersinsurance.com)>; Sonjhia Lowery <[slowery@oldadobe.org](mailto:slowery@oldadobe.org)>; Wells,Katherine <[Katherine.Wells@edwardjones.com](mailto:Katherine.Wells@edwardjones.com)>; Faith E Ross <[missross-056@comcast.net](mailto:missross-056@comcast.net)>; Liz Chacon <[lchacon@petk12.org](mailto:lchacon@petk12.org)>; Lou Zweier <[lou.zweier@gmail.com](mailto:lou.zweier@gmail.com)>; Pedro Toledo <[pedrot@phealthcenter.org](mailto:pedrot@phealthcenter.org)>; Ramona Faith <[rfaith@phcd.org](mailto:rfaith@phcd.org)>; [johana@petalumapeople.org](mailto:johana@petalumapeople.org); Hanan Huneidi <[hhuneidi@gmail.com](mailto:hhuneidi@gmail.com)>; [fabian2003romo@gmail.com](mailto:fabian2003romo@gmail.com); [risatgreen@icloud.com](mailto:risatgreen@icloud.com); Ann Daniels <[adanielshi@gmail.com](mailto:adanielshi@gmail.com)>; Sustainable Farming <[farminglocal@gmail.com](mailto:farminglocal@gmail.com)>; Julia Mayne <[jmayne@svhs-pet.org](mailto:jmayne@svhs-pet.org)>; [bigpoppavfx@gmail.com](mailto:bigpoppavfx@gmail.com); [jbrunner@waughsd.org](mailto:jbrunner@waughsd.org); -- City Council <[CityCouncil@cityofpetaluma.org](mailto:CityCouncil@cityofpetaluma.org)>; Danly, Eric <[EDanly@cityofpetaluma.org](mailto:EDanly@cityofpetaluma.org)>; Savano, Ken <[KSavano@cityofpetaluma.org](mailto:KSavano@cityofpetaluma.org)>; Tracey Webb <[traceyewebb@gmail.com](mailto:traceyewebb@gmail.com)>; Zavala, Aaron <[azavala@cityofpetaluma.org](mailto:azavala@cityofpetaluma.org)>; Alverde, Ingrid <[IAlverde@cityofpetaluma.org](mailto:IAlverde@cityofpetaluma.org)>; Medina, Jessica <[jmedina@cityofpetaluma.org](mailto:jmedina@cityofpetaluma.org)>
**Subject:** [EXTERNAL] RE: Council message to City Ad Hoc Community Advisory Committee

Hi Zahyra—please see responses below in blue.

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays



---

**From:** Zahyra Garcia <[zahyragarcia@gmail.com](mailto:zahyragarcia@gmail.com)>

**Sent:** Thursday, June 10, 2021 4:52 PM
**To:** Flynn, Peggy <[PFlynn@cityofpetaluma.org](mailto:PFlynn@cityofpetaluma.org)>
**Cc:** [joe_sturdivant@sbcglobal.net](mailto:joe_sturdivant@sbcglobal.net); Rabbi Ted Feldman <[rabbi@bnaiisrael.net](mailto:rabbi@bnaiisrael.net)>; [acruz@cots.org](mailto:acruz@cots.org); Kinyatta Leonhardt <[mkinyatta@gmail.com](mailto:mkinyatta@gmail.com)>; [erinmichellewilkins@gmail.com](mailto:erinmichellewilkins@gmail.com); Joanna Paun <[joannapaun@gmail.com](mailto:joannapaun@gmail.com)>; Stefan Perez <[stefan@socovideography.com](mailto:stefan@socovideography.com)>; Eric Leland <[eric@fivepaths.com](mailto:eric@fivepaths.com)>; Sadie Martinez <[sadiemartinez13@gmail.com](mailto:sadiemartinez13@gmail.com)>; Mark Scott <[Mark@northbayanimalservices.org](mailto:Mark@northbayanimalservices.org)>; [anthony.franklin@farmersinsurance.com](mailto:anthony.franklin@farmersinsurance.com); Sonjhia Lowery <[slowery@oldadobe.org](mailto:slowery@oldadobe.org)>; Wells,Katherine <[Katherine.Wells@edwardjones.com](mailto:Katherine.Wells@edwardjones.com)>; Faith E Ross <[missross-056@comcast.net](mailto:missross-056@comcast.net)>; Liz Chacon <[lchacon@petk12.org](mailto:lchacon@petk12.org)>; Lou Zweier <[lou.zweier@gmail.com](mailto:lou.zweier@gmail.com)>; Pedro Toledo <[pedrot@phealthcenter.org](mailto:pedrot@phealthcenter.org)>; Ramona Faith <[rfaith@phcd.org](mailto:rfaith@phcd.org)>; [johana@petalumapeople.org](mailto:johana@petalumapeople.org); Hanan Huneidi <[hhuneidi@gmail.com](mailto:hhuneidi@gmail.com)>; [fabian2003romo@gmail.com](mailto:fabian2003romo@gmail.com); [risatgreen@icloud.com](mailto:risatgreen@icloud.com); Ann Daniels <[adanielshi@gmail.com](mailto:adanielshi@gmail.com)>; Sustainable Farming <[farminglocal@gmail.com](mailto:farminglocal@gmail.com)>; Julia Mayne <[jmayne@svhs-pet.org](mailto:jmayne@svhs-pet.org)>; [bigpoppavfx@gmail.com](mailto:bigpoppavfx@gmail.com); [jbrunner@waughsd.org](mailto:jbrunner@waughsd.org); - - City Council <[--CityCouncil@cityofpetaluma.org](mailto:--CityCouncil@cityofpetaluma.org)>; Danly, Eric <[EDanly@cityofpetaluma.org](mailto:EDanly@cityofpetaluma.org)>; Savano, Ken <[KSavano@cityofpetaluma.org](mailto:KSavano@cityofpetaluma.org)>; Tracey Webb <[traceyewebb@gmail.com](mailto:traceyewebb@gmail.com)>; Zavala, Aaron <[azavala@cityofpetaluma.org](mailto:azavala@cityofpetaluma.org)>; Alverde, Ingrid <[IAlverde@cityofpetaluma.org](mailto:IAlverde@cityofpetaluma.org)>; Medina, Jessica <[jmedina@cityofpetaluma.org](mailto:jmedina@cityofpetaluma.org)>
**Subject:** Re: Council message to City Ad Hoc Community Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Thanks for the following statement. I have a few questions.

1. 1. Why were there only three signatures on this letter ? The letter is signed by 3 Council members because if four or more signed it, that would constitute a quorum of the Council, making the signing of the letter subject to the Brown Act and requiring it to be signed at a public meeting.  With only three City Council member signatures the letter could be issued prior to the June 15 AHCAC meeting.

2. Given that we should anticipate public comment, could we do that at the **beginning** of the meeting?
- Think we owe it to our community to hear them out since there was no discussion at either city council meeting. Tracey will lead a discussion about the AHCAC communications we've received and the Council's letter at the beginning of the meeting, and public comment is agenized at the end, as was established by the AHCAC at our first meeting.

3. Will we have an opportunity to discuss this in a **closed session** ?  As was noted when we provided the Brown Act training, none of the very

> limited closed session authorizations apply to the business or
> jurisdiction of the AHCAC.

I feel like this letter addresses both the wrong reason and the wrong standard for removing an adhoc member. It doesn't even have to be about proving that someone supports white supremacy.

As for the standard…
Chad Loder Twitter identifying an adhoc member is not based on inference and innuendo. I'd say that's at least reasonable suspicion, or even probably cause.

Secondarily, does the city even need incontrovertible evidence to remove?

I understand that the city and consultant are taking precautions and protecting their reputation for a lot of reasons, but our adhoc committee is to protect human lives by improving race relations and creating a civilian oversight.

As a queer woman of color who has been a target by white supremacy in Petaluma. It is our responsibility as a committee to understand the lives that have been lost due to lack of policies, lack of transparency, lack of accountability, lack or proper trainings to fight against systemic racism embedded in white supremacy culture that pours into our police , city and justice system.

Appreciate having this being probably the only opportunity to bring my authentic self. To say that I feel safe is an understatement.

*"I have come to believe over and over again that what is most important to me must be spoken, made verbal and shared, even at the risk of having it bruised or misunderstood. That the speaking profits me, beyond any other effect. I am standing here as a Black lesbian poet, and the meaning of all that waits upon the fact that I am still alive, and might not have been." - Audre Lorde*

Warm regards,


On Wed, Jun 9, 2021, 9:58 PM Flynn, Peggy <PFlynn@cityofpetaluma.org> wrote:

> Dear Ad Hoc Community Advisory Committee Members--attached is a
> message from our City Council regarding recent events and concerns raised
> by some of you as well as some members of our community. Additionally,
> below is a message to you from our facilitator, Tracey Webb. Please reach
> out if you have questions.
>
> Together in service,
> Peggy

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays


-----Original Message-----
From: Tracey Webb traceyewebb@gmail.com
Sent: Tuesday, June 8, 2021 11:12 AM
To: Flynn, Peggy PFlynn@cityofpetaluma.org
Subject: AHCAC Member Communication

Greetings All:

I have not responded to the emails and entreaties for communication from committee members because we needed to review all of the correspondence. A measured and well-considered response is required.

1.  White supremacy will be called out and has no place in the critical work of this committee.  As a Black woman who has been the subject of white supremacist hate, I will tell you that I would insist that the City remove a member if there was clear proof that the person supports hate.  To that end, a review of a certain member's purported affiliations does not rise to incontrovertible facts.  We truly have no idea of an individual's affiliations unless their direct conduct demonstrates belief in any form of hate that is antithetical to the purpose of this group.  At this point, the accusations are based upon inference and innuendo.  I am not purporting that we protect white supremacists.  I am stating that we have to be fair and have proof before we remove anyone based upon supposition.  For too many years in this country people of color have been subject to persecution based upon innuendo and loose "facts".  We cannot remove a committee member based upon innuendo.

2.  This work is about having difficult conversations with people with whom we might disagree, even vehemently.  These discussions should be based upon the subject of our work during the meeting, and not on social media.

3.  The integrity of this process will remain in tact because we will be fair.  Our recent silence was  due to legal considerations and protection of everyone's constitutional rights.  We had to consider all of the information presented.

4.  We need to focus on the substance of this work.  AHCAC members proffered over 140 ideas for recommendations for the Council under our current topic of community engagement.  I have grouped those suggestions into ten mega buckets, which we will discuss in depth at the June 15 session.  We will have our first set of recommendations by the end of our June meeting.

5.  Finally, if your goal is to truly work together on this committee to move Petaluma's race relations forward, you are so welcomed and appreciated.  If your goal is to disrupt the process and to de-legitimize the collective effort, then perhaps your time is best allocated to other efforts.  I would hope that the entire AHCAC remains in tact, but I will respect and understand if members feel that they need to remove themselves from the work of this group.

Thank you again for your time.  Please stay safe and well.

Tracey Webb
Tracey Elizabeth Webb Associates

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

--



**Stefan Perez**

Videographer/ editor

socovideography.com

**From:** Pat Mundy <pat@rocketweave.com>
**Sent:** Friday, June 4, 2021 2:21 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; dlynda@fischerforcouncil.com
<dlynda@fischerforcouncil.com>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; McDonnell,
Kevin <kmcdonnell@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; Pocekay,
Dennis <dpocekay@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; -- City Clerk
<CityClerk@cityofpetaluma.org>
**Subject:** Critical Ad Hoc Community Advisory Committee item needed on your June 7th, 2021
Agenda!

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE
OUR EMAIL SYSTEM.---
Petaluma City Council and Mayor Barrett -

I'm writing to strongly urge you to agendize an item for your upcoming June 7th meeting to address a
clear and present problem within the Ad Hoc Community Advisory Committee - an entity which, as a
first step, is crucial for the formation of Petaluma's path to equity and inclusion for our BIPOC
community, especially in regards to its relationship to local law enforcement.

I ask that you add an agenda item for consideration of removal of one Stefan Perez from the Ad Hoc
Community Advisory Committee. He has a long and now-well-documented history of antagonizing local
people of color, and has been revealed to be a white nationalist spreading disinformation about local
activists.

In addition, the process by which he was added to the committee represents a short circuiting of due
diligence, if not also due process.

Santa Rosa City Schools have already placed Stefan on administrative leave on account of these
revelations.

If the city remains serious about its commitment to addressing systemic issues among race relations
and policing policy, you must act and do so with urgency. Allowing Stefan Perez to remain on the
committee will effectively dismantle any efficacy the Committee might have had.

Moreover, failing to remove Stefan Perez from this assignment will represent a tacit endorsement of
his behavior and only further invite escalation of the harassment he has been doling out. This is both a
matter of preserving the integrity of the AHCAC process, and sending a signal that Petaluma does not
tolerate hate so as to stem the tide before it rises.

Thank you,


Patrick Mundy
RocketWeave LLC
(415) 652-3919
pat@rocketweave.com

**From:** Jennifer Hewitt <jen_hewitt@icloud.com>
**Sent:** Thursday, July 15, 2021 2:44 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; Barnacle, Brian
<bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Healy, Mike
<mhealy@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; Pocekay, Dennis
<dpocekay@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; -- City Clerk
<CityClerk@cityofpetaluma.org>
**Subject:** Denial of First Amendment Rights

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR
EMAIL SYSTEM.---

It was no surprise that you removed Stefan Perez from the Ad Hoc Community Advisory Committee
on June 12, 2021. But what is surprising is your disregard and disrespect for Mr. Perez's First
Amendment Rights. Stefan Perez is a citizen of Petaluma, who is also a Native American from this
part of California, and you have blatantly denied him his most hallowed right to Freedom of Speech.
I thought there would be a few more council members, other than Councilman Healy, who would
dissent on this mockery of a vote.  But no, the majority of you proved yourselves to be the lap dogs
of Indivisible Petaluma.  You preferred to listen to the likes of Amber Lucas, one of the women
responsible for the recent pig's blood vandalism in Santa Rosa, who had the audacity to demand Mr.
Perez's removal from the committee, as the evidence against her repulsive actions mounts daily.
This is all I need to know about your value to this city.


Many of you are up for re-election in 2022.  I will make it my job to convince everyone I know to
not vote for you.  And let's face it, you aren't running the city, Indivisible Petaluma is, and they are a
group of terrorist, who commit acts of vandalism — I don't think that will sit well with the voters in
this City.

Sincerely,

Jennifer Hewitt

**From:** DARLA SCHOENROCK <darla.schoenrock@gmail.com>
**Sent:** Friday, June 4, 2021 1:39 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; dlynda@fischerforcouncil.com <dlynda@fischerforcouncil.com>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>
**Subject:** JUNE 7 PETALUMA CITY COUNCIL AGENDA ITEM

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Hello City Council,

I'm writing to urge you to agendize an item for your upcoming June 7th meeting to right a wrong:

To remove Stefan Perez from the Ad Hoc Community Advisory Committee, because he has a long history of antagonizing local people of color, has been revealed to be a white nationalist spreading disinformation about local activists, and the process by which he was added to the committee in the first place represents a short circuiting of due diligence, if not also due process.

Santa Rosa City Schools have already placed Stefan on administrative leave on account of these revelations.

If the city remains serious about its commitment to addressing systemic issues among race relations and policing policy, you must act and do so with urgency.

Failing to remove Stefan Perez from this assignment represents a tacit endorsement of his behavior and only invites escalation to the harassment he has been doling out. This is both a matter of preserving the integrity of the AHCAC process, and sending a signal that Petaluma does not tolerate hate so as to stem the tide before it rises.

Respectfully yours,


Darla Schoenrock
707-800-2466

**From:** Esmeralda Avila-Claeys <esme750281@gmail.com>
**Sent:** Thursday, July 22, 2021 6:45 PM
**To:** barret@cityofpetaluma.org <barret@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>
**Cc:** Healy, Mike <mhealy@cityofpetaluma.org>
**Subject:** Mr. Perez removal

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
To all council members:

I am a concerned citizen regarding the removal of Mr. Perez and I need to let you know that I'm going to remember all of you to vote you out in the next election. I will get together with my neighbors and make sure we do not forget this issue.


Esmeralda Avila-Claeys

 THERE ARE THOSE WHO POSSESS A LIGHT SO BRIGHT IT NOT ONLY LIGHTS THEIR WAY BUT GUIDES OTHERS AS WELL. EVEN IN DARKNESS THEIR LIGHT WILL CONTINUE TO SHINE THROUGH EVERY HEARTH THEY TOUCHED.

