Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6210 Stoneridge Mall Road, Suite 210
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendant
CITY OF PETALUMA (erroneously sued herein as CITY OF PETALUMA and PETALUMA CITY COUNCIL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Serafin "Stefan" Jose Perez Jr., <br><br> Plaintiffs, <br><br> v. <br><br> The City of Petaluma, California, and the Petaluma City Council, <br><br> Defendants. | Case No. 21-cv-6190-JST <br><br> **DEFENDANT CITY OF PETALUMA'S IDENTIFICATION OF EMAIL RECIPIENTS** <br><br> DATE: August 25, 2021 <br> TIME: 2:00 p.m. <br> DEPT: Courtroom 6 (*Via Zoom*) |

Defendant City of Petaluma hereby provides the names of the recipients of the emails contained in Exhibit C to the Zavala Supplemental Declaration (Dkt. 20), as follows:

| NAME | ROLE/POSITION |
| --- | --- |
| Brian Barnacle | Council Member (Vice Mayor) |
| Teresa Barrett | Council Member (Mayor) |
| D'Lynda Fischer | Council Member |
| Mike Healy | Council Member |
| Dave King | Council Member |
| Kevin McDonnell | Council Member |
| Dennis Pocekay | Council Member |
| Ken Savano | Chief of Police |
| Brian Miller | Deputy Chief of Police |
| Kendall Rose | City Clerk |
| Samantha Pascoe | Deputy City Clerk |
| Peggy Flynn | City Manager |
| Eric Danly | City Attorney |

Dated: August 25, 2021  Respectfully submitted,

**ORBACH HUFF + HENDERSON LLP**

By: */s/ Kevin E. Gilbert*
    Kevin E. Gilbert
    Attorney for Defendant
    CITY OF PETALUMA