Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6210 Stoneridge Mall Road, Suite 210
Pleasanton, CA  94588
Telephone:   (510) 999-7908
Facsimile:    (510) 999-7918

Attorneys for Defendant
CITY OF PETALUMA (erroneously sued herein as CITY OF PETALUMA and PETALUMA CITY COUNCIL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Serafin "Stefan" Jose Perez Jr.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>The City of Petaluma, California, and the Petaluma City Council,<br><br>　　　　　Defendants. | Case No.  21-cv-6190-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CITY OF PETALUMA AND THE PETALUMA CITY COUNCIL** |

COMES NOW the parties, by and through their respective counsel of record, and hereby stipulate as follows:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses his Complaint against Defendants City of Petaluma and the Petaluma City Council with prejudice.  Each party shall bear their own costs and fees.

**IT IS SO STIPULATED.**

Dated:  September 10, 2021     **LAW OFFICE OF D. GILL SPERLEIN**

By:   */s/ D. Gill Sperlein*
          D. Gill Sperlein
          Attorney for Plaintiff
          SERAFIN "STEFAN" JOSE PEREZ JR.

Dated:  September 10, 2021     **ORBACH HUFF + HENDERSON LLP**

By:   */s/ Kevin E. Gilbert*
          Kevin E. Gilbert
          Attorney for Defendant
          CITY OF PETALUMA