UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Serafin "Stefan" Jose Perez Jr.,<br><br>    Plaintiffs,<br><br>v.<br><br>The City of Petaluma, California, and the Petaluma City Council,<br><br>    Defendants. | Case No.  21-cv-6190-JST<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CITY OF PETALUMA AND THE PETALUMA CITY COUNCIL** |

Having reviewed the parties' Stipulation and GOOD CAUSE appearing therefore, Plaintiff's Complaint, against Defendants City of Petaluma and the Petaluma City Council, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:_____                    _____
                                        Honorable Jon S. Tigar
                                        United States District Court Judge