UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Serafin "Stefan" Jose Perez Jr., | Case No. 21-cv-6190-JST |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CITY OF PETALUMA AND THE PETALUMA CITY COUNCIL** |
| v. | |
| The City of Petaluma, California, and the Petaluma City Council, | |
| Defendants. | |

Having reviewed the parties' Stipulation and GOOD CAUSE appearing therefore, Plaintiff's Complaint, against Defendants City of Petaluma and the Petaluma City Council, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 13, 2021

_____
Honorable Jon S. Tigar
United States District Court Judge