**From:** Joshua R. Simmons <hello@joshsimmons.com>
**Sent:** Friday, June 4, 2021 1:05 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; Councilmember D'Lynda Fischer
<dlynda@fischerforcouncil.com>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; McDonnell,
Kevin <kmcdonnell@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; Pocekay,
Dennis <dpocekay@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>
**Subject:** Please agendize item to right a wrong at your June 7th meeting

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE
OUR EMAIL SYSTEM.---
Hello City Council,

I'm writing to urge you to agendize an item for your upcoming June 7th meeting to right a
wrong:

To remove Stefan Perez from the Ad Hoc Community Advisory Committee, because he has a
long history of antagonizing local people of color, has been revealed to be a white nationalist
spreading disinformation about local activists, and the process by which he was added to the
committee in the first place represents a short circuiting of due diligence, if not also due
process.

Santa Rosa City Schools have already placed Stefan on administrative leave on account of
these revelations.

If the city remains serious about its commitment to addressing systemic issues among race
relations and policing policy, you must act and do so with urgency.

Failing to remove Stefan Perez from this assignment represents a tacit endorsement of his
behavior and only invites escalation to the harassment he has been doling out. This is both a
matter of preserving the integrity of the AHCAC process, and sending a signal that Petaluma
does not tolerate hate so as to stem the tide before it rises.

Thank you,
Josh

@joshsimmons (he/el) | bluesomewhere on IRC
joshsimmons.com | +1 (707) 600-6098
TZ: US/Pacific; UTC-07:00 Mar-Nov; UTC-08:00 Nov-Mar

ad astra per aspera

**From:** Eric J. Adams <eric@sleeperwave.com>
**Sent:** Monday, June 21, 2021 11:21 AM
**To:** Flynn, Peggy <PFlynn@cityofpetaluma.org>; Barrett,Teresa <tbarrett@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>
**Subject:** Regarding Stefan Perez

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Greetings Petaluma Council Members,

I am a professor of screenwriting at SRJC, a film producer, screenwriter, author, and former investigative journalist.  I have lived and worked in the Petaluma area for 31 years.  I have served on the boards of the Petaluma Art Center, Petaluma Community Access, and Sonoma County Juvenile Justice Commission.

I  completed a Masters of Arts program at Sonoma State University alongside Stefan Perez.  I produced a short film that he directed.  Over the course of this time, I have spent many hours with Stefan and have come to know him well.  I found Stefan to be funny, sarcastic, intellectual and creative. Never did I hear him express racist or white supremacist views.  On the contrary,  I understand Stefan to be a defender of human rights and equality for all.

I applaud your decision not to remove Stefan from his committee post and urge you to stand firm.

Very best,

e/a


Eric J. Adams |  Sleeperwave Films | eric@sleeperwave.com | O: 707.794.9908 | M: 310.562.7373 | Skype: sleeperwave | www.sleeperwave.com | IMDB | Linkedin

---

**From:** Allegra Wilson <allegrapie@gmail.com>
**Sent:** Friday, May 21, 2021 9:38 AM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>; Flynn, Peggy <PFlynn@cityofpetaluma.org>; -- City Clerk <CityClerk@cityofpetaluma.org>
**Subject:** Remove Stefan Perez

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Dear members of the Petaluma City Council, City Manager Flynn, and City Clerk Rose,

It has come to my attention that a member of your Ad-hoc Community Advisory Committee, Stefan Perez, is a right-wing extremist, who is known to post racist and anti-Semetic memes on social media. He also appears to be the so-called Antifa Infiltrator who is attempting to smear members of the local community for his own political goals. He claims association with Graton Rancheria, but the Tribal Chairman has made it clear that Perez does not speak for them. This man places the other members of the committee, as well as the work of the committee, at risk. He must be removed immediately.

Thank you,

Allegra Wilson

**From:** lee vandeveer <lee@leevandeveer.com>
**Sent:** Thursday, June 3, 2021 5:15 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; Barnacle, Brian
<bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Healy, Mike
<mhealy@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell, Kevin
<kmcdonnell@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>; Flynn, Peggy
<PFlynn@cityofpetaluma.org>; -- City Clerk <CityClerk@cityofpetaluma.org>
**Subject:** Remove white nationalists

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR
EMAIL SYSTEM.---

Hello,

I am writing to encourage you all to consider removing anyone known to be associated with White
Nationalists from the Petaluma Ad Hoc Committee or any other position of power.

I know I am not alone in being utterly shocked that you have not already taken action to stop such
hate.

Please do the right thing and care for those oppressed by such hateful values as the ones you are
currently upholding.

Hate doesn't belong in Sonoma Co.


Lee Vandeveer

**From:** Ariel Bussey <arielnbussey@gmail.com>
**Sent:** Saturday, May 22, 2021 11:17 AM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>; Flynn, Peggy <PFlynn@cityofpetaluma.org>; -- City Clerk <CityClerk@cityofpetaluma.org>
**Subject:** Stefan Perez needs to be removed

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
To whom it may concern,

My name is Ariel Bussey I am a Petaluma resident and also have been outspoken when it comes to racial, housing, and climate justice in this town.  Three of my friends were recently accused of a crime they did not commit and in turn that has put their lives at risks.  They have received death threats, have been called racist and sexist slurs, they have had people drive by their houses to intimidate them, and don't feel safe in their own homes and communities.
 It has recently been made aware that Stefan Perez who is a member of the ADHOC committee has been identified as the right wing informant who sat down with ABC news and spewed false and dangerous claims.  This man lied about being Indigenous in order to get onto the committee (even after community members warned city council of him just to have their concerns ignored) , he has consistently attacked and endangered BIPOC leaders in our town, he has spread false information, he is the leader of a white nationalist group on instagram, he has posted misogynistic pictures, he has posted pro-nazi memes, and so much more.  He needs to immediately be removed from the ADHOC as he endangers all BIPOC by promoting white supremacy. While we have no say in what Santa Rosa does, he also is a teacher there which is even more horrifying. The silence from all CC members is very alarming and a statement needs to be made along with his removal.

-Ariel (Ri) Bussey

---

**From:** Chris <cameron.mullins@gmail.com>
**Sent:** Saturday, June 12, 2021 7:02 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>
**Cc:** Barnacle, Brian <bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>
**Subject:** Still outraged about lack of action regarding Stefan Perez

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Recently the City of Petaluma put out a statement about Stefan Perez a known white supremacist and provocateur… https://patch.com/california/petaluma/city-petaluma-city-council-statement-regarding-ad-hoc-community-advisory?fbclid=IwAR0nRfdiW0Buk1lYFeiLRtShzj9-bLBNiHCsrz5I7xUzn9Bo6fPzCxtqG4w

The city's unwillingness to investigate and take action goes absolutely against the information in the release. There is information on the internet that is posted by the person himself.



Beyond this information that Stefan himself puts out into public view. He's cause violence in our area before. Again sending emails to beg you to stand with most constituents and boot him from the public adhoc committee.

https://www.pressdemocrat.com/article/news/santa-rosa-officers-disciplined-for-protest-response/?fbclid=IwAR3sUfZU9kfmShhF8ny3F-36VBxZsSfw9cHMwDQWP3IFsiS41RElysFLR80

Violence he instigated if you want to claim ignorance. I grew up in Rohnert Park and Petaluma. Shame on the city's lack of action here.

https://bohemian.com/bad-blood/?fbclid=IwAR3Wr6HtVFbBcB2L-xxRNDA-cjRPqww1rXF8E4BDrK0J9VxzYO4Sy0fVRo0

I honestly don't care on where you stand politically. That said, we can't support people that insight violence in our community and that spread hate. Period.

—
Yet again,
Chris Mullins

**From:** King, Dave
**To:** Pascoe, Samantha
**Subject:** Fw: Weighing my options for the Committee
**Date:** Tuesday, July 27, 2021 11:51:24 AM
**Attachments:** image003.png



**From:** Flynn, Peggy
**Sent:** Tuesday, June 15, 2021 3:12 PM
**To:** Stefan Perez <stefan@socovideography.com>
**Cc:** Danly, Eric <EDanly@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>
**Subject:** Weighing my options for the Committee

Mr. Perez—

We have received your e-mail below from Councilmembers—additionally, we are in receipt of the attached that has raised significant concerns for the City. Is it possible to discuss prior to the meeting? We can connect at 5pm today if that works for you, otherwise we can set something up that works better for you.

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays



**From:** Stefan Perez <stefan@socovideography.com>
**Sent:** Friday, June 11, 2021 6:25 PM
**To:** Barrett,Teresa; Healy, Mike; Pocekay, Dennis; Fischer, D'Lynda; Barnacle, Brian; King, Dave; McDonnell, Kevin
**Cc:** -- City Clerk
**Subject:** Weighing my options for the Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Hello Petaluma City Council,

First I would like to say that I'm sorry that these recent false allegations against me have taken focus away from the goals of this committee. I've contacted a lawyer about this ridiculous slander that is being spread about me. By now you've heard one side of this story but it's only right that you hear mine.

From the start of the construction of this committee, I've been aware that members of the group Indivisible Petaluma have been pushing to have me removed or blocked from having a seat on this committee. I've tried to ignore their intimidation in order to keep the focus on the goals of this committee, but their harassment and racist attacks on my tribal heritage have increased to the point that they're now trying to bring it front and center.

While on the books, there is only one representative of Indivisible Petaluma on this committee, it is actually 9 or more. I've been a critic of Indivisible Petaluma's numerous documented instances of doxxing and intimidations of community members before. Last year my criticism resulted in a threat against me and harassment of business clients, which came from Zahrya Garcia. I reported that instance to the police and it is on record. After that incident, I've had no interactions with Zahrya or Indivisible Petaluma. However, these acts of harassment and intimidation have escalated after being appointed to the committee.

My friends, clients, and colleagues have been targeted online, I've received multiple threats and am pursuing charges with PPD against some of the people responsible. These threats have now affected my job as a teacher and the safety of my students. I notified the administration immediately about the safety concern and we agreed it would be best for me to be on paid leave for the last 2 weeks of the school year.

I have an abundance of screenshots and documents to back up everything that I'm saying but I'm afraid it looks like the damage has been done.

While I'm very thankful for the council's well reasoned response so far, I personally am overwhelmed

as to what to do in regards to the committee. I don't want this to take away focus from the work of the committee. However, I worry about setting a precedent of intimidation and slander as a tool to get rid of members. I am not the only committee member who has been targeted.

I'm still deciding how to move forward or not move forward but I want to hear from the council on what you think I should do. I already have some idea what Dr. Pocekay's thoughts might be on this but I would still like to hear from council members directly. You can either contact me through email or you can call me. Hope to hear from you soon.

Thank you,
- Stefan
--



Stefan Perez
Videographer/ editor
socovideography.com

**From:** Janice Cader Thompson <janicecader@gmail.com>
**Sent:** Tuesday, May 25, 2021 7:37 AM
**To:** King, Dave <dking@cityofpetaluma.org>
**Subject:** Re: Your text today

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Dave, I believe the purpose of this adhoc committee got muddled with politics and appearance. It should have focused on the experience of Black people in America and policing. If you appointment too many people on a committee the committee will fail. Six meeting can't change change a culture or hate. Thank you for your responding.
Janice

Sent from my iPad

> On May 24, 2021, at 5:06 PM, King, Dave <dking@cityofpetaluma.org> wrote:

> Janice,

> I received your text and prefer to respond via email rather than banging out a text with my thumbs.

> Each Councilmember had one person that they could recommend be added to the committee. My recommendation was Mark Scott of North Bay Animal Services, an African American man and the ED of the non-profit that runs animal services and has a fair amount of public contact. That is who I "pushed" for to be on the AdHoc.

> After each Councilmember proposed some new additions, I mentioned Mr. Perez because he represented himself as a Native American and the committee was missing Native American representation. At the time, I knew only what was on his application and an email he sent to the Council about being appointed. Dennis Pocekay nominated him, and he was added. The entire Council approved the list. I don't have a perfect memory on this, but believe it was 7-0.

I don't know the guy. But I also don't know or know well much of the AdHoc. We appoint a lot of people and rely on their applications. (As you know from your time on the Council).

Dave

Dave King, Petaluma City Council

| | |
|---|---|
| **From:** | King, Dave |
| **To:** | Pascoe, Samantha |
| **Subject:** | Fw: |
| **Date:** | Thursday, August 12, 2021 9:20:44 AM |
| **Attachments:** | IMG-1154.PNG |

Sam, This is one of three emails. I took a screenshot of the entire text chain.

Dave

---

**From:** Dave King <davekinglaw@gmail.com>
**Sent:** Wednesday, August 11, 2021 3:41 PM
**To:** King, Dave <dking@cityofpetaluma.org>
**Subject:**

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---



two of you push to get Stephen Perez on the ad hoc committee on race?

Tue, May 25, 7:25 AM

Healy Mike

Because without him the Ad Hoc would have had zero Native American members.

Thompson-Cader Janice

What Native American organization did he

iMessage

2 of 3.

---

**From:** Dave King <davekinglaw@gmail.com>
**Sent:** Wednesday, August 11, 2021 3:42 PM
**To:** King, Dave <dking@cityofpetaluma.org>
**Subject:**

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---



committee, why?

Tue, May 25, 8:42 AM

Healy Mike

The individual appointments were not supposed to be representing any organization. They were intended to fill gaps left by the organizational appointments. In response to the second question

| | |
|---|---|
| **From:** | King, Dave |
| **To:** | Pascoe, Samantha |
| **Subject:** | Fw: |
| **Date:** | Thursday, August 12, 2021 9:19:43 AM |
| **Attachments:** | IMG-1156.PNG |

**From:** Dave King <davekinglaw@gmail.com>
**Sent:** Wednesday, August 11, 2021 3:43 PM
**To:** King, Dave <dking@cityofpetaluma.org>
**Subject:**

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---



appointments were not supposed to be representing any organization. They were intended to fill gaps left by the organizational appointments. In response to the second question, neither.

Thompson-Cader Janice

Mike thank you!

iMessage

# Pascoe, Samantha

| | |
|---|---|
| **From:** | King, Dave |
| **Sent:** | Tuesday, July 27, 2021 4:47 PM |
| **To:** | Pascoe, Samantha |
| **Subject:** | Fw: Item 3.F |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Another for the records request.

---

**From:** Jennifer Hewitt <jen_hewitt@me.com>
**Sent:** Friday, July 9, 2021 3:19 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; -- City Clerk <CityClerk@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; pflynn@cityofpetalum.org <pflynn@cityofpetalum.org>
**Subject:** Item 3.F

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

I am writing this email in support of Stefan Perez, and in protest of his removal from the Ad Hoc

Community Advisory Committee (AHCAC), per Agenda item 3. F. on the Consent Calendar.  This agenda

item states that it is at the City Council's "sole discretion to declare the office of (AHCAC) member

vacant and appoint a qualified person to fill the removal provision in Section 7…" And then the agenda

goes on paragraph after paragraph with the most obnoxious blather, virtual signaling to whomever

would read this document, and obfuscating any clear language that would allow the public to know

what Stefan Perez did to have himself removed from the (AHCAC). As a tax paying and voting citizen  of

Petaluma, I demand this 3.F item be removed from the consent calendar and open for discussion and a

clear vote.

 Before you take Stefan off the committee, here is what you should know about him, Stefan Perez is a

decent person, who has done an outstanding job on the committee, and he should remain on the

committee to bring some kind of balance to the one-sided point of view. Stefan cares deeply about

Petaluma, and Sonoma County. He is courageous to stick by his principals, and not be afraid to speak up.

I supported Stefan to get on this committee and I will support him by protesting the underhanded

nature and lack of transparency that is rife throughout this agenda.

If Stefan were to run for City Council, I would gladly vote for him, which is a lot more than I can say for

most members of the City Council.

 And by the way, why was Council Member Pocekay on the overpass watching the illegal hanging of

Indivisible Petaluma's radical banners? Is he a scofflaw or merely blissfully unaware of the law?


Sincerely,

 Jennifer Hewitt, Petaluma Resident, unlike some members of the AHCAC.

# Pascoe, Samantha

| | |
|---|---|
| **From:** | Dave King <davekingpcc@gmail.com> |
| **Sent:** | Tuesday, July 27, 2021 12:26 PM |
| **To:** | Pascoe, Samantha |
| **Subject:** | Fwd: Bad Blood: Santa Rosa Vandalism Sparks Divergent Investigations/Ad hoc committee on race |
| **Attachments:** | June 8.docx; WebPage.pdf |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

---------- Forwarded message ---------
From: **Cader-Thompson Janice** <janicecader@gmail.com>
Date: Tue, Jun 8, 2021 at 9:40 PM
Subject: Bad Blood: Santa Rosa Vandalism Sparks Divergent Investigations/Ad hoc committee on race
To: Barrett Teresa <teresabarrett@comcast.net>, dennis pocekay <dpocekay@gmail.com>, Healy Mike <redhawks@sonic.net>, King Dave <davekingpcc@gmail.com>, Fischer D'Lynda <dlyndaf@gmail.com>, McDonald Kevin <kevin-mcd@comcast.net>, Barnacle Brian <b.barnacle.gsw@gmail.com>, Flynn, Peggy <PFlynn@cityofpetaluma.org>, Danly, Eric <edanly@cityofpetaluma.org>, Rose, Kendall <krose@cityofpetaluma.org>, Savano, Ken <KSavano@cityofpetaluma.org>, Miller Brian <BMiller@cityofpetaluma.org>, Webb Tracy <traceyewebb@gmail.com>
Cc: Janice Cader Thompson <janicecader@gmail.com>

https://bohemian.com/bad-blood/

--
Dave King

**Pascoe, Samantha**

| | |
|---|---|
| **From:** | King, Dave |
| **Sent:** | Tuesday, July 27, 2021 5:00 PM |
| **To:** | Pascoe, Samantha |
| **Subject:** | Fw: ad hoc committee |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

For Records Request.

---

**From:** A B <albionbrew@gmail.com>
**Sent:** Friday, July 9, 2021 9:31 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>
**Subject:** ad hoc committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
I request that the council remove agenda item 3.F from the consent calendar to open up discussion. The public deserves an explanation as to why there is a need to remove Stefan from the ad hoc committee and dissolve his seat. Stefan has not violated the Brown act like others on the committee and their seats are safe.

This looks like a vendetta against Stefan by another member of the committee that does not even live in Petaluma. This person is using the city council and Mayor to do their dirty work.

I strongly support Stefan staying on the committee for the benefit of the entire city.

Thank you,

Andy Becker



**From:** King, Dave <dking@cityofpetaluma.org>
**Sent:** Tuesday, July 27, 2021 11:42 AM
**To:** Pascoe, Samantha <SPascoe@cityofpetaluma.org>
**Subject:** Re: Public Records Request - Ad Hoc Advisory Committee (PRA2021-07-005)

OK. We will all be forwarding a ton of emails then.



**From:** Pascoe, Samantha <SPascoe@cityofpetaluma.org>
**Sent:** Thursday, July 22, 2021 2:56 PM
**To:** -- City Council <--CityCouncil@cityofpetaluma.org>
**Subject:** Public Records Request - Ad Hoc Advisory Committee (PRA2021-07-005)

Good afternoon Madam Mayor and Councilmembers,

We've received a public records request (detailed below the line) pertaining to the Ad Hoc Advisory Committee.

We are focusing on **part b** of the request:

b) Any and all records and communications regarding nominations by councillors and/or nominations of discretionary members **- that is any appointed committee members who were not affiliated with, or nominated by, the community groups listed in the Feb 22, 2021 presentation to the City Council (see below).**

We have determined there were four additional organizations and one community member **not**

affiliated with the groups listed below:

Japanese American Citizens League
Sonoma County Black Forum
North Bay LGBTQI Families
North Bay Animal Services
Stefan Perez / Graton Rancheria

Please search your inboxes for any communications relating to these groups and Perez, then forward any responsive records to me.  I realize you've been through this process for a public records request for communications with Perez in early June.  If you have anything to/from him since June 10th, please send.

Thank you,
Sam

_____
_____

This is a two-part request for records related to the City's Ad Hoc Advisory Committee (AHAC) to improve diversity, equity, and inclusivity.  We are requesting:

a) Any and all "Commission, Committee and Board Application Forms" submitted by members of the AHAC. – N/A as we didn't require forms for this recruitment.

b) Any and all records and communications regarding nominations by councillors and/or nominations of discretionary members - that is any appointed committee members who were not affiliated with, or nominated by, the community groups listed in the Feb 22, 2021 presentation to the City Council (see below).  We expect that records and communications would include but not be limited to: email, memos, minutes of meetings, visitor logs and calendar entries related to the discretionary nominations.

Petaluma Blacks for Community Development (PBCD)
NAACP Sonoma County
100 Black Men of Sonoma County
Petaluma Community Relations Council (Faith Based and DEI NGO's)
North Bay Organizing Project – Petaluma Chapter (NBOPP)
School District Representatives from (PCS, Old Adobe, Waugh, St. Vincent's)
Team for Inclusivity, Diversity, and Equity (TIDE) in K-12 schools.
Indivisible Petaluma
Sonoma County Blacks
Petaluma Healthcare District
Petaluma Health Center
Petaluma People Services Center
Petaluma Area Chamber of Commerce (DEI)
Petaluma Youth Commission / Petaluma Youth for CAHOOTS
Hispanic Chamber of Commerce

LGBTQ of Sonoma County / Sonoma County Pride

We are available to discuss this request as needed and also able to pay any reasonable copy or retrieval costs associated with it.

Thank you in advance.

Scott Compton, PI#187922
Mason Investigative Group
2430 5th St. #F, Berkeley, CA 94710

**Samantha Pascoe, CMC**
Deputy City Clerk
City of Petaluma | City Clerk
office. 707-778-4575 |
SPascoe@cityofpetaluma.org

Petaluma is in a drought. There are
many programs and incentives
to help you conserve water! Learn
more **HERE**.

**From:** Rose, Kendall
**To:** -- Leadership Team
**Subject:** Council Actions 3/15
**Date:** Monday, March 15, 2021 11:33:42 PM
**Attachments:** image001.png
image003.png
image006.png
image005.png

Good Evening/Morning All,

The following actions were taken at the March 15, 2021 City Council Regular Meeting:

Approved **Resolution 2021-028 N.C.S.** approving the proposed Project List for Fiscal Year 21/22, per the requirements of Senate Bill 1 to obtain Road Maintenance and Rehabilitation Account Funds

Approved **Resolution 2021-029 N.C.S.** authorizing award of contract for Downtown ADA Improvements and Sidewalk Repair Projects

Approved **Resolution 2021-030 N.C.S.** accepting completion of the Traffic Signal Timing Communication Upgrades by DC Electric Group, Inc.

Approved **Resolution 2021-031 N.C.S.** accepting the completion of the Citywide Striping to Bayside Stripe and Seal, Inc.

Approved **Resolution 2021-032 N.C.S.** accepting completion of the contract for the HSIP Various Safety Project – Guardrail Project by Midstate Barrier, Inc.

Approved **Resolution 2021-01 of the Petaluma Community Development Successor Agency** adopting the July 1, 2019 – June 30, 2020 Annual Successor Agency Report pursuant to Health and Safety Code Section 34176(I)

Approved **Resolution 2021-033 N.C.S.** temporarily suspending program administration fees for the Mobile Home Park Space Rent Stabilization Program for 2021 due to the impact of COVID

M/S: McDonnell/Fischer
Vote: 7-0

Approved **Resolution 2021-035 N.C.S.** establishing an Ad Hoc Community Advisory Committee on Community Race Relations, appointing the 22 individuals identified in the staff report along with: Mark Scott, Zahyra Garcia, Eric Leland, Sadie Martinez, Rabbie Ted Feldman, and Stefan Perez

M/S: Fischer/McDonnell
Vote: 7-0

Approved **Resolution 2021-036 N.C.S.** authorizing staff to prepare a Final Environmental Impact Report for the Scott Ranch Project

M/S: Fischer/Healy
Vote: 6-0-1 (Pocekay recused)

Best,
Kendall

**Kendall Rose, CMC, City Clerk**
**City of Petaluma** | 11 English Street, Petaluma, CA 94952
O: 707.778.4361 | C: 707.483.8609
Business Hours: M – Th, 8am – 5pm

   

| From: | Savano, Ken |
| --- | --- |
| To: | Miller, Brian |
| Subject: | FW: 1/21/21 - Public Comment |
| Date: | Wednesday, January 20, 2021 4:56:22 PM |
| Attachments: | image001.png |

**From:** Pascoe, Samantha <SPascoe@cityofpetaluma.org>
**Sent:** Wednesday, January 20, 2021 4:41 PM
**To:** -- City Council <--CityCouncil@cityofpetaluma.org>
**Cc:** Savano, Ken <KSavano@cityofpetaluma.org>
**Subject:** FW: 1/21/21 - Public Comment



**Samantha Pascoe, CMC**
**Deputy City Clerk, City of Petaluma**
D: 707.778.4575 | O: 707.778.4360
11 English Street, Petaluma, CA 94952
Regular Schedule: M-Th

City of Petaluma records, including emails, are subject to the California Public Records Act. Unless exemptions apply, this email, any attachments and any replies are subject to disclosure on request, and neither the sender nor any recipients should have any expectation of privacy regarding the contents of such communications.

**From:** Stefan Perez <stefanperez@yahoo.com>
**Sent:** Wednesday, January 20, 2021 2:54 PM
**To:** -- City Clerk <CityClerk@cityofpetaluma.org>
**Subject:** 1/21/21 - Public Comment

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Good evening Petaluma city council. Today's talk about racism in Petaluma is an important one. There is large amounts of data from our community to comb through and decide how it is best to move forward. One of these reports is the Community Forum on Racism & Interactions with Police in Petaluma. This is based on the forum that was on July 18th-19th of 2020 in which I attended. As a BIPOC citizen of Petaluma, I would like to make my voice heard for the council and for the record, that at no time in my group discussion did we talk about defunding of the police. While defunding of the police was brought up by a few of the other groups, it was not the majority of demands for change during our larger group discussion. However, the first demand made in the final report is defunding of police. I can't speak for the other groups but I believe that the discussion in my group has been misinterpreted and I wanted to clarify that. We did advocate for an increase in funding for mental health first responders, similar to what is proposed with CAHOOTS but it wasn't made clear this would have to be an either or thing. We just talked about an increase of funding for this type of program, not defunding. The other thing I just want to add is that in our segregated groups for our initial discussions, we as the Latino group could think of any bad interaction that we had with Petaluma PD. We could only remember positive interactions.

Thanks, just wanted to make that clear.

-Stefan Perez

| | |
|---|---|
| **From:** | Flynn, Peggy |
| **To:** | Tracey Webb; Savano, Ken; Danly, Eric; Zavala, Aaron; Alverde, Ingrid; Miller, Brian |
| **Subject:** | FW: Public Comment: Civilian Oversight Ordinance in Order for the Reallocation On Police Funds |
| **Date:** | Friday, July 16, 2021 2:04:39 PM |
| **Attachments:** | Screen Shot 2021-07-16 at 12.39.15 PM.png |
| | Screen Shot 2021-07-16 at 12.39.47 PM.png |
| | Screen Shot 2021-07-16 at 12.40.17 PM.png |

fyi

**Peggy Flynn**
City Manager
City of Petaluma | City Manager
PFlynn@cityofpetaluma.org



 

Petaluma is in a drought. There are
many programs and incentives
to help you conserve water! Learn
more **HERE**.

**From:** Zahyra Garcia <zahyragarcia@gmail.com>
**Sent:** Friday, July 16, 2021 1:19 PM
**To:** -- City Clerk <CityClerk@cityofpetaluma.org>
**Subject:** Public Comment: Civilian Oversight Ordinance in Order for the Reallocation On Police Funds

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Good afternoon Mayor, City manager and Councilmembers.

Submitting a public comment in support of the recommendation given from the listening circles from July 18th-19th 2020 as next steps. Providing ALL of Petaluma great customer service regardless of immigration status, sexual orientation, race, religion, countries of origin, genders and abilities with the Petaluma Police Department. **Please reference the following:**

**Report in
English:** https://static1.squarespace.com/static/5bd9443c620b8568909c5486/t/5f595cee080da310
aba5ad41/1599692016109/REPORT-
Community+Forum+on+Racism+%26+Interactions+with+Police+in+Petaluma+2020.09.09.pdf

**Report in Spanish:**
https://static1.squarespace.com/static/5bd9443c620b8568909c5486/t/5f5bad16c682ba3e21d40df
c/1599843606394/REPORTE-
Foro+Comunitario+sobre+Racismo+e+Interacciones+con+la+Policia+en+Petaluma202009011.pdf

**Form an independent oversight committee for policing in Petaluma by passing an ordinance in creating a civilian oversight that has some power of authority and mandate.**

An oversight committee will ensure our city has updated practices on training and hiring officers, that policies are in place to protect the public's access to information about misconduct, and that a structure is provided to host and evaluate community input about policing accountability in Petaluma. This approach will benefit the BIPOC community because it builds trust and provides a bridge-building mechanism between the citizens and the police department that serves them. The Committee can be led by a board of community volunteers that is established through a memorandum of understanding with the County's IOLERO (Independent Office of Law Enforcement Review and Oversight) or through a joint Powers Authority.

Attached is what I will be talking about at the next ADHOC meeting on Tuesday, July 20th. The reallocation of police funds should be reviewed/discussed by a civilian oversight for Petaluma. Encourage you all to attend our meeting to listen to my other colleagues recommendations. If you haven't gotten the chance to watch the documentary: 3 Seconds in October - The Shooting of Andy Lopez. Highly recommend it. Appreciate your time and consideration.

Respectfully,

Zahyra Garcia
**Pronouns: SHE/HER/HERS**
Co-Chair for Indivisible Petaluma
Founding Member of North Bay LGBTQ+ Families of Sonoma County
Member on the Petaluma ADHOC Community Advisory Committee
Former Chair for Sonoma County Commission on Human Rights
Former President of the North Bay Organizing Project
Phone # 678 687 3449

**From:** Savano, Ken
**To:** Miller, Brian
**Subject:** FW: Weighing my options for the Committee
**Attachments:** image003.png







---

**From:** Stefan Perez <stefan@socovideography.com>
**Sent:** Friday, June 11, 2021 6:25 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>
**Cc:** -- City Clerk <CityClerk@cityofpetaluma.org>
**Subject:** Weighing my options for the Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Hello Petaluma City Council,

First I would like to say that I'm sorry that these recent false allegations against me have taken focus away from the goals of this committee. I've contacted a lawyer about this ridiculous slander that is being spread about me. By now you've heard one side of this story but it's only right that you hear mine.

From the start of the construction of this committee, I've been aware that members of the group Indivisible Petaluma have been pushing to have me removed or blocked from having a seat on this committee. I've tried to ignore their intimidation in order to keep the focus on the goals of this committee, but their harassment and racist attacks on my tribal heritage have increased to the point

that they're now trying to bring it front and center.

While on the books, there is only one representative of Indivisible Petaluma on this committee, it is actually 9 or more. I've been a critic of Indivisible Petaluma's numerous documented instances of doxxing and intimidations of community members before. Last year my criticism resulted in a threat against me and harassment of business clients, which came from Zahrya Garcia. I reported that instance to the police and it is on record. After that incident, I've had no interactions with Zahrya or Indivisible Petaluma. However, these acts of harassment and intimidation have escalated after being appointed to the committee.

My friends, clients, and colleagues have been targeted online, I've received multiple threats and am pursuing charges with PPD against some of the people responsible. These threats have now affected my job as a teacher and the safety of my students. I notified the administration immediately about the safety concern and we agreed it would be best for me to be on paid leave for the last 2 weeks of the school year.

I have an abundance of screenshots and documents to back up everything that I'm saying but I'm afraid it looks like the damage has been done.

While I'm very thankful for the council's well reasoned response so far, I personally am overwhelmed as to what to do in regards to the committee. I **don't want this to take away focus from the work of the committee. However, I worry about setting a precedent of intimidation and slander as a tool to get rid of members. I am not the only committee member who has been targeted.**

I'm still deciding how to move forward or not move forward but I want to hear from the council on what you think I should do. I already have some idea what Dr. Pocekay's thoughts might be on this but I would still like to hear from council members directly. You can either contact me through email or you can call me. Hope to hear from you soon.

Thank you,
- Stefan
--



**Stefan Perez**
Videographer/ editor
socovideography.com





**From:** Stefan Perez <stefan@socovideography.com>
**Date:** May 22, 2021 at 3:31:54 PM PDT
**To:** "Savano, Ken" <KSavano@cityofpetaluma.org>
**Subject: I feel that I'm in danger**


 ---Warning: Use caution before clicking any attachments. THIS EMAIL IS
FROM OUTSIDE OUR EMAIL SYSTEM.---
Hello Chief Savano,

I wanted to get some advice about my situation. I'm sure you've heard the news of
the slander against me by now. I am being targeted by Zahyra and Indivisible
Petaluma and they have sent information to a professional doxxer online to
intimidate me off of the council. These people are dangerous and I am very afraid
for my safety.

Since I am part of the ad hoc committee and that my safety is being threatened I
wanted some advice for what I should do going forward. Should I file a
safety report with Petaluma PD or should I bring this to the council? I fear my
side of things will fall on deaf ears.

Thank you,
-Stefan


--



Stefan Perez
videographer/ editor
socovideography.com

**From:**       Zavala, Aaron
**To:**         Flynn, Peggy; Savano, Ken
**Cc:**         Carter, Patrick; Tracey Webb; Miller, Brian; Alverde, Ingrid
**Subject:**    Re: AHCAC Final
**Date:**       Monday, March 15, 2021 9:29:21 PM
**Attachments:** image003.png
                image004.png
                image014.png

I have it ready to go, but just need one final clarification.

In the "raw" spreadsheet received from Ken, information is missing from Eric Leland, Rabbi Ted Feldman, Mark Scott, Sadie Martinez, and Stefan Perez. In Exhibit A of the staff report, Mark Scott and Stefan Perez are list under Additional Volunteers. My understanding was that those listed as additional volunteers had submitted forms, but were not part of the original organizations.

To clarify, am I sending an email to fill out the form to Leland, Feldman, Scott, Martinez, and Perez, or just Leland, Feldman, and Martinez?

**From:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Date:** Monday, March 15, 2021 at 9:14 PM
**To:** Zavala, Aaron <azavala@cityofpetaluma.org>, Alverde, Ingrid <IAlverde@cityofpetaluma.org>, Savano, Ken <KSavano@cityofpetaluma.org>
**Cc:** Carter, Patrick <PCARTER@cityofpetaluma.org>, Tracey Webb <traceyewebb@gmail.com>, Miller, Brian <BMiller@cityofpetaluma.org>
**Subject:** RE: AHCAC Final

Thanks Aaron! I edited below. Good to go—and I believe all the names are accurate. Please cc myself, Ken, and Tracey, and bcc the "to" field so folks don't reply all.

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays



**From:** Zavala, Aaron <azavala@cityofpetaluma.org>
**Sent:** Monday, March 15, 2021 9:06 PM
**To:** Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Flynn, Peggy <PFlynn@cityofpetaluma.org>; Savano, Ken <KSavano@cityofpetaluma.org>
**Cc:** Carter, Patrick <PCARTER@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>; Miller, Brian <BMiller@cityofpetaluma.org>
**Subject:** Re: AHCAC Final

Peggy,

Sounds good. Just let me know once we confirm the list. The lists I have received from you and Ken are what I had from my notes. Here is a quick draft.

Good Evening/Morning,

Tonight/Last night at the March 15th City Council Meeting, you were nominated and appointed to serve on the Ad Hoc Community Advisory Committee (AHCAC). The AHCAC was recently formed to work with the City Manager and Chief of Police to develop recommendations to address Petaluma Community race relations and promote diversity, equity, and inclusion Citywide and regarding police policies. If you wish to accept this appointment and haven't filled out the form we initially sent out, please fill out and submit. The form consists of a few questions including contact information and availability, while recognizing any accommodations. Thank you for your time. Please let me know if you have any additional questions.

Participant Information Form

Formulario de Información del Participante

Best Regards,
Aaron

**Aaron J. Zavala**, MPA, MUP
*Senior Management Analyst*
*Public Works and Utilities Department*
*City of Petaluma*
*202 North McDowell Boulevard*
*Petaluma, CA 94954*

*Cell: (707) 779-8542*
*Office: (707) 778-4495*

*To keep our community and staff safe, City offices are currently closed to the public. We are, however, working and providing all services virtually or by appointment. Visit City Services on our webpage for more information.*



---

**From:** Alverde, Ingrid <IAlverde@cityofpetaluma.org>
**Date:** Monday, March 15, 2021 at 8:33 PM
**To:** Flynn, Peggy <PFlynn@cityofpetaluma.org>, Savano, Ken <KSavano@cityofpetaluma.org>, Zavala, Aaron <azavala@cityofpetaluma.org>

**Cc:** Carter, Patrick <[PCARTER@cityofpetaluma.org](mailto:PCARTER@cityofpetaluma.org)>, Tracey Webb
<[traceyewebb@gmail.com](mailto:traceyewebb@gmail.com)>, Miller, Brian <[BMiller@cityofpetaluma.org](mailto:BMiller@cityofpetaluma.org)>
**Subject:** Re: AHCAC Final

Google doc still available.

Get [Outlook for iOS](#)


**Ingrid Alverde**
Director Economic Development and
Open Government
City of Petaluma
707-778-4549 |
[IAlverde@cityofpetaluma.org](mailto:IAlverde@cityofpetaluma.org)



 

While City offices remain closed to the
public, we are providing services virtually M-
Th. Visit our **website** for more info.

---

**From:** Flynn, Peggy <[PFlynn@cityofpetaluma.org](mailto:PFlynn@cityofpetaluma.org)>
**Sent:** Monday, March 15, 2021 8:30:53 PM
**To:** Savano, Ken <[KSavano@cityofpetaluma.org](mailto:KSavano@cityofpetaluma.org)>; Alverde, Ingrid <[IAlverde@cityofpetaluma.org](mailto:IAlverde@cityofpetaluma.org)>;
Zavala, Aaron <[azavala@cityofpetaluma.org](mailto:azavala@cityofpetaluma.org)>
**Cc:** Carter, Patrick <[PCARTER@cityofpetaluma.org](mailto:PCARTER@cityofpetaluma.org)>; Tracey Webb <[traceyewebb@gmail.com](mailto:traceyewebb@gmail.com)>;
Miller, Brian <[BMiller@cityofpetaluma.org](mailto:BMiller@cityofpetaluma.org)>
**Subject:** RE: AHCAC Final

Hi Aaron--Ken will be sending a raw file of this list, which will need to include contact info for Eric,
Sadie, and Stefan. Once we receive, we should send out a confirmation that Council appointed them
to this ad hoc committee and that we will need anyone who hasn't filled out our form to please do
so, in order for us to have their contact info, availability, and recognize any accommodations. We
also need to float out the first date and time for the meeting.

Ingrid—please confirm that the google doc is still accessible.

Aaron—please draft and send back out to the group for review. I will ask that you send out once
we've finalized.

Thanks all!

**Peggy Flynn, City Manager**
City of Petaluma | [11 English Street, Petaluma, CA 94952](#)
Direct 707.776.3765 | Office 707.778.4345



**From:** Savano, Ken <KSavano@cityofpetaluma.org>
**Sent:** Monday, March 15, 2021 8:21 PM
**To:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Cc:** Carter, Patrick <PCARTER@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>
**Subject:** AHCAC Final

**Pascoe, Samantha**

| | |
|---|---|
| **From:** | Healy, Mike |
| **Sent:** | Monday, July 19, 2021 1:19 PM |
| **To:** | Esmeralda Avila-Claeys |
| **Subject:** | Re: Stefan Perez |

And therein lies the mystery, because the resolution and supporting staff report provide no reason at all. I'll leave it to the council members who voted to remove him to explain their votes.
Mike

Get Outlook for iOS

**From:** Esmeralda Avila-Claeys <esmeavilan@icloud.com>
**Sent:** Monday, July 19, 2021 12:19:02 PM
**To:** Healy, Mike <mhealy@cityofpetaluma.org>
**Subject:** Re: Stefan Perez

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Yes, I saw that on the news but am still concerned and would like to know what exactly he did to deserve it.

Sent from my iPhone

On Jul 16, 2021, at 4:02 PM, Healy, Mike <mhealy@cityofpetaluma.org> wrote:

> I was actually the only vote NOT to remove Stefan Perez.
> Mike Healy
>
> Get Outlook for iOS
>
> **From:** Esmeralda Avila-Claeys <esmeavilan@icloud.com>
> **Sent:** Thursday, July 15, 2021 6:05:01 PM
> **To:** Healy, Mike <mhealy@cityofpetaluma.org>
> **Subject:** Stefan Perez
>
> ---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
>
> Dear Mr. Healy,
>
> I am a concern citizen and I would like to know exactly what Stefan Perez did to deserve been ousted.
>
> I will be waited no to hear from you.
>
> Sent from my iPhone

**Pascoe, Samantha**

**From:** Healy, Mike
**Sent:** Monday, July 19, 2021 1:19 PM
**To:** Esmeralda Avila-Claeys
**Subject:** Re: Stefan Perez

And therein lies the mystery, because the resolution and supporting staff report provide no reason at all. I'll leave it to the council members who voted to remove him to explain their votes.
Mike

Get Outlook for iOS

**From:** Esmeralda Avila-Claeys <esmeavilan@icloud.com>
**Sent:** Monday, July 19, 2021 12:19:02 PM
**To:** Healy, Mike <mhealy@cityofpetaluma.org>
**Subject:** Re: Stefan Perez

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Yes, I saw that on the news but am still concerned and would like to know what exactly he did to deserve it.

Sent from my iPhone

On Jul 16, 2021, at 4:02 PM, Healy, Mike <mhealy@cityofpetaluma.org> wrote:

> I was actually the only vote NOT to remove Stefan Perez.
> Mike Healy
>
> Get Outlook for iOS
>
> **From:** Esmeralda Avila-Claeys <esmeavilan@icloud.com>
> **Sent:** Thursday, July 15, 2021 6:05:01 PM
> **To:** Healy, Mike <mhealy@cityofpetaluma.org>
> **Subject:** Stefan Perez
>
> ---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
>
> Dear Mr. Healy,
>
> I am a concern citizen and I would like to know exactly what Stefan Perez did to deserve been ousted.
>
> I will be waited no to hear from you.
>
> Sent from my iPhone

## Pascoe, Samantha

| | |
|---|---|
| **From:** | Stefan Perez <stefan@socovideography.com> |
| **Sent:** | Wednesday, July 14, 2021 6:05 PM |
| **To:** | Healy, Mike |
| **Subject:** | Thank you |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Hello Councilmember Healy,

I just wanted to reach out and say thank you for your courage in being the sole voice of reason at Monday's city council meeting. I'm sure you knew that your legitimate concerns would draw ire of certain groups and media but the people desperately needed to hear it.

I'm sorry that it's gone the way it has. It wasn't the intention for my existence on the committee to be such a distraction but just know that I fought for what I think was right for the integrity of this community.

I hope this has at least shed a light on Indivisible Petaluma's behaviors against ACTUAL Petaluma citizens. It's something that's been ignored for too long. If you ever want to reach out to me about anything feel free to call or text my cell at (707) 486-8262.

Thank you and have a pleasant evening,
-Stefan

--



Stefan Perez

Videographer/ editor

socovideography.com

Hi Sam-

This is all I have.

Dennis Pocekay

---

**From:** Pocekay, Dennis <dpocekay@cityofpetaluma.org>
**Sent:** Thursday, July 15, 2021 8:21 PM
**To:** Stefan Perez <stefan@socovideography.com>
**Subject:** Re: I'm sorry

Stefan-

Thank you for your note. I am also sorry that it has gone the way it has.

Sincerely,

Dennis Pocekay

---

**From:** Stefan Perez <stefan@socovideography.com>
**Sent:** Wednesday, July 14, 2021 7:22 PM
**To:** Pocekay, Dennis <dpocekay@cityofpetaluma.org>
**Subject:** I'm sorry

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Hello Dr. Councilman,

I just wanted to reach out and say that even though I disagree with your decision, thank you for at least appointing me on the committee to begin with. While I'm sure you didn't know it would get you in so much trouble with Indivisible Petaluma, I appreciate you taking the time to get to know me beforehand a little bit.

I was honest in my perspective with you when I said I didn't have any negative interaction with the PPD but open to hearing about others' interactions to form recommendations for the city. It's just too bad I didn't get a chance to hear what those interactions were. Nevertheless, I learned a great deal about local politics during my short time there and will probably be utilizing them in the future. Perez for City Council? Haha. Just kidding. Wouldn't want to give Zahyra a heart attack reading this.

Anyway, I'm really sorry that this has gone the way it has. It wasn't the intention for my existence on the committee to be such a distraction but just know that I fought for what I think was right for the integrity of this community. I can sleep well knowing that.

P.S. I know The North Bay Bohemian's conspiracy theories are pretty exciting but thought this was a pretty good article to balance that perspective.
https://www.sfchronicle.com/crime/article/Santa-Rosa-police-Suspect-in-botched-vandalism-

[16312312.php](16312312.php)

Thank you and have a pleasant evening,
-Stefan

**Pascoe, Samantha**

**From:** Sam Tuttelman <stut@sonic.net>
**Sent:** Sunday, June 13, 2021 8:00 PM
**To:** Pocekay, Dennis
**Subject:** Re: Council message to City Ad Hoc Community Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
See you at 8:20… I am going to bring Olivia.

> On Jun 13, 2021, at 7:54 PM, Pocekay, Dennis <dpocekay@cityofpetaluma.org> wrote:

> Hi Sam-
> The dog is scheduled to return to daycare tomorrow, but I forgot I have tom get him there at 8
> am. So I will need to move our meeting back to 8:20! I'll also call you in the am.
> Dennis

**From:** Sam Tuttelman <stut@sonic.net>
**Sent:** Sunday, June 13, 2021 11:32 AM
**To:** Pocekay, Dennis <dpocekay@cityofpetaluma.org>
**Subject:** Re: Council message to City Ad Hoc Community Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL
SYSTEM.---
See you at Shollenberger tomorrow at 8 AM. Are you bringing your dog?

> On Jun 12, 2021, at 1:28 PM, Pocekay, Dennis <dpocekay@cityofpetaluma.org> wrote:

> Monday is good; as early as you are available is fine. Let's do Shollenberger, 8 am OR whenever
> after fits your schedule.
> DP

**From:** Sam Tuttelman <stut@sonic.net>
**Sent:** Saturday, June 12, 2021 9:57 AM
**To:** Pocekay, Dennis <dpocekay@cityofpetaluma.org>
**Subject:** Re: Council message to City Ad Hoc Community Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
How about Monday? You name the time and place.

Do you want to join Sasha, my friend Ernie and I at a Giants game on Sunday July 11?

> On Jun 12, 2021, at 8:49 AM, Pocekay, Dennis <dpocekay@cityofpetaluma.org> wrote:

> I just realized you are likely visiting Sasha this weekend. I could also walk with
> you at 9 am any day but Tuesday this coming week.
> Dennis

**From:** Pocekay, Dennis <[dpocekay@cityofpetaluma.org](mailto:dpocekay@cityofpetaluma.org)>
**Sent:** Friday, June 11, 2021 8:08 PM
**To:** Sam Tuttelman <[stut@sonic.net](mailto:stut@sonic.net)>
**Subject:** Re: Council message to City Ad Hoc Community Advisory Committee

Can we walk Sunday am??
Dennis

---

**From:** Sam Tuttelman <[stut@sonic.net](mailto:stut@sonic.net)>
**Sent:** Thursday, June 10, 2021 5:31 PM
**To:** Pocekay, Dennis <[dpocekay@cityofpetaluma.org](mailto:dpocekay@cityofpetaluma.org)>
**Subject:** Re: Council message to City Ad Hoc Community Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Thanks Dennis! Not surprising given my assumption that City Attorney said "lawsuit lawsuit lawsuit." I am hesitant to admit this but I can even understand why they are taking that position absent a truly "smoking gun."

Let me know if you want to go for a walk one of these days….

On Jun 10, 2021, at 1:56 PM, Pocekay, Dennis <[dpocekay@cityofpetaluma.org](mailto:dpocekay@cityofpetaluma.org)> wrote:

FYI
DP

---

**From:** Pocekay, Dennis <[dpocekay@cityofpetaluma.org](mailto:dpocekay@cityofpetaluma.org)>
**Sent:** Thursday, June 10, 2021 8:43 AM
**To:** [stut@sonic.net](mailto:stut@sonic.net) <[stut@sonic.net](mailto:stut@sonic.net)>
**Subject:** Fw: Council message to City Ad Hoc Community Advisory Committee

FYI- See emails from Council and from Webb.
DP

---

**From:** Flynn, Peggy <[PFlynn@cityofpetaluma.org](mailto:PFlynn@cityofpetaluma.org)>
**Sent:** Wednesday, June 9, 2021 9:57 PM
**To:** [joe_sturdivant@sbcglobal.net](mailto:joe_sturdivant@sbcglobal.net) <[joe_sturdivant@sbcglobal.net](mailto:joe_sturdivant@sbcglobal.net)>; [rabbi@bnaiisrael.net](mailto:rabbi@bnaiisrael.net) <[rabbi@bnaiisrael.net](mailto:rabbi@bnaiisrael.net)>; [acruz@cots.org](mailto:acruz@cots.org) <[acruz@cots.org](mailto:acruz@cots.org)>; [mkinyatta@gmail.com](mailto:mkinyatta@gmail.com) <[mkinyatta@gmail.com](mailto:mkinyatta@gmail.com)>; [erinmichellewilkins@gmail.com](mailto:erinmichellewilkins@gmail.com) <[erinmichellewilkins@gmail.com](mailto:erinmichellewilkins@gmail.com)>; Joanna Paun <[joannapaun@gmail.com](mailto:joannapaun@gmail.com)>; Stefan Perez <[stefan@socovideography.com](mailto:stefan@socovideography.com)>; Eric Leland <[eric@fivepaths.com](mailto:eric@fivepaths.com)>; Sadie Martinez <[sadiemartinez13@gmail.com](mailto:sadiemartinez13@gmail.com)>; Mark Scott <[Mark@northbayanimalservices.org](mailto:Mark@northbayanimalservices.org)>; Zahyra Garcia <[zahyragarcia@gmail.com](mailto:zahyragarcia@gmail.com)>; [anthony.franklin@farmersinsurance.com](mailto:anthony.franklin@farmersinsurance.com) <[anthony.franklin@farmersinsurance.com](mailto:anthony.franklin@farmersinsurance.com)>; Sonjhia Lowery <[slowery@oldadobe.org](mailto:slowery@oldadobe.org)>; Wells,Katherine <[Katherine.Wells@edwardjones.com](mailto:Katherine.Wells@edwardjones.com)>; [missross-056@comcast.net](mailto:missross-056@comcast.net) <[missross-056@comcast.net](mailto:missross-056@comcast.net)>; Liz Chacon <[lchacon@petk12.org](mailto:lchacon@petk12.org)>; Lou Zweier <[lou.zweier@gmail.com](mailto:lou.zweier@gmail.com)>; Pedro Toledo <[pedrot@phealthcenter.org](mailto:pedrot@phealthcenter.org)>; Ramona Faith <[rfaith@phcd.org](mailto:rfaith@phcd.org)>; [johana@petalumapeople.org](mailto:johana@petalumapeople.org) <[johana@petalumapeople.org](mailto:johana@petalumapeople.org)>; Hanan Huneidi <[hhuneidi@gmail.com](mailto:hhuneidi@gmail.com)>; [fabian2003romo@gmail.com](mailto:fabian2003romo@gmail.com) <[fabian2003romo@gmail.com](mailto:fabian2003romo@gmail.com)>; [risatgreen@icloud.com](mailto:risatgreen@icloud.com) <[risatgreen@icloud.com](mailto:risatgreen@icloud.com)>; Ann Daniels <[adanielshi@gmail.com](mailto:adanielshi@gmail.com)>;

Sustainable Farming <farminglocal@gmail.com>; Julia Mayne <jmayne@svhs-pet.org>; bigpoppavfx@gmail.com <bigpoppavfx@gmail.com>; jbrunner@waughsd.org <jbrunner@waughsd.org>
**Cc:** -- City Council <--CityCouncil@cityofpetaluma.org>; Danly, Eric <EDanly@cityofpetaluma.org>; Savano, Ken <KSavano@cityofpetaluma.org>; Tracey Webb <traceyewebb@gmail.com>; Zavala, Aaron <azavala@cityofpetaluma.org>; Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Medina, Jessica <jmedina@cityofpetaluma.org>
**Subject:** Council message to City Ad Hoc Community Advisory Committee

Dear Ad Hoc Community Advisory Committee Members--attached is a message from our City Council regarding recent events and concerns raised by some of you as well as some members of our community. Additionally, below is a message to you from our facilitator, Tracey Webb. Please reach out if you have questions.

Together in service,
Peggy

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays

<image001.jpg><image002.jpg><image003.png>


-----Original Message-----
From: Tracey Webb traceyewebb@gmail.com
Sent: Tuesday, June 8, 2021 11:12 AM
To: Flynn, Peggy PFlynn@cityofpetaluma.org
Subject: AHCAC Member Communication

Greetings All:

I have not responded to the emails and entreaties for communication from committee members because we needed to review all of the correspondence.  A measured and well-considered response is required.

1.  White supremacy will be called out and has no place in the critical work of this committee.  As a Black woman who has been the subject of white supremacist hate, I will tell you that I would insist that the City remove a member if there was clear proof that the person supports hate.  To that end, a review of a certain member's purported affiliations does not rise to incontrovertible facts.  We truly have no idea of an individual's affiliations unless their direct conduct demonstrates belief in any form of hate that is antithetical to the purpose of this group.  At this point, the accusations are based upon inference and innuendo.  I am not purporting that we protect white supremacists.  I am stating that we have to be fair and have proof before we remove anyone based upon supposition.  For too many years in this country people of color have been subject to persecution based upon innuendo and loose "facts".  We cannot remove a committee member based upon innuendo.

2.  This work is about having difficult conversations with people with whom we might disagree, even vehemently.  These discussions should be based upon the subject of our work during the meeting, and not on social media.

3.  The integrity of this process will remain in tact because we will be fair.  Our recent silence was  due to legal considerations and protection of everyone's constitutional rights.  We had to consider all of the information presented.

4.  We need to focus on the substance of this work.  AHCAC members proffered over 140 ideas for recommendations for the Council under our current topic of community engagement.  I have grouped those suggestions into ten mega buckets, which we will discuss in depth at the June 15 session.  We will have our first set of recommendations by the end of our June meeting.

5.  Finally, if your goal is to truly work together on this committee to move Petaluma's race relations forward, you are so welcomed and appreciated.  If your goal is to disrupt the process and to de-legitimize the collective effort, then perhaps your time is best allocated to other efforts.  I would hope that the entire AHCAC remains in tact, but I will respect and understand if members feel that they need to remove themselves from the work of this group.

Thank you again for your time.  Please stay safe and well.

Tracey Webb
Tracey Elizabeth Webb Associates

<Council Letter of AHCAC Support.pdf>

fyi and for attachment to our 3/15 staff report.

Begin forwarded message:

> **From:** Sue Davy <suedavy@northbayanimalservices.org>
> **Date:** February 28, 2021 at 9:10:47 AM PST
> **To:** "Flynn, Peggy" <PFlynn@cityofpetaluma.org>
> **Cc:** Mark@northbayanimalservices.org, "Cochran, Brian"
> <BCochran@cityofpetaluma.org>, "Barrett,Teresa"
> <tbarrett@cityofpetaluma.org>, "Barnacle, Brian"
> <bbarnacle@cityofpetaluma.org>, "Fischer, D'Lynda"
> <dfischer@cityofpetaluma.org>, "King, Dave" <dking@cityofpetaluma.org>,
> "Healy, Mike" <mhealy@cityofpetaluma.org>, "McDonnell, Kevin"
> <kmcdonnell@cityofpetaluma.org>, "Pocekay, Dennis"
> <dpocekay@cityofpetaluma.org>
> **Subject: Addition to the Ad Hoc Community Advisory Committee**
>
>  ---Warning: Use caution before clicking any attachments. THIS EMAIL IS
> FROM OUTSIDE OUR EMAIL SYSTEM.---
>
> An Ad Hoc Community Advisory Committee was discussed at the February 22
> City Council meeting. I'd like to propose that North Bay Animal Services
> (NBAS) be added to the list of representative groups to comprise the Committee.
> Specifically, Mark Scott, Executive Director of NBAS would attend and
> contribute his experience providing animal services to our community. In our
> work, we serve a vulnerable part of our community (people as well as pets) in this
> public health arena.
>
> Only 8 short years ago, Animal Services in Petaluma, was part of the City's staff,
> reporting to the Police Department. Moving that service to a non-profit,
> collaborating with the Police Department has been very successful in many
> respects. That experience and continued effort would be valuable to this
> Committee.
>
> Please consider including Mark in this Committee.
>
> Sue Davy
> Co-Founder & Communications Coordinator
> North Bay Animal Services
> suedavy@northbayanimalservices.org
> 707-486-5675

| | |
|---|---|
| **From:** | Savano, Ken |
| **To:** | Savano, Ken |
| **Subject:** | FW: Ad Hoc Committee - Submission |
| **Date:** | Tuesday, March 9, 2021 12:42:17 PM |
| **Attachments:** | image002.png |
| | image001.png |

**From:** Pascoe, Samantha <SPascoe@cityofpetaluma.org>
**Sent:** Monday, March 01, 2021 9:26 AM
**To:** Flynn, Peggy <PFlynn@cityofpetaluma.org>; Savano, Ken <KSavano@cityofpetaluma.org>
**Subject:** FW: Ad Hoc Committee - Submission



**Samantha Pascoe, CMC**
**Deputy City Clerk, City of Petaluma**
D: 707.778.4575 | O: 707.778.4360
11 English Street, Petaluma, CA 94952
Regular Schedule: M-Th

City of Petaluma records, including emails, are subject to the California Public Records Act. Unless exemptions apply, this email, any attachments and any replies are subject to disclosure on request, and neither the sender nor any recipients should have any expectation of privacy regarding the contents of such communications.

**From:** Stefan Perez <stefan@socovideography.com>
**Sent:** Thursday, February 25, 2021 4:32 PM
**To:** -- City Clerk <CityClerk@cityofpetaluma.org>
**Cc:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>
**Subject:** Ad Hoc Committee - Submission

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Hello Petaluma City Council,

My name is Stefan Perez.
I am a BIPOC resident of Petaluma, a tribal citizen of the Federated Indians of Graton Rancheria, an educator at Santa Rosa High School, a small business owner, and I would like to be considered for a seat on the Ad Hoc Community Advisory Committee on community race relations and police policies.

I understand that the candidates are being pulled from various groups and

organizations within the county. While I am not a member of any of the organizations listed during last Monday's presentation I would still like to be considered for a spot.

I believe having another indigenous citizen would help bolster the council's goal to have a committee made up of BIPOC citizens, particularly from Petaluma. Also, I believe that having a voice on the committee with an outside perspective from the devoted local activist community would bring a diversity of thought to the conversation.

I've had fellow Petalumans encourage me to apply for this spot after a group of us started connecting online in an unofficial capacity. We share a love for our community and would like to be a part of lasting change in Petaluma that strives to be fair and just for everyone.

Too often we settle for solutions that work in the short term but fall short of any lasting change. My intention is to come to the committee with an open mind and search for answers backed by proven data to make lasting effects for our city's wellbeing.

Thank you for taking the time to read this and I hope to be a part of Petaluma's growth into the future.

-Stefan Perez


--




Stefan Perez

Videographer/ editor

socovideography.com

**From:** Rose, Kendall <krose@cityofpetaluma.org>
**Sent:** Monday, March 01, 2021 10:18 AM
**To:** Savano, Ken <KSavano@cityofpetaluma.org>; Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Subject:** FW: My support of Stephan Perez for the new Ad Hoc Advisory Committee

**From:** Jennifer Hewitt <jen_hewitt@me.com>
**Sent:** Friday, February 26, 2021 8:07 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>
**Cc:** -- City Clerk <CityClerk@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>;
Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; King,
Dave <dking@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>; Pocekay,
Dennis <dpocekay@cityofpetaluma.org>
**Subject:** My support of Stephan Perez for the new Ad Hoc Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL
SYSTEM.---
Dear Mayor Barrett,
Stefan Perez has my support for a seat on the Ad Hoc Advisory Committee (AHAC). He is a concerned citizen, who cares
deeply about the community in which he lives. His keen understanding of the daily challenges we face in Petaluma is exactly
what this city needs.

The City of Petaluma would be well served by selecting Stefan for the AHAC. He brings a collaborative approach to his
everyday interactions, he will undoubtedly do so on the committee, as well as  bringing an unbiased and diverse point of view,
which is sorely needed in today's world.

I sincerely hope that you will consider him, and in that hope, I'll look forward to seeing his name on the AHAC roster.

Sincerely,


Jennifer Hewitt
15 Sapporo Ct
Petaluma, CA 94954

| | |
|---|---|
| **From:** | Savano, Ken |
| **To:** | Miller, Brian |
| **Subject:** | FW: Public comment for ad hoc community advisory committee |
| **Attachments:** | image001.png |
| | ad hoc 18 may 2021.pdf |

**From:** Terry, Suzanne <STerry@cityofpetaluma.org>
**Sent:** Tuesday, May 18, 2021 8:40 AM
**To:** Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Angeles Cruz <acruz@cots.org>; Ann Marie Daniels <adanielshi@gmail.com>; Anthony Franklin <anthony.franklin@farmersinsurance.com>; Claudia de la Pena <farminglocal@gmail.com>; Danly, Eric <EDanly@cityofpetaluma.org>; Eric Leland <eric@fivepaths.com>; Erin Wilkins <erinmichellewilkins@gmail.com>; Fabian Romo Macias <fabian2003romo@gmail.com>; Faith Ross <missross-056@comcast.net>; Flynn, Peggy <PFlynn@cityofpetaluma.org>; Hanan Huneidi <hhuneidi@gmail.com>; Joanna Paun <joannapaun@gmail.com>; Joe Sturdivant <joe_sturdivant@sbcglobal.net>; Joel Brunner-Dequine <jbrunner@waughsd.org>; Johana Garcia <johana@petalumapeople.org>; Julie Mayne <jmayne@svhs-pet.org>; Katherine Wells <katherine.wells@edwardjones.com>; Kinyatta Reynolds <mkinyatta@gmail.com>; Liz Chacon <lchacon@petk12.org>; Lou Zweier <lou.zweier@gmail.com>; Mark Scott <mark@northbayanimalservices.org>; Medina, Jessica <jmedina@cityofpetaluma.org>; Mike Miller <bigpoppavfx@gmail.com>; Miller, Brian <BMiller@cityofpetaluma.org>; Pedro Toledo <pedrot@phealthcenter.org>; Rabbi Ted Feldman <rabbi@bnaiisrael.net>; Ramona Faith <rfaith@phcd.org>; Risa Tinsley-Green <risatgreen@icloud.com>; Sadie Martinez <sadiemartinez13@gmail.com>; Sands, Nancy <NSands@cityofpetaluma.org>; Savano, Ken <KSavano@cityofpetaluma.org>; Sonjhia Lowery <slowery@oldadobe.org>; Stefan Perez <stefanperez@yahoo.com>; Tracey Webb <traceyewebb@gmail.com>; Zahyra Garcia <zahyragarcia@gmail.com>; Zavala, Aaron <azavala@cityofpetaluma.org>
**Subject:** Public comment for ad hoc community advisory committee

Thanks,

Suzie Terry
Executive Assistant to the City Manager
City of Petaluma
11 English Street, Petaluma, CA 94952
Phone: (707) 778-4345
City Business Hours: M-Th 8am-5pm, closed every Friday



**From:** Line.in.the.sand <line.in.the.sand@protonmail.com>
**Sent:** Tuesday, May 18, 2021 8:04 AM
**To:** Pascoe, Samantha <SPascoe@cityofpetaluma.org>; -- City Clerk <CityClerk@cityofpetaluma.org>; Terry, Suzanne <STerry@cityofpetaluma.org>

**Subject:** ad hoc community advisory committee

please disseminate and post the following document to public comment for the 18 may 2021 ad hoc community advisory committee.

thank you
zen

| From: | Savano, Ken |
|---|---|
| To: | Flynn, Peggy |
| Subject: | FW: Public Comment: Civilian Oversight Ordinance in Order for the Reallocation On Police Funds |
| Attachments: | Screen Shot 2021-07-16 at 12.39.15 PM.png |
| | Screen Shot 2021-07-16 at 12.39.47 PM.png |
| | Screen Shot 2021-07-16 at 12.40.17 PM.png |

**From:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Sent:** Friday, July 16, 2021 2:04 PM
**To:** Tracey Webb <traceyewebb@gmail.com>; Savano, Ken <KSavano@cityofpetaluma.org>; Danly, Eric <EDanly@cityofpetaluma.org>; Zavala, Aaron <azavala@cityofpetaluma.org>; Alverde, Ingrid <IAlverde@cityofpetaluma.org>; Miller, Brian <BMiller@cityofpetaluma.org>
**Subject:** FW: Public Comment: Civilian Oversight Ordinance in Order for the Reallocation On Police Funds

fyi


**Peggy Flynn**
City Manager
City of Petaluma | City Manager
PFlynn@cityofpetaluma.org



 

Petaluma is in a drought. There are
many programs and incentives
to help you conserve water! Learn
more **HERE**.

**From:** Zahyra Garcia <zahyragarcia@gmail.com>
**Sent:** Friday, July 16, 2021 1:19 PM
**To:** -- City Clerk <CityClerk@cityofpetaluma.org>
**Subject:** Public Comment: Civilian Oversight Ordinance in Order for the Reallocation On Police Funds

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Good afternoon Mayor, City manager and Councilmembers.

Submitting a public comment in support of the recommendation given from the listening circles from July 18th-19th 2020 as next steps. Providing ALL of Petaluma great customer service regardless of immigration status, sexual orientation, race, religion, countries of origin, genders and abilities with the Petaluma Police Department. **Please reference the following:**

**Report in English:** https://static1.squarespace.com/static/5bd9443c620b8568909c5486/t/5f595cee080da310aba5ad41/1599692016109/REPORT-Community+Forum+on+Racism+%26+Interactions+with+Police+in+Petaluma+2020.09.09.pdf

**Report in Spanish:**
https://static1.squarespace.com/static/5bd9443c620b8568909c5486/t/5f5bad16c682ba3e21d40dfc/1599843606394/REPORTE-Foro+Comunitario+sobre+Racismo+e+Interacciones+con+la+Policia+en+Petaluma202009011.pdf

**Form an independent oversight committee for policing in Petaluma by passing an ordinance in creating a civilian oversight that has some power of authority and mandate.**
An oversight committee will ensure our city has updated practices on training and hiring officers, that policies are in place to protect the public's access to information about misconduct, and that a structure is provided to host and evaluate community input about policing accountability in Petaluma. This approach will benefit the BIPOC community because it builds trust and provides a bridge-building mechanism between the citizens and the police department that serves them. The Committee can be led by a board of community volunteers that is established through a memorandum of understanding with the County's IOLERO (Independent Office of Law Enforcement Review and Oversight) or through a joint Powers Authority.

Attached is what I will be talking about at the next ADHOC meeting on Tuesday, July 20th. The reallocation of police funds should be reviewed/discussed by a civilian oversight for Petaluma. Encourage you all to attend our meeting to listen to my other colleagues recommendations. If you haven't gotten the chance to watch the documentary: 3 Seconds in October - The Shooting of Andy Lopez. Highly recommend it. Appreciate your time and consideration.

Respectfully,

Zahyra Garcia
**Pronouns: SHE/HER/HERS**
Co-Chair for Indivisible Petaluma
Founding Member of North Bay LGBTQ+ Families of Sonoma County
Member on the Petaluma ADHOC Community Advisory Committee
Former Chair for Sonoma County Commission on Human Rights
Former President of the North Bay Organizing Project
Phone # 678 687 3449

**From:** Rose, Kendall <krose@cityofpetaluma.org>
**Sent:** Monday, March 01, 2021 10:18 AM
**To:** Savano, Ken <KSavano@cityofpetaluma.org>; Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Subject:** FW: Stefan Perez for Ad Hoc Advisory Committee

**From:** Eric Scholz <ewscholz@gmail.com>
**Sent:** Saturday, February 27, 2021 9:26 AM
**To:** -- City Clerk <CityClerk@cityofpetaluma.org>; Barrett,Teresa <tbarrett@cityofpetaluma.org>;
Barnacle, Brian <bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>;
Healy, Mike <mhealy@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell,
Kevin <kmcdonnell@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>
**Subject:** Stefan Perez for Ad Hoc Advisory Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL
SYSTEM.---
Hello, I am writing to express my support for including Stefan Perez on the Ad Hoc Advisory
Committee on community race relations and policing. Stefan has shown great interest,
involvement and empathy in balancing historical, BIPOC, business and safety concerns of
the whole community and will be a great asset to the committee. He communicates very
well and has frequently added to my understanding of important local issues with his
thoughtful, compassionate, and most importantly practical ideas.

Very truly yours,
Eric Scholz
536 Maria Drive, Petaluma

**From:** Rose, Kendall <krose@cityofpetaluma.org>
**Sent:** Monday, March 01, 2021 10:16 AM
**To:** Savano, Ken <KSavano@cityofpetaluma.org>; Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Subject:** FW: Support for Stefan Perez on Ad Hoc Committee


**From:** Erin Shand <erin.shand@gmail.com>
**Sent:** Thursday, February 25, 2021 5:26 PM
**To:** -- City Clerk <CityClerk@cityofpetaluma.org>; Barrett,Teresa <tbarrett@cityofpetaluma.org>;
Barnacle, Brian <bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>;
Healy, Mike <mhealy@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell,
Kevin <kmcdonnell@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>
**Subject:** Support for Stefan Perez on Ad Hoc Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL
SYSTEM.---

I want to voice my support for Stefan Perez to be appointed to the Ad Hoc Committee.  He is a
dedicated, strong leader and brings a diverse outlook.  I know Stefan to be a trustworthy member of
our community who is both respectable and driven to do good works. He would be a capable
member of your team and I highly recommend him.

--
Erin Tisor
1333 St Francis Dr
Petaluma CA, 94954
707 981 7285







**From:** Stefan Perez <stefan@socovideography.com>
**Sent:** Friday, June 11, 2021 6:25 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; Healy, Mike <mhealy@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Barnacle, Brian <bbarnacle@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell, Kevin <kmcdonnell@cityofpetaluma.org>
**Cc:** -- City Clerk <CityClerk@cityofpetaluma.org>
**Subject:** Weighing my options for the Committee

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Hello Petaluma City Council,

First I would like to say that I'm sorry that these recent false allegations against me have taken focus away from the goals of this committee. I've contacted a lawyer about this ridiculous slander that is being spread about me. By now you've heard one side of this story but it's only right that you hear mine.

From the start of the construction of this committee, I've been aware that members of the group Indivisible Petaluma have been pushing to have me removed or blocked from having a seat on this committee. I've tried to ignore their intimidation in order to keep the focus on the goals of this committee, but their harassment and racist attacks on my tribal heritage have increased to the point

that they're now trying to bring it front and center.

While on the books, there is only one representative of Indivisible Petaluma on this committee, it is actually 9 or more. I've been a critic of Indivisible Petaluma's numerous documented instances of doxxing and intimidations of community members before. Last year my criticism resulted in a threat against me and harassment of business clients, which came from Zahrya Garcia. I reported that instance to the police and it is on record. After that incident, I've had no interactions with Zahrya or Indivisible Petaluma. However, these acts of harassment and intimidation have escalated after being appointed to the committee.

My friends, clients, and colleagues have been targeted online, I've received multiple threats and am pursuing charges with PPD against some of the people responsible. These threats have now affected my job as a teacher and the safety of my students. I notified the administration immediately about the safety concern and we agreed it would be best for me to be on paid leave for the last 2 weeks of the school year.

I have an abundance of screenshots and documents to back up everything that I'm saying but I'm afraid it looks like the damage has been done.

While I'm very thankful for the council's well reasoned response so far, I personally am overwhelmed as to what to do in regards to the committee. I **don't want this to take away focus from the work of the committee. However, I worry about setting a precedent of intimidation and slander as a tool to get rid of members. I am not the only committee member who has been targeted.**

I'm still deciding how to move forward or not move forward but I want to hear from the council on what you think I should do. I already have some idea what Dr. Pocekay's thoughts might be on this but I would still like to hear from council members directly. You can either contact me through email or you can call me. Hope to hear from you soon.

Thank you,
- Stefan
--



**Stefan Perez**
Videographer/ editor

socovideography.com

fyi

Begin forwarded message:

> **From:** Sustainable Farming <farminglocal@gmail.com>
> **Date:** March 3, 2021" at 8:35:01 PM PST
> **To:** "Flynn, Peggy" <PFlynn@cityofpetaluma.org>
> **Subject: Ad Hoc Community Advisory Committee-Sonoma County Black Forum**
>
>
>  ---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
> Hello Peggy,
>
> On March 1, my colleague Regina Brennan from Sonoma County Black Forum submitted an Ad Hoc Community Advisory Committee form on my behalf. I wasn't sure if she had all my personal information so I resubmitted the form this evening. I apologize if this causes any confusion, I wanted to make sure everything is correct. Please let me know if you have any questions.
>
> All the best,
>
> Claudia de la Pena
> Sonoma County Black Forum
> 310-357-1842

Begin forwarded message:

**From:** Stefan Perez <stefan@socovideography.com>
**Date:** May 22, 2021 at 3:31:54 PM PDT
**To:** "Savano, Ken" <KSavano@cityofpetaluma.org>
**Subject: I feel that I'm in danger**

 ---Warning: Use caution before clicking any attachments. THIS EMAIL IS
FROM OUTSIDE OUR EMAIL SYSTEM.---
Hello Chief Savano,

I wanted to get some advice about my situation. I'm sure you've heard the news of
the slander against me by now. I am being targeted by Zahyra and Indivisible
Petaluma and they have sent information to a professional doxxer online to
intimidate me off of the council. These people are dangerous and I am very afraid
for my safety.

Since I am part of the ad hoc committee and that my safety is being threatened I
wanted some advice for what I should do going forward. Should I file a
safety report with Petaluma PD or should I bring this to the council? I fear my
side of things will fall on deaf ears.

Thank you,
-Stefan


--



Stefan Perez
videographer/ editor
socovideography.com

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

---------- Forwarded message ---------
From: **Tracey Webb** <traceyewebb@gmail.com>
Date: Thu, Mar 18, 2021 at 2:13 PM
Subject: Re: Introductions and Concerns
To: Stefan Perez <stefan@socovideography.com>

Hi Stefan:

Thank you so much for reaching out to me via your earlier email. Please excuse the delay--I have been swamped.

Please note that I crafted an email in response to Zahyra's correspondence. My email below outlines the rules of engagement for the AHCAC. Please note that no one will be taken off of the committee unless that person violates the rules of decorum and engagement listed below. I will work hard to ensure that this group is a safe space for all parties. I am sorry that I cannot chat on the phone about this. I have to remain neutral in order to be an effective facilitator. I trust that all of us will conduct ourselves in the appropriate manner as members of this important group.

Thank you again for reaching out to me. I am very pleased that you are adding an indigenous voice to this discussion.

Please stay safe and well! Please see the copy of the email that City Manager Flynn sent to all whom Ms. Garcia contacted via email.

Tracey


AHCAC Will be a Safe Space for Members


As facilitator for the sessions, my goal is to ensure that we engage in authentic and productive dialogue that produces a specific set of recommendations for improving the racial climate in Petaluma. To that end I wish to inform the committee of the following rules of decorum that will be in place as long as members serve on the body:


-Racist, sexist, or any other type of derogatory language will not be tolerated within the group

conversations.  I will immediately call-out and identify such behavior / language and the perpetrator will be given one warning.  A second offense will result in removal of that individual from the group, with their organization asked to replace them with their alternate.

-Political differences are an important part of the fabric of this country.  The AHCAC will not be a platform for either end of the political spectrum.  The purpose of the group is to have dialogue that leads to a path forward to improve the racial climate in Petaluma so that all people, particularly people of color, feel safe and welcome within the city.  Attacking another member's political affiliation will not be tolerated and will result in a warning.  The second offense is grounds for removal and will result in that person being replaced by their group's alternate, should one exist.

-The AHCAC is not the stage for public theater.  It is a serious working committee designed to position the Council to implement meaningful change.  To that end, the facilitator will stop political speeches, attacks, and discourse that leans into personal attacks.

-While we cannot control free speech outside of the AHCAC, we request that members refrain from using the discussions in the group as a basis for attacking other members in social media outside of the sessions.  It will be very hard for the group to produce a serious blueprint for change if the main focus becomes management of interpersonal conflict.

-This work is critical for the health of the Petaluma community.  We all have to work hard to express our concerns in a manner that is authentic but that does not devolve into personal attacks.

Thank you and I look forward to working with all of you.  We have a diverse group that should produce outstanding results if we keep our collective eyes on the vision:  a Petaluma that is safe and welcoming for all.

Tracey

On Wed, Mar 17, 2021 at 2:36 PM Stefan Perez <stefan@socovideography.com> wrote:
Hello Tracy,

My name is Stefan Perez and I was recently appointed to the new adhoc committee. I'm very grateful to be on a committee like this to help move Petaluma forward with you. I understand that emotions can run high on these topics and I hope that we as a committee can create a space where everyone can feel comfortable to share our ideas openly.

With that being said, I'm aware there's a member on this committee who wants me removed, along with saying some untrue statements about me. I would very much appreciate it if we could talk on the phone about this because this makes me feel concerned for the integrity of the committee.

Sorry that this is our first interaction together but I feel it should be addressed.

Thank you!
-Stefan
--



**Stefan Perez**
videographer/ editor
socovideography.com

also for inclusion in 3/15 packet

Begin forwarded message:

> **From:** Phyllis Tajii <phyllistajii@gmail.com>
> **Date:** February 27, 2021 at 10:30:54 AM PST
> **To:** "Flynn, Peggy" <PFlynn@cityofpetaluma.org>
> **Cc:** ErinMichelleWilkins <erinmichellewilkins@gmail.com>
> **Subject: Request to participate in the Ad Hoc Community Advisory Committee to Address Community Race Relations**
>
>
>  ---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
> Dear City Manager,
> My thanks to you, the City Council and Police Chief Savano for your work to form this Ad Hoc Committee addressing race relations.
>
> I am a member of Petaluma Community Relations Council as well as a member of Sonoma County Japanese American Citizens League (JACL) and have been following the project since its start in the summer.
>
> Is it possible to add a representative from JACL on the Ad Hoc committee?  Sonoma County JACL is a 501c3 organization that was established in 1934, advocating for civil rights and promoting Japanese culture.
> Erin Wilkins, a Petaluma resident, JACL member and Japanese American is interested in participating on this committee.
>
> If there is a way for a JACL representative to be on the committee, we would appreciate it.
> Who should JACL contact to request to be part of this committee?  I have copied Erin on this email so you can contact her directly as well.  Erin Wilkins' email is:  erinmichellewilkins@gmail.com
>
> Thank you very much for your time,
> Phyllis Tajii

| From: | Savano, Ken |
|---|---|
| To: | Flynn, Peggy |
| Subject: | RE: 1/21/21 - Public Comment |
| Attachments: | image002.png |

Where do you see that he lives in Petaluma and do you have his address?

**From:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Sent:** Tuesday, March 09, 2021 8:34 AM
**To:** Savano, Ken <KSavano@cityofpetaluma.org>
**Subject:** Fwd: 1/21/21 - Public Comment

mr perez lives in petaluma. please add to the spreadsheet

Sent from my iPhone

Begin forwarded message:

> **From:** "Pascoe, Samantha" <SPascoe@cityofpetaluma.org>
> **Date:** January 20, 2021 at 4:40:39 PM PST
> **Subject: FW: 1/21/21 - Public Comment**



**Samantha Pascoe, CMC**
**Deputy City Clerk, City of Petaluma**
D: 707.778.4575 | O: 707.778.4360
11 English Street, Petaluma, CA 94952
Regular Schedule: M-Th

City of Petaluma records, including emails, are subject to the California Public Records Act. Unless exemptions apply, this email, any attachments and any replies are subject to disclosure on request, and neither the sender nor any recipients should have any expectation of privacy regarding the contents of such communications.

**From:** Stefan Perez <stefanperez@yahoo.com>
**Sent:** Wednesday, January 20, 2021 2:54 PM
**To:** -- City Clerk <CityClerk@cityofpetaluma.org>
**Subject:** 1/21/21 - Public Comment

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Good evening Petaluma city council. Today's talk about racism in Petaluma is an important one. There is large amounts of data from our community to comb through and decide how it is best to move forward. One of these reports is the Community Forum on Racism & Interactions with Police in Petaluma. This is based on the forum that was on July 18th-19th of 2020 in which I attended. As a BIPOC citizen of Petaluma, I would like to make my voice heard for the council and for the record, that at no time in my group discussion did we talk about defunding of the police. While defunding of the police was brought up by a few of the other groups, it was not the

majority of demands for change during our larger group discussion.
However, the first demand made in the final report is defunding of
police. I can't speak for the other groups but I believe that the
discussion in my group has been misinterpreted and I wanted to
clarify that. We did advocate for an increase in funding for mental
health first responders, similar to what is proposed with CAHOOTS
but it wasn't made clear this would have to be an either or thing.
We just talked about an increase of funding for this type of
program, not defunding. The other thing I just want to add is that
in our segregated groups for our initial discussions, we as the
Latino group could think of any bad interaction that we had with
Petaluma PD. We could only remember positive interactions.

Thanks, just wanted to make that clear.

-Stefan Perez

| From: | Flynn, Peggy |
| To: | Zavala, Aaron |
| Cc: | Savano, Ken; Terry, Suzanne |
| Subject: | RE: Ad Hoc Committee |
| Date: | Thursday, March 25, 2021 10:02:23 AM |
| Attachments: | image004.png |
| | image005.png |

Thanks much, Aaron—let's discuss at our meeting today, about following up with folks to ensure we have the most current and most convenient way(s) to connect with our committee members.

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays

**From:** Zavala, Aaron <azavala@cityofpetaluma.org>
**Sent:** Thursday, March 25, 2021 9:56 AM
**To:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Cc:** Savano, Ken <KSavano@cityofpetaluma.org>; Terry, Suzanne <STerry@cityofpetaluma.org>
**Subject:** Re: Ad Hoc Committee

Hey Peggy,

Here is an updated list, I removed Rubin and changed Claudia's email address. I checked the google docs and it looks like Eric Leland, Mark Scott, Sadie Martinez, and Stefan Perez, have not filled out the form. So I am missing phone numbers for Eric and Stefan, and preferred communication from Eric, Mark, Sadie, and Stefan. Note: I did notice that although Joe Sturdivant filled out the survey, he is also missing preferred communication.

One member, Hanan Huneidi of Petaluma Pride, did put down that their preferred method of contact was via phone.

Additionally here is the updated email list.

joe_sturdivant@sbcglobal.net; acruz@cots.org; mkinyatta@gmail.com; erinmichellewilkins@gmail.com; anthony.franklin@farmersinsurance.com; slowery@oldadobe.org; lou.zweier@gmail.com; katherine.wells@edwardjones.com; missross-056@comcast.net; lchacon@petk12.org; rfaith@phcd.org; pedrot@phealthcenter.org; johana@petalumapeople.org; Hhuneidi@gmail.com; risatgreen@icloud.com; fabian2003romo@gmail.com; adanielshi@gmail.com; farminglocal@gmail.com; jmayne@svhs-pet.org; bigpoppavfx@gmail.com; jbrunner@waughsd.org; eric@fivepaths.com; Zahyragarcia@gmail.com; rabbi@bnaiisrael.net; Mark@northbayanimalservices.org; sadiemartinez13@gmail.com; stefanperez@yahoo.com

The master list can also be found in the AHCOC Folder I created in our Leadership Team

Share point -
https://petalumaca.sharepoint.com/:f:/s/LeadershipTeam/El5zxPYHux1Dv4S9BBcm1agBfNJyFD47dvnrde6YeRdiWw?e=x56az3

**Aaron J. Zavala**, MPA, MUP
*Senior Management Analyst*
*Public Works and Utilities Department*
*City of Petaluma*
*202 North McDowell Boulevard*
*Petaluma, CA 94954*

*Cell: (707) 779-8542*
*Office: (707) 778-4495*



City of Petaluma records, including emails, are subject to the California Public Records Act.
Unless exemptions apply, this email, any attachments, and any replies are subject to disclosure
on request, and neither the sender nor any recipients should have any expectation of privacy
regarding the contents of such communications

---

**From:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Date:** Thursday, March 25, 2021 at 8:20 AM
**To:** Zavala, Aaron <azavala@cityofpetaluma.org>
**Cc:** Savano, Ken <KSavano@cityofpetaluma.org>
**Subject:** Re: Ad Hoc Committee

please send me list of the members and let's crosswalk with the distribution list you emailed me.
Thank you.


On Mar 25, 2021, at 8:16 AM, Flynn, Peggy <PFlynn@cityofpetaluma.org> wrote:

 is claudia not on the list?

Sent from my iPhone

Begin forwarded message:

> **From:** Sustainable Farming <farminglocal@gmail.com>
> **Date:** March 25, 2021 at 6:46:38 AM PDT
> **To:** "Flynn, Peggy" <PFlynn@cityofpetaluma.org>
> **Subject: Ad Hoc Committee**
>
>  ---Warning: Use caution before clicking any attachments. THIS EMAIL IS
> FROM OUTSIDE OUR EMAIL SYSTEM.---

Hi Peggy,

I understand that the date and time for the Ad Hoc Committee to meet has been set. Would you please email the confirmation as I haven't received it.

Thank you,

Claudia de la Pena
310-357-1842

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Good morning Peggy and thank you for reaching out to the Sonoma County Black Forum. We have a definite yes for one of our members living in Petaluma, Claudia de la Pena to participate in community-wide discussions on race relations in Petaluma. She's Cc'd above. The google participant form has been completed for Claudia and a second SCBF member living in Petaluma will confirm her interest next week.

Thanks again,
Regina Brennan, Board Member


> On Feb 28, 2021, at 2:11 PM, Flynn, Peggy <PFlynn@cityofpetaluma.org> wrote:
>
> Hi Regina and Sonoma County Black Forum! Our City is embarking on community-wide discussions on race relations in Petaluma, and Faith Ross suggested the participation of your organization. This would be an ad hoc advisory committee that would meet monthly initially for six months to discuss and make recommendations to our City Council. If there is interest from your organization, please click on the link below and provide information on a representative from your group that could participate. We will be recommending the list to Council at their 3/15 meeting.
>
> We appreciate your consideration and please do hesitate to reach out if you have questions.
>
> In service together,
> Peggy
>
> **Peggy Flynn, City Manager**
> City of Petaluma | 11 English Street, Petaluma, CA 94952
> Direct 707.776.3765 | Office 707.778.4345
> City Hall is open M-Th; closed Fridays
>
> <image001.jpg><image002.jpg><image004.png>
>
> ---
> **From:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
> **Sent:** Friday, February 26, 2021 11:24 AM
> **To:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
> **Cc:** Savano, Ken <KSavano@cityofpetaluma.org>
> **Subject:** Ad Hoc Community Advisory Committee for race

Hello Community Partners,

This past Monday, the City Council asked staff to appoint a committee (Ad Hoc Community Advisory Committee, ADCAC) to study ways to make Petaluma a safer, more equitable, and inclusive place for everyone. Your organization was identified as an important member of this committee. Therefore, I am reaching out to you asking that you appoint a representative to participate. This committee will meet over the next six months to discuss ways that the City can improve its policies and actions with respect to our community's diversity and its sense of equity and inclusion.

As you can understand, the work of this committee is urgent and will need the full participation of its members. Preference would be that members live in a Petaluma zip code (e.g. 94952, 94953 and 94954, 94955, 94975) and be able to attend most, if not all, monthly meetings. We hope that the committee will be diverse and represent members of various ethnic groups, gender identities, sexual orientations, and age.

We plan to appoint committee members and report back to the Council on March 15, 2021. To meet this deadline, please identify a representative from your organization by **Thursday, March 4,2021**. Please provide the contact information for your representative at the link(s) below.

English: https://forms.gle/hAG4KDV6Xhp13sSw7

Spanish: https://forms.gle/fFseawZQMVNdyN8b6

Thank you again for your support and participation. Please reach out if you have any questions or need additional information.

In service together,
Peggy

**Peggy Flynn, City Manager**
City of Petaluma | 11 English Street, Petaluma, CA 94952
Direct 707.776.3765 | Office 707.778.4345
City Hall is open M-Th; closed Fridays

<image001.jpg><image003.jpg><image004.png>



| From: | Ted Feldman |
| To: | Flynn, Peggy |
| Cc: | Phyllis Tajii; ErinMichelleWilkins; Savano, Ken |
| Subject: | Re: Request to participate in the Ad Hoc Community Advisory Committee to Address Community Race Relations |
| Date: | Sunday, February 28, 2021 11:06:15 AM |

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Thanks for your note, Peggy, and including us in this process. Personally, I think it would be important to include an Asian-American group in the list and have it duly represented as a separate entity from us.

We would, thus, appoint someone else.

If Erin or Peggy disagree, please let me know and then we can formalize Erin's representation through PCRC>

Thanks.


Rabbi Ted Feldman
B'nai Israel Jewish Center
740 Western Avenue
Petaluma, CA 94952
707-765-2937


On Feb 28, 2021, at 09:23, Flynn, Peggy <PFlynn@cityofpetaluma.org> wrote:

Hi Phyllis and Erin—thank you so much for reaching out and for your engagement on this crucial community focus. I would be honored to recommend Erin to the City Council to serve on the Committee. Note that when we took this concept of the committee to the Council on 2/22, we recommended that a representative from each of the following organizations be on the committee:


- Petaluma Blacks for Community Development
- NAACP Sonoma County
- 100 Black Men of Sonoma County
- Petaluma Community Relations Council
- North Bay Organizing Project – Petaluma Chapter
- School District Representatives from (PCS, Old Adobe, Waugh, St. Vincent's)
- Team for Inclusivity, Diversity, and Equity (TIDE) in K-12 schools.
- Indivisible Petaluma
- Sonoma County Black Coalition
- Petaluma Healthcare District
- Petaluma Health Center
- Petaluma People Services Center
- Petaluma Area Chamber of Commerce

- Petaluma Youth Commission
- Petaluma Youth for CAHOOTS
- Hispanic Chamber of Commerce
- Petaluma Pride
- COTS/Downtown Streets Team (individual living in the experience)

Note that this is not an exclusive list—as discovery/awareness of organizations such as yours, is key to our collective success. I am looping in Rabbi Ted in case PCRC was going to identify Erin as a representative. If not, I will be happy to submit Erin and your organization for Council consideration.

In service together,

Peggy

**Peggy Flynn, City Manager**

City of Petaluma | 11 English Street, Petaluma, CA 94952

Direct 707.776.3765 | Office 707.778.4345

City Hall is open M-Th; closed Fridays

<image001.jpg> <!--[if !vml]--><image003.jpg><!--[endif]--><image004.png>

---

**From:** Phyllis Tajii <phyllistajii@gmail.com>
**Sent:** Saturday, February 27, 2021 10:31 AM
**To:** Flynn, Peggy <PFlynn@cityofpetaluma.org>
**Cc:** ErinMichelleWilkins <erinmichellewilkins@gmail.com>
**Subject:** Request to participate in the Ad Hoc Community Advisory Committee to Address Community Race Relations

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---

Dear City Manager,

My thanks to you, the City Council and Police Chief Savano for your work to form this Ad Hoc Committee addressing race relations.

I am a member of Petaluma Community Relations Council as well as a member of

Sonoma County Japanese American Citizens League (JACL) and have been following the project since its start in the summer.

Is it possible to add a representative from JACL on the Ad Hoc committee? Sonoma County JACL is a 501c3 organization that was established in 1934, advocating for civil rights and promoting Japanese culture.

Erin Wilkins, a Petaluma resident, JACL member and Japanese American is interested in participating on this committee.

If there is a way for a JACL representative to be on the committee, we would appreciate it.

Who should JACL contact to request to be part of this committee? I have copied Erin on this email so you can contact her directly as well. Erin Wilkins' email is: erinmichellewilkins@gmail.com

Thank you very much for your time,

Phyllis Tajii

**Pascoe, Samantha**

| | |
|---|---|
| **From:** | Barrett,Teresa |
| **Sent:** | Monday, June 7, 2021 5:14 PM |
| **To:** | Pascoe, Samantha |
| **Subject:** | Fw: Ad Hoc Committee - Submission |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Sam,

The forwarded email below contains all of the correspondence I have had with Stefan Perez.

Teresa Barrett
Mayor of Petaluma
707.953.0846
tbarrett@cityofpetaluma.org

---

**From:** Barrett,Teresa <tbarrett@cityofpetaluma.org>
**Sent:** Sunday, February 28, 2021 12:57 PM
**To:** Barnacle, Brian <bbarnacle@cityofpetaluma.org>
**Subject:** Fwd: Ad Hoc Committee - Submission

Brian,

I realized I should have cc'd you on this email to Stefan Perez, so I'm sending it now. I just wanted to inform Mr. Perez that it would not be in efficient use of anyone's time to lobby all the councilmembers if he has a personal relationship with you. He should ask you to be the person who recommends him.

I am assuming we all have someone that we think should definitely be on this ad hoc committee, not that we're looking for someone. That would be pitiful.

Teresa Barrett
Mayor of Petaluma
707.953.0846

---

**From:** Barrett,Teresa <tbarrett@cityofpetaluma.org>
**Sent:** Saturday, February 27, 2021 2:47 PM
**To:** Stefan Perez
**Subject:** Re: Ad Hoc Committee - Submission

Thank you for that. Based on my suggestion, the plan is that each councilmember will get to recommend one individual to the ad hoc committee, and all of us will vote to accept the others' recommendation. So, it makes sense to me that the vice mayor is the person you should be lobbying for an appointment as he is the person you have a relationship with. If he recommends you, I will certainly support you as his appointee.

Teresa Barrett
Mayor of Petaluma
707.953.0846

---

**From:** Stefan Perez <stefan@socovideography.com>
**Sent:** Thursday, February 25, 2021 7:01:45 PM
**To:** Barrett,Teresa <tbarrett@cityofpetaluma.org>
**Subject:** Re: Ad Hoc Committee - Submission

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Thanks for your quick response, Mayor.
I also volunteered on Vice Mayor Brian Barnacle's campaign last summer by creating his campaign video. My small business is SoCo Videography so I specialize in media production. It intersects great with teaching my media arts class at Santa Rosa High School's ArtQuest Program.
- Stefan

On Thu, Feb 25, 2021 at 5:10 PM Barrett,Teresa <tbarrett@cityofpetaluma.org> wrote:

Thank you for reaching out, I'm glad you have cast your net wide in your ask, because I have already been approached by several un associated individuals interested in being on this committee.

If there is anything else about yourself you believe would be important to share please feel free to follow up.

Thank you for being willing to serve.

Teresa Barrett
Mayor of Petaluma
707.953.0846

---

**From:** Stefan Perez <stefan@socovideography.com>
**Sent:** Thursday, February 25, 2021 4:31 PM
**To:** -- City Clerk
**Cc:** Barrett,Teresa; Barnacle, Brian; Fischer, D'Lynda; Healy, Mike; King, Dave; McDonnell, Kevin; Pocekay, Dennis
**Subject:** Ad Hoc Committee - Submission

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Hello Petaluma City Council,

My name is Stefan Perez.
I am a BIPOC resident of Petaluma, a tribal citizen of the Federated Indians of Graton Rancheria, an educator at Santa Rosa High School, a small business owner, and I would like to be considered for a seat on the Ad Hoc Community Advisory Committee on community race relations and police policies.

I understand that the candidates are being pulled from various groups and organizations within the county. While I am not a member of any of the organizations listed during last Monday's presentation I would still like to be considered for a spot.

I believe having another indigenous citizen would help bolster the council's goal to have a committee made up of BIPOC citizens, particularly from Petaluma. Also, I believe that having a voice on the committee with an outside perspective from the devoted local activist community would bring a diversity of thought to the conversation.

I've had fellow Petalumans encourage me to apply for this spot after a group of us started connecting online in an unofficial capacity. We share a love for our community and would like to be a part of lasting change in Petaluma that strives to be fair and just for everyone.

Too often we settle for solutions that work in the short term but fall short of any lasting change. My intention is to come to the committee with an open mind and search for answers backed by proven data to make lasting effects for our city's wellbeing.

Thank you for taking the time to read this and I hope to be a part of Petaluma's growth into the future.

-Stefan Perez

--


Stefan Perez
Videographer/ editor
socovideography.com

--


Stefan Perez
Videographer/ editor
socovideography.com

My Email communications with Stefan Perez are attached.  Nothing else.

Dennis Pocekay

---

**From:** Stefan Perez <stefan@socovideography.com>
**Sent:** Friday, February 26, 2021 11:52 AM
**To:** Pocekay, Dennis <dpocekay@cityofpetaluma.org>
**Subject:** Re: Ad Hoc Committee - Submission

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Sunday at noon works for me. I'll talk to you then!

Thanks,
-Stefan

On Thu, Feb 25, 2021 at 7:49 PM Pocekay, Dennis <dpocekay@cityofpetaluma.org> wrote:
> Hi again, Stefan-
> If you are able, please give me a call this Sunday, so I can get to know you a little.  How about around noon?  Or let me know when you will call; I'm available all day!
> Dennis
> 707-478-7466

> **From:** Stefan Perez <stefan@socovideography.com>
> **Sent:** Thursday, February 25, 2021 6:39 PM
> **To:** Pocekay, Dennis <dpocekay@cityofpetaluma.org>
> **Subject:** Re: Ad Hoc Committee - Submission

> ---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
> Thank you very much for your support, Dr. Pocekay. It means a lot.
> -Stefan

On Thu, Feb 25, 2021 at 5:39 PM Pocekay, Dennis <dpocekay@cityofpetaluma.org> wrote:
> Hi Stefan-
> I agree that you would be an excellent addition to this committee!  I will do what I can to help.
> Dennis Pocekay
> 707-478-7466

> **From:** Stefan Perez <stefan@socovideography.com>
> **Sent:** Thursday, February 25, 2021 4:31 PM

**To:** -- City Clerk <CityClerk@cityofpetaluma.org>
**Cc:** Barrett,Teresa <tbarrett@cityofpetaluma.org>; Barnacle, Brian
<bbarnacle@cityofpetaluma.org>; Fischer, D'Lynda <dfischer@cityofpetaluma.org>; Healy, Mike
<mhealy@cityofpetaluma.org>; King, Dave <dking@cityofpetaluma.org>; McDonnell, Kevin
<kmcdonnell@cityofpetaluma.org>; Pocekay, Dennis <dpocekay@cityofpetaluma.org>
**Subject:** Ad Hoc Committee - Submission

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM
OUTSIDE OUR EMAIL SYSTEM.---

Hello Petaluma City Council,

My name is Stefan Perez.

I am a BIPOC resident of Petaluma, a tribal citizen of the Federated Indians of
Graton Rancheria, an educator at Santa Rosa High School, a small business
owner, and I would like to be considered for a seat on the Ad Hoc Community
Advisory Committee on community race relations and police policies.

I understand that the candidates are being pulled from various groups and
organizations within the county. While I am not a member of any of the
organizations listed during last Monday's presentation I would still like to be
considered for a spot.

I believe having another indigenous citizen would help bolster the council's goal to
have a committee made up of BIPOC citizens, particularly from Petaluma. Also, I
believe that having a voice on the committee with an outside perspective from the
devoted local activist community would bring a diversity of thought to the
conversation.

I've had fellow Petalumans encourage me to apply for this spot after a group of us
started connecting online in an unofficial capacity. We share a love for our
community and would like to be a part of lasting change in Petaluma that strives
to be fair and just for everyone.

Too often we settle for solutions that work in the short term but fall short of any
lasting change. My intention is to come to the committee with an open mind and
search for answers backed by proven data to make lasting effects for our city's
wellbeing.

Thank you for taking the time to read this and I hope to be a part of Petaluma's growth into the future.

-Stefan Perez

--

Stefan Perez
videographer/ editor
socovideography.com

--

Stefan Perez
videographer/ editor
socovideography.com

--

Stefan Perez
videographer/ editor
socovideography.com

Sam,
    This chain is all I have.
Mike
Get Outlook for iOS

**From:** Healy, Mike <mhealy@cityofpetaluma.org>
**Sent:** Sunday, May 23, 2021 7:47 AM
**To:** Flynn, Peggy
**Cc:** Savano, Ken
**Subject:** Fwd: Remove Stefan Perez

Peggy and Ken,
    This is Stefan Perez's response to the first of the recent emails demanding his removal from the Ad Hoc. Any thoughts you are willing to share?
Thanks,
Mike
Get Outlook for iOS

**From:** Stefan Perez <stefan@socovideography.com>
**Sent:** Saturday, May 22, 2021 4:02 PM
**To:** Healy, Mike
**Subject:** Re: Remove Stefan Perez

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM OUTSIDE OUR EMAIL SYSTEM.---
Hello Councilmember Healy,

I am being targeted by Zahyra and Indivisible Petaluma and they have sent information to a professional doxxer online to intimidate me off of the committee. These people are dangerous and I am very afraid for my safety.

I don't understand how this group is still allowed to guide city policy after continuing to pull this kind of stuff. It's also not just happening to me. Recently Zahyra accused Rabbi Ted of being a sexual predator online and now this. I am part of this ad hoc committee and my safety is directly threatened by them. I'm in contact with a lawyer about this and will be filing a police safety report. I would send this to the rest of the city council but I don't trust that I will be heard fairly which is why I wanted to send it to you directly. It's become obvious to me that the deck has been stacked against me from the start.

Thank you,
-Stefan

On Fri, May 21, 2021 at 5:22 PM Healy, Mike <mhealy@cityofpetaluma.org> wrote:

Any thoughts?

Get Outlook for iOS

---

**From:** Stefan Perez <stefan@socovideography.com>
**Sent:** Friday, May 21, 2021 3:28:28 PM
**To:** Healy, Mike <mhealy@cityofpetaluma.org>
**Subject:** Re: Remove Stefan Perez

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM
OUTSIDE OUR EMAIL SYSTEM.---
Thank you.

On Fri, May 21, 2021 at 2:09 PM Healy, Mike <mhealy@cityofpetaluma.org> wrote:
  Stefan,
     Just FYI.
  Mike

Get Outlook for iOS

---

**From:** Allegra Wilson <allegrapie@gmail.com>
**Sent:** Friday, May 21, 2021 9:38 AM
**To:** Barrett,Teresa; Barnacle, Brian; Fischer, D'Lynda; Healy, Mike; King, Dave; McDonnell,
Kevin; Pocekay, Dennis; Flynn, Peggy; -- City Clerk
**Subject:** Remove Stefan Perez

---Warning: Use caution before clicking any attachments. THIS EMAIL IS FROM
OUTSIDE OUR EMAIL SYSTEM.---
Dear members of the Petaluma City Council, City Manager Flynn, and City Clerk Rose,

It has come to my attention that a member of your Ad-hoc Community Advisory
Committee, Stefan Perez, is a right-wing extremist, who is known to post racist and anti-
Semetic memes on social media. He also appears to be the so-called Antifa Infiltrator who
is attempting to smear members of the local community for his own political goals. He
claims association with Graton Rancheria, but the Tribal Chairman has made it clear that
Perez does not speak for them. This man places the other members of the committee, as
well as the work of the committee, at risk. He must be removed immediately.

Thank you,

Allegra Wilson

--

Stefan Perez
videographer/ editor
socovideography.com



--



Stefan Perez
videographer/ editor
socovideography.com

## Galten, Brendan

| | |
|---|---|
| **From:** | Terry, Suzanne |
| **Sent:** | Tuesday, May 18, 2021 8:40 AM |
| **To:** | Alverde, Ingrid;Angeles Cruz;Ann Marie Daniels;Anthony Franklin;Claudia de la Pena;Danly, Eric;Eric Leland;Erin Wilkins;Fabian Romo Macias;Faith Ross;Flynn, Peggy;Hanan Huneidi;Joanna Paun;Joe Sturdivant;Joel Brunner-Dequine;Johana Garcia;Julie Mayne;Katherine Wells;Kinyatta Reynolds;Liz Chacon;Lou Zweier;Mark Scott;Medina, Jessica;Mike Miller;Miller, Brian;Pedro Toledo;Rabbi Ted Feldman;Ramona Faith;Risa Tinsley-Green;Sadie Martinez;Sands, Nancy;Savano, Ken;Sonjhia Lowery;Stefan Perez;Tracey Webb;Zahyra Garcia;Zavala, Aaron |
| **Subject:** | Public comment for ad hoc community advisory committee |
| **Attachments:** | ad hoc 18 may 2021.pdf |

Thanks,

Suzie Terry
Executive Assistant to the City Manager
City of Petaluma
11 English Street, Petaluma, CA 94952
Phone: (707) 778-4345
City Business Hours: M-Th 8am-5pm, closed every Friday



---

**From:** Line.in.the.sand <line.in.the.sand@protonmail.com>
**Sent:** Tuesday, May 18, 2021 8:04 AM
**To:** Pascoe, Samantha <SPascoe@cityofpetaluma.org>; -- City Clerk <CityClerk@cityofpetaluma.org>; Terry, Suzanne <STerry@cityofpetaluma.org>
**Subject:** ad hoc community advisory committee

please disseminate and post the following document to public comment for the 18 may 2021 ad hoc community advisory committee.

thank you
zen

## Galten, Brendan

| | |
|---|---|
| **From:** | Terry, Suzanne |
| **Sent:** | Tuesday, May 18, 2021 8:40 AM |
| **To:** | Alverde, Ingrid;Angeles Cruz;Ann Marie Daniels;Anthony Franklin;Claudia de la Pena;Danly, Eric;Eric Leland;Erin Wilkins;Fabian Romo Macias;Faith Ross;Flynn, Peggy;Hanan Huneidi;Joanna Paun;Joe Sturdivant;Joel Brunner-Dequine;Johana Garcia;Julie Mayne;Katherine Wells;Kinyatta Reynolds;Liz Chacon;Lou Zweier;Mark Scott;Medina, Jessica;Mike Miller;Miller, Brian;Pedro Toledo;Rabbi Ted Feldman;Ramona Faith;Risa Tinsley-Green;Sadie Martinez;Sands, Nancy;Savano, Ken;Sonjhia Lowery;Stefan Perez;Tracey Webb;Zahyra Garcia;Zavala, Aaron |
| **Subject:** | Public comment  for ad hoc community advisory committee |
| **Attachments:** | ad hoc  18 may 2021.pdf |

Thanks,

Suzie Terry
Executive Assistant to the City Manager
City of Petaluma
11 English Street, Petaluma, CA 94952
Phone: (707) 778-4345
City Business Hours: M-Th 8am-5pm, closed every Friday



---

**From:** Line.in.the.sand <line.in.the.sand@protonmail.com>
**Sent:** Tuesday, May 18, 2021 8:04 AM
**To:** Pascoe, Samantha <SPascoe@cityofpetaluma.org>; -- City Clerk <CityClerk@cityofpetaluma.org>; Terry, Suzanne <STerry@cityofpetaluma.org>
**Subject:** ad hoc community advisory committee

please disseminate and post the following document to public comment for the 18 may 2021 ad hoc community advisory committee.

thank you
zen

## Galten, Brendan

| | |
|---|---|
| **From:** | Terry, Suzanne |
| **Sent:** | Tuesday, May 18, 2021 8:40 AM |
| **To:** | Alverde, Ingrid;Angeles Cruz;Ann Marie Daniels;Anthony Franklin;Claudia de la Pena;Danly, Eric;Eric Leland;Erin Wilkins;Fabian Romo Macias;Faith Ross;Flynn, Peggy;Hanan Huneidi;Joanna Paun;Joe Sturdivant;Joel Brunner-Dequine;Johana Garcia;Julie Mayne;Katherine Wells;Kinyatta Reynolds;Liz Chacon;Lou Zweier;Mark Scott;Medina, Jessica;Mike Miller;Miller, Brian;Pedro Toledo;Rabbi Ted Feldman;Ramona Faith;Risa Tinsley-Green;Sadie Martinez;Sands, Nancy;Savano, Ken;Sonjhia Lowery;Stefan Perez;Tracey Webb;Zahyra Garcia;Zavala, Aaron |
| **Subject:** | Public comment  for ad hoc community advisory committee |
| **Attachments:** | ad hoc  18 may 2021.pdf |

Thanks,

Suzie Terry
Executive Assistant to the City Manager
City of Petaluma
11 English Street, Petaluma, CA 94952
Phone: (707) 778-4345
City Business Hours: M-Th 8am-5pm, closed every Friday



---

**From:** Line.in.the.sand <line.in.the.sand@protonmail.com>
**Sent:** Tuesday, May 18, 2021 8:04 AM
**To:** Pascoe, Samantha <SPascoe@cityofpetaluma.org>; -- City Clerk <CityClerk@cityofpetaluma.org>; Terry, Suzanne <STerry@cityofpetaluma.org>
**Subject:** ad hoc community advisory committee

please disseminate and post the following document to public comment for the 18 may 2021 ad hoc community advisory committee.

thank you
zen

**Galten, Brendan**

| | |
|---|---|
| **From:** | Terry, Suzanne |
| **Sent:** | Tuesday, April 20, 2021 12:52 PM |
| **To:** | Alverde, Ingrid;Angeles Cruz;Ann Marie Daniels;Anthony Franklin;Claudia de la Pena;Danly, Eric;Eric Leland;Erin Wilkins;Fabian Romo Macias;Faith Ross;Flynn, Peggy;Hanan Huneidi;Joanna Paun;Joe Sturdivant;Joel Brunner-Dequine;Johana Garcia;Julie Mayne;Katherine Wells;Kinyatta Reynolds;Liz Chacon;Lou Zweier;Mark Scott;Mike Miller;Miller, Brian;Pedro Toledo;Rabbi Ted Feldman;Ramona Faith;Risa Tinsley-Green;Sadie Martinez;Sands, Nancy;Savano, Ken;Sonjhia Lowery;Stefan Perez;Tracey Webb;Zahyra Garcia;Zavala, Aaron |
| **Subject:** | Public comment for ad hoc community advisory committee |
| **Attachments:** | public comment  ad hoc community advisory committee.pdf |

Suzie Terry
Executive Assistant to the Mayor and City Manager
City of Petaluma
11 English Street, Petaluma, CA 94952
Phone: (707) 778-4345
City Business Hours: M-Th 8am-5pm, closed every Friday



**From:** Line.in.the.sand <line.in.the.sand@protonmail.com>
**Sent:** Tuesday, April 20, 2021 11:04 AM
**To:** Pascoe, Samantha <SPascoe@cityofpetaluma.org>; -- City Clerk <CityClerk@cityofpetaluma.org>
**Subject:** ad hoc community advisory committee 20 april 2021

please disseminate and post the following public comment for tonight's ad hoc community advisory committee.

thank you
zen

**Galten, Brendan**

---

| | |
|---|---|
| **From:** | Savano, Ken |
| **Sent:** | Tuesday, March 9, 2021 1:04 PM |
| **To:** | stefanperez@yahoo.com |
| **Cc:** | ewscholz@gmail.com;jen_hewitt@me.com;erin.shand@gmail.com;Peggy Flynn - City Manager (PFlynn@cityofpetaluma.org);Rose, Kendall |
| **Subject:** | Ad Hoc Community Advisory Committee |

Mr. Perez,

I just wanted to write to you and express our appreciation for your engagement and desire to help make Petaluma feel safe and welcoming to everyone.  I also wanted to let you know that your email indicating your willingness to participate in the AHCAC was received and has been submitted as part of the public record.  Additionally, emails were received from Eric Scholz, Jennifer Hewitt, and Erin Tisor in support of your nomination and included in the public record for City Council Consideration.

I hope you are able to join us Monday night, March 15, when this item will come before the City Council.  Public comment will be available on this agenda item when it is called.  Please let me know if you have any questions.  Thank you again.  Have a great rest of your week.

Respectfully,

**Ken Savano**
Chief of Police
Petaluma Police Department
969 Petaluma Blvd North
Petaluma, CA 94952
Phone: 707.778.4463



| | |
|---|---|
| Mission: | *Working with our community to provide professional police services since 1858.* |
| Vision: | *Those we serve know those who serve them.* |
| Leadership: | *The relationship with our community begins with the relationships with our staff.* |



*CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.*